# EXHIBIT A

# CONSTITUCIÓN

## DE LA REPÚBLICA

# BOLIVARIANA

## DE VENEZUELA

## 1999



INCLUYE:
Exposición de Motivos
Enmienda Nº 1 (15/02/2009)

## PREÁMBULO

El pueblo de Venezuela, en ejercicio de sus poderes creadores e invocando la protección de Dios, el ejemplo histórico de nuestro Libertador Simón Bolívar y el heroísmo y sacrificio de nuestros antepasados aborígenes y de los precursores y forjadores de una patria libre y soberana; con el fin supremo de refundar la República para establecer una sociedad democrática, participativa y protagónica, multiétnica y pluricultural en un Estado de justicia, federal y descentralizado, que consolide los valores de la libertad, la independencia, la paz, la solidaridad, el bien común, la integridad territorial, la convivencia y el imperio de la ley para esta y las futuras generaciones; asegure el derecho a la vida, al trabajo, a la cultura, a la educación, a la justicia social y a la igualdad sin discriminación ni subordinación alguna; promueva la cooperación pacífica entre las naciones e impulse y consolide la integración latinoamericana de acuerdo con el principio de no intervención y autodeterminación de los pueblos, la garantía universal e indivisible de los derechos humanos, la democratización de la sociedad internacional, el desarme nuclear, el equilibrio ecológico y los bienes jurídicos ambientales como patrimonio común e irrenunciable de la humanidad; en ejercicio de su poder originario representado por la Asamblea Nacional Constituyente mediante el voto libre y en referendo democrático, decreta la siguiente:

151

## Sección cuarta: de los contratos de interés público

***Artículo 150.*** La celebración de los contratos de interés público nacional requerirá la aprobación de la Asamblea Nacional en los casos que determine la ley.

No podrá celebrarse contrato alguno de interés público municipal, estadal o nacional con Estados o entidades oficiales extranjeras o con sociedades no domiciliadas en Venezuela, ni traspasarse a ellos sin la aprobación de la Asamblea Nacional.

La ley podrá exigir en los contratos de interés público determinadas condiciones de nacionalidad, domicilio o de otro orden, o requerir especiales garantías.

***Artículo 151.*** En los contratos de interés público, si no fuere improcedente de acuerdo con la naturaleza de los mismos, se considerará incorporada, aun cuando no estuviere expresa, una cláusula según la cual las dudas y controversias que puedan suscitarse sobre dichos contratos y que no llegaren a ser resueltas amigablemente por las partes contratantes, serán decididas por los tribunales competentes de la República, de conformidad con sus leyes, sin que por ningún motivo ni causa puedan dar origen a reclamaciones extranjeras.

## Sección quinta: de las relaciones internacionales

***Artículo 152.*** Las relaciones internacionales de la República responden a los fines del Estado en función del ejercicio de la soberanía y de los intereses del pueblo; ellas se rigen por los principios de independencia, igualdad entre los Estados, libre determinación y no intervención en sus asuntos internos, solución pacífica de los conflictos internacionales, cooperación, respeto a los derechos humanos y solidaridad entre los pueblos en la lucha por su emancipación y el bienestar de la humanidad. La República mantendrá la más firme y decidida defensa de estos principios y de la práctica democrática en todos los organismos e instituciones internacionales.

***Artículo 153.*** La República promoverá y favorecerá la integración latinoamericana y caribeña, en aras de avanzar hacia la creación de una comunidad de naciones, defendiendo los intereses económicos, sociales, culturales, políticos y ambientales de la región. La República podrá suscribir tratados internacionales que conjuguen y coordinen esfuerzos para promover el desarrollo común de nuestras naciones, y que garanticen el bienestar de los pueblos y la seguridad colectiva de sus habitantes. Para estos fines, la República podrá atribuir a organizaciones supranacionales, mediante tratados, el ejercicio de las competencias necesarias para llevar a cabo estos procesos de integración. Dentro de las políticas

***Artículo 187.*** Corresponde a la Asamblea Nacional:

1. Legislar en las materias de la competencia nacional y sobre el funcionamiento de las distintas ramas del Poder Nacional.

2. Proponer enmiendas y reformas a esta Constitución, en los términos establecidos en ésta.

3. Ejercer funciones de control sobre el Gobierno y la Administración Pública Nacional, en los términos consagrados en esta Constitución y en la ley. Los elementos comprobatorios obtenidos en el ejercicio de esta función, tendrán valor probatorio, en las condiciones que la ley establezca.

4. Organizar y promover la participación ciudadana en los asuntos de su competencia.

5. Decretar amnistías.

6. Discutir y aprobar el presupuesto nacional y todo proyecto de ley concerniente al régimen tributario y al crédito público.

7. Autorizar los créditos adicionales al presupuesto.

8. Aprobar las líneas generales del plan de desarrollo económico y social de la Nación, que serán presentadas por el Ejecutivo Nacional en el transcurso del tercer trimestre del primer año de cada período constitucional.

9. Autorizar al Ejecutivo Nacional para celebrar contratos de interés nacional, en los casos establecidos en la ley. Autorizar los contratos de interés público municipal, estadal o nacional con Estados o entidades oficiales extranjeros o con sociedades no domiciliadas en Venezuela.

10. Dar voto de censura al Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva y a los Ministros o Ministras. La moción de censura sólo podrá ser discutida dos días después de presentada a la Asamblea, la cual podrá decidir, por las tres quintas partes de los diputados o diputadas, que el voto de censura implica la destitución del Vicepresidente Ejecutivo o Vicepresidenta Ejecutiva o del Ministro o Ministra.

11. Autorizar el empleo de misiones militares venezolanas en el exterior o extranjeras en el país.

12. Autorizar al Ejecutivo Nacional para enajenar bienes inmuebles del dominio privado de la Nación, con las excepciones que establezca la ley.

13. Autorizar a los funcionarios públicos o funcionarias públicas para aceptar cargos, honores o recompensas de gobiernos extranjeros.

14. Autorizar el nombramiento del Procurador o Procuradora General de la República y de los Jefes o Jefas de Misiones Diplomáticas Permanentes.

una justa distribución de la riqueza mediante una planificación estratégica democrática, participativa y de consulta abierta.

*Artículo 300.* La ley nacional establecerá las condiciones para la creación de entidades funcionalmente descentralizadas para la realización de actividades sociales o empresariales, con el objeto de asegurar la razonable productividad económica y social de los recursos públicos que en ellas se inviertan.

*Artículo 301.* El Estado se reserva el uso de la política comercial para defender las actividades económicas de las empresas nacionales públicas y privadas. No se podrá otorgar a personas, empresas u organismos extranjeros regímenes más beneficiosos que los establecidos para los nacionales. La inversión extranjera está sujeta a las mismas condiciones que la inversión nacional.

*Artículo 302.* El Estado se reserva, mediante la ley orgánica respectiva, y por razones de conveniencia nacional, la actividad petrolera y otras industrias, explotaciones, servicios y bienes de interés público y de carácter estratégico. El Estado promoverá la manufactura nacional de materias primas provenientes de la explotación de los recursos naturales no renovables, con el fin de asimilar, crear e innovar tecnologías, generar empleo y crecimiento económico, y crear riqueza y bienestar para el pueblo.

316

*Artículo 303.* Por razones de soberanía económica, política y de estrategia nacional, el Estado conservará la totalidad de las acciones de Petróleos de Venezuela, S.A., o del ente creado para el manejo de la industria petrolera, exceptuando las de las filiales, asociaciones estratégicas, empresas y cualquier otra que se haya constituido o se constituya como consecuencia del desarrollo de negocios de Petróleos de Venezuela, S.A.

*Artículo 304.* Todas las aguas son bienes de dominio público de la Nación, insustituibles para la vida y el desarrollo. La ley establecerá las disposiciones necesarias a fin de garantizar su protección, aprovechamiento y recuperación, respetando las fases del ciclo hidrológico y los criterios de ordenación del territorio.

*Artículo 305.* El Estado promoverá la agricultura sustentable como base estratégica del desarrollo rural integral a fin de garantizar la seguridad alimentaria de la población; entendida como la disponibilidad suficiente y estable de alimentos en el ámbito nacional y el acceso oportuno y permanente a éstos por parte del público consumidor. La seguridad alimentaria se alcanzará desarrollando y privilegiando la producción agropecuaria interna, entendiéndose como tal la proveniente de las actividades agrícola, pecuaria, pesquera y acuícola. La producción de alimentos es de interés nacional y fundamental para el desarrollo económico y social de

317



**TRANSPERFECT**

STATE OF NEW YORK
CITY OF NEW YORK
COUNTY OF NEW YORK

### CERTIFICATION

I, Aurora Landman, as an employee of TransPerfect Translations, Inc., do hereby certify, to the best of my knowledge and belief, that the provided Spanish into English translation(s) of the source document(s) listed below are true and accurate:

- *1999 Venezuelan Constitution*

TransPerfect Translations, Inc., a translation organization with over 90 offices on six continents, is a leader in professional translations. TransPerfect Translations, Inc. has over twenty-five years experience translating into the above language pair, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

TransPerfect Translations, Inc. affirms that the provided translation was produced in according to our ISO 9001:2015 and ISO 17100:2015 certified quality management system, and also that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

_____
Aurora Landman, Project Assistant

Sworn to before me this
Friday, October 25, 2019

_____
Authorized Signature

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
STATE PUBLIC
OF NEW YORK

## Preamble

The people of Venezuela, exercising their powers of creation and invoking the protection of God, the historic example of our Liberator Simón Bolívar, and the heroism and sacrifice of our aboriginal ancestors as well as of the forerunners and founders of a free and sovereign nation; with the supreme purpose to reshape the Republic to establish a democratic, participatory and self-reliant, multiethnic and multicultural society in a just, federal and decentralized State that embodies the values of freedom, independence, peace, solidarity, the common good, the nation's territorial integrity, comity and the rule of law for this and future generations; guarantees the right to life, work, learning, education, social justice and equality, without discrimination or subordination of any kind; promotes peaceful cooperation among nations and furthers and strengthens Latin American integration in accordance with the principle of non-intervention and national self-determination of the peoples, the universal and indivisible guarantee of human rights, the democratization of the international society, nuclear disarmament, ecological balance and environmental legally protected resources as the common and inalienable heritage of humanity; exercising their innate power through their representatives comprising the National Constituent Assembly, by their freely cast vote and in a democratic referendum, hereby ordain and establish the following:

[....]

## Article 150

The execution of national public interest contracts shall require the approval of the National Assembly in those cases in which such requirement is determined by law.

No municipal, state or national public interest contract shall be executed with foreign States or official entities, or with companies not domiciled in Venezuela, or shall be transferred to any of them without the approval of the National Assembly.

In public interest contracts, the law may demand certain nationality and domicile conditions, or conditions of other nature, or require special guarantees.

[....]

## Article 187

It is the role of the National Assembly to:

[....]

9.      Authorize the National Executive to enter into contracts of national interest, in the cases established by law. Authorize contracts of municipal, state and national public interest, with States or official foreign entities or with companies not domiciled in Venezuela.

[....]

## Article 303

For reasons of economic and political sovereignty and national strategy, the State shall retain all shares of Petroleos de Venezuela, S.A. or the body created to manage the petroleum industry, with the exception of subsidiaries, strategic joint ventures, companies, and any other venture that is or has been established as a consequence of the business development of Petroleos de Venezuela, S.A.