# EXHIBIT B

Ir arriba

- Inicio
- La Asamblea
    - Junta Directiva
    - Sedes Legislativas
- Noticias
- Diputados Diputados
    - Todos
    - Principales
    - Suplentes
- Comisiones
- Agenda Legislativa
    - Toda la agenda
    - Agenda de la Junta Directiva
- Leyes Leyes
    - Sancionadas
    - Proyectos
- Actos Legislativos
- Transparencia
- Sala de prensa
- Galerías

Menu

- 
- 
- 
- 
- 
- 

Caracas - Venezuela
17 de Junio 2019 / 01:06 pm



- Inicio
- La Asamblea
  - Junta Directiva
  - Sedes Legislativas
- Noticias
- Diputados Diputados
  - Todos
  - Principales
  - Suplentes
- Comisiones
- Agenda Legislativa
  - Toda la agenda
  - Agenda de la Junta Directiva
- Leyes Leyes
  - Sancionadas
  - Proyectos
- Actos Legislativos
- Transparencia
- Sala de prensa
- Gacetas Legislativas
- Galerías



ACUERDO QUE AUTORIZA EL NOMBRAMIENTO PARA EJERCER LOS CARGOS DEL ÓRGANO DE INTERVENCIÓN, LLAMADO "JUNTA ADMINISTRADORA AD-HOC", QUE ASUMA LAS FUNCIONES DE LA ASAMBLEA DE ACCI
Fecha: 13/02/2019

## ASAMBLEA NACIONAL

### DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

En defensa de la Constitución, la Democracia y el Estado de Derecho

**ACUERDO QUE AUTORIZA EL NOMBRAMIENTO PARA EJERCER LOS CARGOS DEL ÓRGANO DE INTERVENCIÓN, LLAMADO "JUNTA ADMINISTRADORA AD-HOC", QUE ASUMA LAS FUNCIONES DE LA ASAMBLEA DE ACCIONISTA Y JUNTA DIRECTIVA DE PETRÓLEOS DE VENEZUELA S.A., PARA ACTUAR EN SU NOMBRE Y, COMO ÚNICO ACCIONISTA DE PDV HOLDING, INC., PROCEDER A DESIGNAR A SU JUNTA DIRECTIVA, Y EN CONSECUENCIA NOMBRAR LA JUNTA DIRECTIVA CITGO HOLDING, INC., Y DE LA EMPRESA CITGO PETROLEUM CORPORATION.**

### CONSIDERANDO

Que el 20 de mayo de 2018 el régimen de facto pretendió simular un proceso comicial en el que los venezolanos no pudieron ejercer su derecho al voto en libertad, sentando las bases para que Nicolás Maduro y su régimen propiciaran el escenario de usurpación de la Presidencia de la República para un nuevo período presidencial;

### CONSIDERANDO

Que el pasado 22 de mayo de 2018 la soberana Asamblea Nacional aprobó un Acuerdo Reiterando el Desconocimiento de la Farsa Realizada el 20 de mayo de 2018 para la supuesta elección del Presidente de la República, en consideración a que la farsa realizada el 20 de mayo incumplió todas las garantías electorales reconocidas en Tratados y Acuerdos de Derechos Humanos, así como en la Constitución de la República Bolivariana de Venezuela y la Ley Orgánica de Procesos Electorales, tomando en cuenta la ausencia efectiva del Estado de Derecho; la parcialidad del árbitro electoral; la violación de las garantías efectivas para el ejercicio del derecho al sufragio y para el ejercicio del derecho a optar a cargos de elección popular; la inexistencia de controles efectivos en contra de los actos de corrupción electoral perpetrados por el Gobierno; la sistemática violación a la libertad de expresión, aunada a la parcialidad de los medios de comunicación social controlados por el Gobierno, y la ausencia de mecanismos efectivos y transparentes de observación electoral;

**CONSIDERANDO**

Que Nicolás Maduro usurpa el cargo de Presidente de la República, lo que constituye una autoridad ineficaz y, en consecuencia, todos los actos que emanan de esa usurpación son nulos, a tenor de lo dispuesto en el artículo 138 de la Constitución de la República Bolivariana de Venezuela;

**CONSIDERANDO**

Que el pueblo venezolano sufre por las malas políticas públicas implementadas en los últimos años por el Ejecutivo Nacional y apoyada por los demás poderes públicos afectos al régimen de Nicolás Maduro;

**CONSIDERANDO**

Que parte de las políticas de este Gobierno usurpador es desviar los recursos presupuestarios de la República para mantener su régimen oprobioso, en detrimento del pueblo venezolano que sufre por la inseguridad, la falta de hospitales y medicinas, la falta de alimentos, de transporte y de servicios públicos que mejoren su calidad de vida;

**CONSIDERANDO**

Que como consecuencia de esta desafortunada situación jurídica de usurpación generada por el ciudadano Nicolás Maduro y su régimen, y en apego a la disposición establecida en el artículo 333 de la Constitución de la República Bolivariana de Venezuela, la Asamblea Nacional, ha tenido que asumir las competencias constitucionales, tal como se establece en el primer aparte del artículo 233 de la Constitución de la República, y en ese sentido, el legítimo Presidente encargado de la República Bolivariana de Venezuela es el Presidente de la Asamblea Nacional.

**CONSIDERANDO**

Que en cumplimiento del artículo 333 y del artículo 187 numeral 1 de la Constitución de la República Bolivariana de Venezuela, la Asamblea Nacional aprobó el pasado 5 de febrero de 2019, la Ley denominada "Estatuto que Rige la Transición a la Democracia para Restablecer la Vigencia de la Constitución de la República Bolivariana de Venezuela", como un pacto de convivencia para la vida cívica de los venezolanos y como camino seguro a la transición democrática, que tiene como principal fundamento volver a la reinstitucionalización de la Constitución de la República que ha sido intencionadamente extraviada por el Ejecutivo Nacional;

**CONSIDERANDO**

Que es deber patrio de todos los venezolanos, donde quiera que estos se encuentren, en el territorio nacional o en el extranjero, asumir la defensa de los intereses de la República y el patrimonio de todos los venezolanos;

**CONSIDERANDO**

Que en la actualidad la Empresa CITGO Petroleum Corporation, filial de Petróleos de Venezuela S.A., está afrontando una serie de dificultades operativas, financieras y gerenciales, por los constantes desórdenes administrativos del régimen implementado por Gobierno Nacional, motivo por el cual, sobre esta empresa venezolana en los Estados Unidos pesan tres importantes contingencias legales: (i) la garantía otorgada a los acreedores de los Bonos Soberanos 2020; (ii) la garantía otorgada por el régimen a la empresa rusa Rosneft como consecuencia de un préstamo, y (iii) la orden de embargo de las acciones propiedad de PDV Holding, Inc., a favor de Crystallex, con motivo de haber ganado un juicio por expropiación de un contrato de concesión minera otorgada en Venezuela a esa empresa minera canadiense;

**CONSIDERANDO**

Que actualmente la operación de la Empresa CITGO recae en una gerencia integrada por personal estadounidense con importantes limitaciones legales, por la ausencia de los miembros de la Junta Directiva venezolana debido a su relación con el

Gobierno usurpador de Maduro, motivo por el cual las operaciones de la empresa se han visto afectadas;

## CONSIDERANDO

Que debido a la usurpación de la Presidencia de la República que ilegalmente ejerce Nicolás Maduro, no es posible lograr que la Junta Directiva de PDVSA y, en consecuencia, no es posible que su asamblea de accionista cumplan todas las formalidades para designar a la nueva Junta Directiva de PDV Holding, Inc., de la Empresa CITGO Holding, Inc y de la Empresa CITGO Petroleum Corporation, motivo por el cual en el artículo 34 del Estatuto que Rige la Transición a la Democracia para Restablecer la Vigencia de la Constitución de la República Bolivariana de Venezuela, aprobado por la Asamblea Nacional el pasado 5 de febrero de 2019, se establece un régimen legal especial y temporal de intervención de empresas del Estado, que permite designar a un órgano de intervención, llamado "Junta Administradora Ad-hoc", designado por el Presidente encargado de la República, que asuma las funciones de la Asamblea de Accionista y Junta Directiva de PDVSA, para actuar en su nombre como único accionista, y proceder a designar a la Junta Directiva de PDV Holding, Inc., y en consecuencia, la Junta Directiva de la Empresa CITGO Petroleum Corporation;

## CONSIDERANDO

Que los actos del Presidente encargado deben ser sometidos al control parlamentario de la Asamblea Nacional, en el ejercicio de sus funciones constitucionales, de conformidad con el artículo 187 de la Constitución de la República Bolivariana de Venezuela y de los artículos 13, 15 y 16 del Estatuto que Rige la Transición a la Democracia para Restablecer la Vigencia de la Constitución de la República Bolivariana de Venezuela.

## ACUERDA

**PRIMERO:** Autorizar al ciudadano Juan Gerardo Guaidó Márquez, Presidente encargado de la República Bolivariana de Venezuela, para que en uso de sus atribuciones legales, designe a los ciudadanos que a continuación se mencionan como miembros de la Junta de Administración Ad-hoc de Petróleos de Venezuela S.A., en consideración a las disposiciones expresamente establecidas en los artículos 236 numerales 1, 2 y 11, así como del artículo 333 de la Constitución de la República Bolivariana de Venezuela, y de los artículos 15 literal a. y 34 del Estatuto que Rige la Transición a la Democracia para Restablecer la Vigencia de la Constitución de la República Bolivariana de Venezuela:

### JUNTA DE ADMINISTRACIÓN AD-HOC DE PETRÓLEOS DE VENEZUELA S.A.

- ☐ Simón Antunes;
- ☐ Gustavo J. Velásquez;
- ☐ Carlos José Balza;
- ☐ Ricardo Alfredo Prada, y
- ☐ David Smolansky.

**SEGUNDO:** Los miembros principales de la Junta Administradora Ad-hoc de la sociedad mercantil Petróleos de Venezuela, S.A., se regirán por las siguientes disposiciones:

1. La Junta Administradora Ad-hoc tendrá las atribuciones correspondientes a la Asamblea de Accionista y a la Junta Directiva de Petróleos de Venezuela S.A., a los fines de realizar todas las actuaciones necesarias para designar a la Junta Directiva de PDV Holding, Inc.
2. La Junta Administradora Ad-hoc, directamente o a través de la persona por esta designada, representará a Petróleos de Venezuela S.A. como accionista de PDV Holding, Inc., solo para suscribir el consentimiento escrito del único accionista necesario para designar a la Junta Directiva de PDV Holding, Inc.
3. Queda revocada y sin efecto cualquier otra autorización o designación que en el pasado haya formulado Petróleos de Venezuela S.A., para la representación de Petróleos de Venezuela S.A. como accionista de PDV Holding, Inc., incluyendo sin limitación para la suscripción de consentimientos escritos como único accionista de PDV Holding, Inc.

**TERCERO:** La Junta de Administración Ad-hoc de Petróleos de Venezuela S.A., procederán a realizar todas las actuaciones necesarias a los fines de designar las nuevas juntas directivas de las filiales de PDV Holding, Inc., de CITGO Holding, Inc. y de la Empresa CITGO Petroleum Corporation, las cuales estarán integradas por las siguientes personas:

### PDV Holding, Inc.:

☐ Luisa Palacios;

☐ Edgar Rincón;

☐ Oswaldo Nuñez;

☐ Fernando Vera;

☐ Elio Tortolero, y

☐ Andrés Padilla.

**Citgo Holding, Inc.:**

☐ Luisa Palacios;

☐ Edgar Rincón;

☐ Ángel Olmeta;

☐ Oswaldo Núñez;

☐ Javier Troconis, y

☐ Rick Esser.

**Citgo Petroleum Corporation:**

☐ Luisa Palacios;

☐ Edgar Rincón;

☐ Luis Urdaneta;

☐ Ángel Olmetta;

☐ Andrés Padilla, y

☐ Rick Esser.

**CUARTO:** La Junta de Administración Ad-hoc de Petróleos de Venezuela S.A., así como los nuevos directores de PDV Holding, Inc., y las juntas directivas de las filiales nombradas, deberán proceder inmediatamente a implementar un plan orientado por las siguientes premisas:

1. Obtener la protección de activos de la Empresa CITGO. Para ello, deberá lograrse la exclusión de la Empresa CITGO del régimen de sanciones y promover su inclusión en un régimen de protección de activos.
2. Realizar las gestiones que permitan buscar fuentes de suministro de petróleo pesado alternativo a PDVSA al menor costo posible, hasta que cese la usurpación y se restablezca el suministro de crudo a los Estados Unidos por parte de Petróleos de Venezuela S.A.
3. Efectuar las auditorías necesarias que permitan determinar el estado del patrimonio de la Empresa CITGO y en especial, establecer los hechos que permitan investigar las posibles irregularidades que se pudieran haber cometido, y que hayan afectado los intereses de la República, con la finalidad de realizar las denuncias antes los organismos competentes.
4. Cualquier otra orden o instrucción que sea emanada de la autoridad del Presidente Encargado de la República.

**QUINTO:** Dar publicidad al presente Acuerdo en la Gaceta Legislativa y a través de los medios de comunicación.

Dado, firmado y sellado en el Palacio Federal Legislativo, sede de la Asamblea Nacional de la República Bolivariana de Venezuela, en Caracas, a los trece días del mes de febrero de dos mil diecinueve. Años 209° de la Independencia y 159° de la Federación.

**JUAN GERARDO GUAIDÓ MÁRQUEZ**

Presidente

**ÉDGAR JOSÉ ZAMBRANO RAMÍREZ**

Primer Vicepresidente

**IVÁN STALIN GONZÁLEZ MONTAÑO** Segundo Vicepresidente

**EDINSON DANIEL FERRER ARTEAGA**

Secretario

**JOSÉ LUIS CARTAYA PIÑANGO**

Subsecretario

Buscador

Buscar...

Buscar

La Asamblea

- Junta Directiva
- Sedes Legislativas

Diputados

- Principales
- Suplentes

Agenda Legislativa

- Sesiones AN
- Eventos
- Ruedas de Prensa

Comisiones

- Permanentes
- Ordinarias
- Especiales

Leyes

- Proyectos

Sala de Prensa

- Noticias
- Convocatorias
- Comunicados
- Notas de Prensa

www.asambleanacional.gob.ve/actos/_acuerdo-que-autoriza-el-nombramiento-para-ejercer-los-cargos-del-organo-de-intervencion-llamado-junta-admi…   6/7

- 

- 

- 

Palacio Federal Legislativo, Caracas - Venezuela / Teléfono: +58 212 7783322
X

TRANSLATION CERTIFICATION

I, Gabriela Vasallo, president and owner of Lexico LLC., certify that my company has translated from Spanish to English the document named "Exhibit Q Acuerdo de la Asamblea Nacional Autorizando el Nombramiento de la Junta Directiva Ad-hoc de PDVSA" to the best of our professional translators' ability and knowledge, and we have determined it is a correct and true translation of the original.

Gabriela Vasallo, President
Lexico LLC.

June 24, 2019

Date

Back to top

- Home
- The Assembly
    - Board of Directors
    - Legislative headquarters
- News
- Deputies Deputies
    - All
    - Main
    - Substitute
- Commissions
- Legislative agenda
    - The whole agenda
    - Agenda of the Board of Directors
- Laws Laws
    - Enacted
    - Projects
- Legislative acts
- Transparency
- Press room
- Galleries

Menu

- 
- 
- 
- 
- 
- 

Caracas - Venezuela
June 17, 2019 / 01:06 pm

6/17/2019 AGREEMENT AUTHORIZING THE APPOINTMENT TO HOLD THE POSITIONS OF THE INTERVENTION BODY, NAMED...

Case 1:19-cv-10023-KPF   Document 1-2   Filed 10/29/19   Page 11 of 16



- Home
- The Assembly
    - Board of Directors
    - Legislative headquarters
- News
- Deputies Deputies
    - All
    - Main
    - Substitute
- Commissions
- Legislative agenda
    - The whole agenda
    - Agenda of the Board of Directors
- Laws Laws
    - Enacted
    - Projects
- Legislative acts
- Transparency
- Press room
- Legislative gazette
- Galleries

AGREEMENT AUTHORIZING THE APPOINTMENT TO HOLD THE POSITIONS OF THE INTERVENTION BODY, NAMED "AD-HOC ADMINISTRATIVE BOARD", TO ASSUME THE FUNCTIONS OF THE SHAREHOLDERS MEETING
Date: 13/02/2019

### NATIONAL ASSEMBLY

### OF THE BOLIVARIAN REPUBLIC OF VENEZUELA

In defense of the Constitution, Democracy and the Rule of Law

**AGREEMENT AUTHORIZING THE APPOINTMENT TO HOLD THE POSITIONS FOR AN INTERVENTION ENTITY, NAMED "AD-HOC ADMINISTRATIVE BOARD", TO ASSUME THE FUNCTIONS OF THE SHAREHOLDERS MEETING AND BOARD OF DIRECTORS OF PETRÓLEOS DE VENEZUELA S.A., TO ACT ON THEIR BEHALF AND AS SOLE SHAREHOLDER OF PDV HOLDING, INC., TO APPOINT ITS BOARD OF DIRECTORS AND CONSEQUENTLY APPOINT THE BOARD OF DIRECTORS OF CITGO HOLDING, INC. AND CITGO PETROLEUM CORPORATION.**

### WHEREAS

On May 20, 2018, the regime de facto tried to simulate an electoral process where Venezuelans could not exercise their right to vote in freedom, laying the groundwork for Nicolás Maduro and his regime to propitiate the scenario of usurpation of the Presidency of the Republic for a new presidential term;

### WHEREAS

On May 22, 2018, the sovereign National Assembly approved an Agreement Reiterating the Lack of Knowledge of the Farce That Took Place on May 20, 2018, for the alleged election of the President of the Republic, considering that the farce carried out on May 20 failed to comply with all the electoral guarantees recognized in Human Rights

Treaties and Agreements, as well as in the Constitution of the Bolivarian Republic of Venezuela and the Organic Law of Electoral Processes, taking into account the effective absence of the Rule of Law; the bias of the electoral arbitrate, the violation of the guarantees to exercise the right to suffrage and to exercise the right to be elected for public office; the absence of effective controls against acts of electoral corruption perpetrated by the Government; the systematic violation of freedom of expression, coupled with the bias of the social communication media controlled by the Government, and the absence of effective and transparent observation mechanisms during the elections;

## WHEREAS

Nicolás Maduro usurps the office of President of the Republic, which constitutes an ineffective authority; therefore, all acts emanating from this usurpation are null and void, in accordance with the provisions of Article 138 of the Constitution of the Bolivarian Republic from Venezuela;

## WHEREAS

The Venezuelan people suffer from the bad public policies implemented in recent years by the National Executive and supported by the rest of public powers akin to the regime of Nicolás Maduro;

## WHEREAS

Part of the policies of this usurping Government are to divert the budgetary resources of the Republic to maintain its contemptuous regime, to the detriment of the Venezuelan people who suffer from insecurity, lack of hospitals and medicines, lack of food, lack of transportation, and lack of public services that could improve their quality of life;

## WHEREAS

As a consequence of this unfortunate legal situation of usurpation perpetrated by citizen Nicolás Maduro and his regime, and in accordance with the provision established in Article 333 of the Constitution of the Bolivarian Republic of Venezuela, the National Assembly has had to assume its constitutional competencies, as established in the first part of Article 233 of the Constitution of the Republic and, in this regard, the legitimate President in charge of the Bolivarian Republic of Venezuela is the President of the National Assembly.

## WHEREAS

In compliance with Article 333 and Article 187 numeral 1 of the Constitution of the Bolivarian Republic of Venezuela, the National Assembly approved on February 5, 2019, the Law called "Statute that Governs the Transition to Democracy to Restore the Effectiveness of the Constitution of the Bolivarian Republic of Venezuela," as a pact of coexistence for the civic life of Venezuelans and as a safe path to democratic transition, which has as main foundation the return to the re-institutionalization of the Constitution of the Republic that has been intentionally lost by the National Executive;

## WHEREAS

It is the national duty of all Venezuelans, wherever they may be, in the national territory or abroad, to assume the defense of the interests of the Republic and the heritage of all Venezuelans;

## WHEREAS

At present the company CITGO Petroleum Corporation, a subsidiary of Petróleos de Venezuela SA, is facing a series of operational, financial and managerial difficulties, due to the constant administrative disorders of the regime implemented by the National Government, reason why there are three important legal contingencies weighing on this Venezuelan company in the United States: (i) the guarantee granted to the creditors of the Sovereign Bonds 2020; (ii) the guarantee granted by the regime to the Russian company Rosneft as consequence of a loan, and (iii) the order to seize the shares owned by PDV Holding, Inc., in favor of Crystallex on the grounds of having won a trial for expropriation of a mining concession contract granted in Venezuela to said Canadian mining company;

## WHEREAS

Currently, the operation of the Company CITGO relies on a management team comprised by US staff who face important legal limitations due to the absence of the members of the Venezuelan Board of Directors because of their relationship with the usurper Government of Maduro, reason why the operations of the company have been affected;

## WHEREAS

Due to the usurpation of the Presidency of the Republic illegally exercised by Nicolás Maduro, it is not possible for the Board of Directors of PDVSA and, consequently, for the shareholders meeting to fulfill all the formalities to designate a new Board of Directors of PDV Holding, Inc., of the Company CITGO Holding, Inc. and of the Company CITGO Petroleum Corporation, which is why Article 34 of the Statute Governing the Transition to Democracy to Restore the Effectiveness of the Constitution of the Bolivarian Republic of Venezuela, approved by the National Assembly on February 5, 2019, establishes a special and temporary legal regime for intervention of State companies, which allows the appointment of an intervention body, called the "Ad-hoc Administrative Board," appointed by the President in charge of the Republic, to assume the functions of the Shareholders Meeting and of the Board of Directors of PDVSA, to act on their behalf as sole shareholder, and to proceed to appoint the Board of Directors of PDV Holding, Inc. and, subsequently, appoint the Board of Directors of the company CITGO Petroleum Corporation;

## WHEREAS

The acts of the President in charge must be submitted to parliamentary control by the National Assembly, in the exercise of its constitutional functions, in conformity with Article 187 of the Constitution of the Bolivarian Republic of Venezuela and Articles 13, 15 and 16 of the Statute that Governs the Transition to Democracy to Restore the Effectiveness of the Constitution of the Bolivarian Republic of Venezuela.

## IT AGREES:

**FIRST:** Authorize citizen Juan Gerardo Guaidó Márquez, President in charge of the Bolivarian Republic of Venezuela, by means of its legal attributions, to appoint the citizens that are mentioned below as members of the Ad-hoc Administrative Board of Petróleos de Venezuela S.A., in consideration of the provisions expressly established in Articles 236 numerals 1, 2 and 11, as well as Article 333 of the Constitution of the Bolivarian Republic of Venezuela, and Articles 15 literal a. and 34 of the Statute Governing the Transition to Democracy to Restore the Effectiveness of the Constitution of the Bolivarian Republic of Venezuela:

**AD HOC ADMINISTRATIVE BOARD OF PETRÓLEOS DE VENEZUELA S.A.**

D Simón Antunes;

D Gustavo J. Velásquez;

D Carlos José Balza;

D Ricardo Alfredo Prada, and

D David Smolansky.

**SECOND**: the following provisions will govern the principal members of the Ad-hoc Administrative Board of the commercial company Petróleos de Venezuela, S.A.:
1. The Ad-hoc Administrative Board will have the appropriate attributions to the Shareholders Meeting and the Board of Directors of Petróleos de Venezuela S.A., for the purpose of carrying out all the necessary actions to appoint a Board of Directors of PDV Holding, Inc.
2. The Ad-hoc Administrative Board, directly or through the person they designate, will represent Petróleos de Venezuela S.A. as a shareholder of PDV Holding, Inc., for the only purpose of subscribing the written consent of the sole shareholder required to appoint the Board of Directors of PDV Holding, Inc.
3. Any other authorization or appointment that Petróleos de Venezuela S.A. has formulated in the past for representing Petróleos de Venezuela SA as shareholder of PDV Holding is revoked and without effect, including any limitations to subscribe written consents as sole shareholder of PDV Holding, Inc.

**THIRD:** The Ad-hoc Administrative Board of Petróleos de Venezuela S.A. will proceed to carry out all the necessary actions for the purpose of designating the new boards of directors of the subsidiaries of PDV Holding, Inc., of CITGO Holding, Inc. and of CITGO Petroleum Corporation, which will be comprised of the following persons:

**PDV Holding, Inc.:**

6/17/2019 AGREEMENT THAT AUTHORIZES THE APPOINTMENT TO PERFORM THE FUNCTIONS OF THE INTERVENTION BODY, NAMED...

Case 1:19-cv-10023-KPF   Document 1-2   Filed 10/29/19   Page 14 of 16

D Luisa Palacios;

D Edgar Rincón;

D Oswaldo Nuñez;

D Fernando Vera;

D Elio Tortolero, and

D Andrés Padilla.

**Citgo Holding, Inc.:**

D Luisa Palacios;

D Edgar Rincón;

D Ángel Olmeta;

D Oswaldo Núñez;

D Javier Troconis, and

D Rick Esser.

**Citgo Petroleum Corporation:**

D Luisa Palacios;

D Edgar Rincón;

D Luis Urdaneta;

D Ángel Olmetta;

D Andrés Padilla, and

D Rick Esser.

**FOURTH:** The Ad-hoc Administrative Board of Petróleos de Venezuela S.A., and the new directors of PDV Holding, Inc. and the boards of the subsidiaries listed above will proceed immediately to implement a plan based on the following premises:
1. Secure the protection of assets of CITGO Company. For this purpose, the exclusion of the CITGO Company from the sanctions regime and promotion of its inclusion in a regime for protection of assets must be achieved.
2. Implement measures that permit seeking alternative sources to PDVSA for supply of heavy oil at the lowest possible cost, until the usurpation ceases and Petróleos de Venezuela S.A restores the supply of crude oil to the United States.
3. Carry out the necessary audits to determine the status of the assets of CITGO Company, particularly to establish evidence of possible irregularities committed, which could have affected the interests of the Republic, and proceed to file complaints before the competent authorities.
4. Any other order or instruction issued from the authority of the President in Charge of the Republic.

**FIFTH:** Disseminate the present Agreement publicly in the Judicial Gazette and the communication media.

Signed, sealed and delivered in the Federal Legislative Palace, venue of the National Assembly of the Bolivarian Republic of Venezuela, in Caracas, on the thirteenth day of the month of February, 2019. 209th year of Independence and 159th year of Federation.

6/17/2019 AGREEMENT THAT AUTHORIZES THE APPOINTMENT TO PERFORM THE FUNCTIONS OF THE INTERVENTION BODY, NAMED...

Case 1:19-cv-10023-KPF   Document 1-2   Filed 10/29/19   Page 15 of 16

**JUAN GERARDO GUAIDÓ MÁRQUEZ**

President

**ÉDGAR JOSÉ ZAMBRANO RAMÍREZ**
First Vice-President

**IVÁN STALIN GONZÁLEZ MONTAÑO**
Second Vice-President

**EDINSON DANIEL FERRER ARTEAGA**
Secretary

**JOSÉ LUIS CARTAYA PIÑANGO**
Undersecretary

Browser
Search...
Search

The Assembly

- Board of Directors
- Legislative headquarters

Deputies

- Main
- Substitute

Legislative agenda

- Sessions of the National Assembly
- Events
- Press conferences

Commissions

- Permanent
- Ordinary
- Special

Laws

- Projects

Press room

- News
- Calls
- Releases
- Press releases

- 

- 

- 

Federal Legislative Palace, Caracas - Venezuela / Telephone: +58 212 7783322 X