# EXHIBIT C





## Acuerdos aprobados en la plenaria en las distintas áreas de interés nacional

## ACUERDO SOBRE LA SITUACIÓN FINANCIERA ACTUAL DE PETRÓLEOS DE VENEZUELA S.A.

LA ASAMBLEA NACIONAL

DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

ACUERDO SOBRE LA SITUACIÓN FINANCIERA ACTUAL DE PETRÓLEOS DE VENEZUELA S.A.

CONSIDERANDO

Que la Constitución de la República Bolivariana de Venezuela en su artículo 302 reconoce la importancia estratégica de la actividad petrolera en Venezuela y es Petróleos de Venezuela, S.A., la única sociedad anónima de carácter público que reconoce expresamente nuestra Constitución en su artículo 303;

CONSIDERANDO

Que en el contexto mundial de baja de precios del crudo, el Estado venezolano debe buscar preservar su presencia en los mercados mundiales de hidrocarburos, procurando mantener o incrementar los niveles de producción. Este objetivo fallido fue trazado por el Gobierno Nacional desde el año 2005 en el Plan de Siembra Petrolera que señala que para el 2012 la producción petrolera debió alcanzar los 6.0 millones de barriles diarios de los cuales 3.9 millones de barriles diarios se deberían destinar para la exportación. El informe de gestión de PDVSA del año 2015 señala que la producción petrolera nacional lejos de incrementar disminuyó a 2.9 millones de barriles de petróleo, por debajo del 50 % de la meta de producción para el 2012;

CONSIDERANDO

Que pese a haber generado más de 700 millardos de dólares en ingresos desde el año 1999 hasta el 2015, el Estado ha usado a PDVSA como fuente de financiamiento para fines político-partidistas, obstaculizando así que la empresa invirtiera en aspectos esenciales dentro de la industria como son la exploración, extracción, refinación y distribución. En consecuencia, la

producción actual está por debajo de los niveles de producción de 1998;

**CONSIDERANDO**

Que la situación financiera de PDVSA es la de una entidad altamente endeudada con una deuda financiera de US$ 43.716 millones y de US$ 19.052 millones con proveedores, niveles estos significativamente mayores que lo adeudado en 1998;

**CONSIDERANDO**

Que PDVSA ha vendido activos físicos y financieros a precios inferiores al mercado. Así, en 2016, PDVSA liquidó sus activos en Argentina, vendió parte de su capital accionario en las empresas mixtas a petroleras extranjeras y en el año 2015 negoció las acreencias que mantenía con Jamaica y República Dominicana por un precio inferior a su valor nominal. En ese sentido, Venezuela transó sus cuentas por cobrar con Jamaica de US$ 2.920 millones de dólares por apenas US$ 1.500 millones, lo que representa una rebaja cercana al 50%, mientras que a República Dominicana cedió una posición de acreedor de una deuda cercana a los US$ 4.000 millones por apenas US$ 2.000 millones;

**CONSIDERANDO**

Que recientemente, la estatal petrolera ha dado a conocer que pretende realizar un canje de bonos con fecha de maduración en los próximos quince meses. Los títulos elegibles para esta operación alcanzan a US$ 7.100 millones con una concentración excesiva en el corto plazo del servicio de la deuda. De hecho en lo que va de 2016, más del 25,0 % de los ingresos por exportaciones petroleras se destinarán a servir la deuda de PDVSA;

**CONSIDERANDO**

Que es un indicio de los problemas de credibilidad que la empresa petrolera nacional con derechos exclusivos de explotación sobre las mayores reservas petroleras del mundo tenga que ofrecer como garantía real del pago de los bonos a ser canjeados el 50,1% de su posición en la empresa subsidiaria Citgo Holdings INC;

**CONSIDERANDO**

Que tanto la sensible caída en la producción de PDVSA, la necesidad de colocar como colateral a la empresa Citgo Holdings INC y el manejo opaco e inadecuado de las finanzas de la empresa, comprometerán significativamente la liquidez de esta para el servicio de la deuda financiera y comercial y aumentar la producción;

**CONSIDERANDO**

Que el artículo 187 de la Carta Magna faculta a la Asamblea Nacional para ejercer funciones de control sobre el Gobierno Nacional y sobre la Administración Pública, con potestad para conocer sobre los estados financieros y los detalles de cualquier operación que comprometa a PDVSA al usarse como garantía sus activos.

**ACUERDA**

**Primero.** Citar al ciudadano Eulogio del Pino, Presidente de la Empresa Petróleos de Venezuela S.A, a que comparezca a esta Asamblea Nacional para que explique los términos de esta operación de canje de bonos, fundamentada en el otorgamiento de la mayoría de las acciones de Citgo Holding INC como garantía.

**Segundo.** Rechazar categóricamente que se utilice la operación de canje señalada como garantía con prioridad por el 50.1% de las acciones que conforman el capital social de Citgo Holding INC, o que se constituya garantía sobre cualquier otro bien de la Nación.

**Tercero.** Exhortar al Ministerio Público a que abra una investigación para determinar si la operación en curso resguarda el Patrimonio de la Nación, en atención a los artículos 187 numeral 9, 302 y 303 de la Constitución de la República Bolivariana de Venezuela.

**Cuarto.** Exhortar a Petróleos de Venezuela S.A, a que presente al país un plan de reperfilamiento de sus compromisos financieros y un plan de recuperación de la industria petrolera para el corto y mediano plazo.

**Quinto.** Dar publicidad al presente Proyecto de Acuerdo**.**

Dado, firmado y sellado en el Palacio Federal Legislativo, Sede de la Asamblea Nacional de la República Bolivariana de Venezuela, en la ciudad de Caracas, a los veintisiete días del mes de septiembre del año dos mil dieciséis. Año 206° de la Independencia y 156° de la Federación.

**HENRY RAMOS ALLUP**

Presidente de la Asamblea Nacional

**ENRIQUE MÁRQUEZ**          **SIMÓN CALZADILLA**

Primer Vicepresidente          Segundo Vicepresidente

**ROBERTO EUGENIO MARRERO BORJAS**          **JOSÉ LUIS CARTAYA**

Secretario          Subsecretario

# Buscador

Buscar…

BUSCAR

| Asamblea | Noticias | Diputados | Comisiones | Actos Legislativos |
|---|---|---|---|---|
| Historia | Todas | Todos | Todas | Todos |
| Bases Legales | Nacional | Principales | Comisiones Ordinarias | Acuerdos aprobados e… |
| Junta Directiva | Internacional | Suplentes | Comisiones Permanentes | Autorización… |
|  | Legislativa |  | Comisiones Consultivas | Autorizaciones de co… |
|  |  |  |  | Comisiones Especiale… |
|  |  |  |  | Comisiones Mixtas |
|  |  |  |  | Discursos de Orden |
|  |  |  |  | Embajadores / Autori… |
|  |  |  |  | Informes presentados… |
|  |  |  |  | Informes |
|  |  |  |  | Informes de gesti&oa… |

Transparencia    Gaceta Legislativa

Documentos    Contáctanos

Palacio Federal Legislativo, Caracas - Venezuela / Teléfono: +58 212 7783322




**TRANSPERFECT**

STATE OF NEW YORK
CITY OF NEW YORK
COUNTY OF NEW YORK

## CERTIFICATION

I, Aurora Landman, as an employee of TransPerfect Translations, Inc., do hereby certify, to the best of my knowledge and belief, that the provided Spanish into English translation(s) of the source document(s) listed below are true and accurate:

- *National Assembly Resolutions on the Current Financial Situation of Petróleos de Venezuela, S.A.*

TransPerfect Translations, Inc., a translation organization with over 90 offices on six continents, is a leader in professional translations. TransPerfect Translations, Inc. has over twenty-five years experience translating into the above language pair, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

TransPerfect Translations, Inc. affirms that the provided translation was produced in according to our ISO 9001:2015 and ISO 17100:2015 certified quality management system, and also that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

_____
Aurora Landman, Project Assistant

Sworn to before me this
Friday, October 25, 2019

_____
Authorized Signature

[Notary Seal: WENDY POON, NOTARY, NO. 01PO6356754, QUALIFIED IN QUEENS COUNTY, COMM. EXP. 04-03-2021, STATE OF NEW YORK, PUBLIC]

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 6TH FLOOR, NEW YORK, NY 10001  |  T 212.400.8840  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

09/27/2016

# THE NATIONAL ASSEMBLY

# OF THE BOLIVARIAN REPUBLIC OF VENEZUELA

## RESOLUTIONS ON THE CURRENT FINANCIAL SITUATION OF PETRÓLEOS DE VENEZUELA S.A.

### WHEREAS

That the Constitution of the Bolivarian Republic of Venezuela, in Article 302 thereof, recognizes the strategic importance of the oil activity in Venezuela, with Petróleos de Venezuela, S.A. being the only public company that expressly recognizes our Constitution in Article 303 thereof;

**WHEREAS** That in the global context of low oil prices, the Venezuelan State must seek to preserve its presence in the global hydrocarbon markets in an attempt to maintain or increase production levels. This failed objective was set by the National Government since 2005 in the "*Plan de Siembra de Petroleo*" (Oil Sowing Plan) that states that, by 2012, oil production should have reached 6.0 million barrels per day, of which 3.9 million barrels per day should be destined for export. PDVSA's 2015 management report indicates that national oil production, far from increasing, actually decreased to 2.9 million barrels of oil, below 50% of the production target for 2012;

**WHEREAS** That despite having generated more than US$700 billion in revenue from 1999 to 2015, the State has used PDVSA as a source of financing for political-partisan purposes, thus hindering the company from investing in essential aspects within the industry such as exploration, extraction, refining and distribution. Consequently, current production is below the 1998 production levels;

### WHEREAS

That PDVSA's financial situation is that of a highly indebted entity with a financial debt of US$43,716 million and US$19,052 million with suppliers, levels that are significantly higher than what was owed in 1998;

**WHEREAS** That PDVSA has sold physical and financial assets at prices below the market. Thus, in 2016, PDVSA liquidated its assets in Argentina, sold part of its share capital in joint ventures to foreign oil companies, and in 2015 negotiated the claims it held with Jamaica and the Dominican Republic for a price below nominal value. Accordingly, Venezuela negotiated its accounts receivable of US$ 2,920 million with Jamaica for just US$ 1,500 million, which represents a reduction close to 50%, while the Dominican Republic relinquished a creditor position for a debt of almost US$ 4,000 million for just US$ 2,000 million;

**WHEREAS** That recently, the state oil company has announced that it intends to execute a bond swap with a maturity date in the next 15 months. Eligible securities for this transaction reach US$ 7.1 billion with an excessive concentration in the short-term for debt service. In fact, so far in 2016, more than 25.0% of revenues from oil exports will be used to serve PDVSA's debt;

**WHEREAS** That, indicative of the credibility problems, the national oil company, having exclusive exploitation rights over the largest oil reserves in the world, must offer 50.1% of its position in the subsidiary company Citgo Holdings Inc. as collateral for the payment of the bond swap;

### WHEREAS

That the considerable drop in the production of PDVSA, the need to offer the company Citgo Holdings Inc. as collateral, and the opaque and inadequate management of the company's finances will significantly compromise its liquidity for the service of financial and commercial debt and for the increase in production;

### WHEREAS

That Article 187 of the Constitution empowers the National Assembly to exercise control functions over the National Government and the Public Administration, with the power to obtain information about the financial statements and details of any transaction that commits PDVSA's assets as collateral.

### IT IS HEREBY RESOLVED

**First**. To summon citizen Eulogio del Pino, President of Petróleos de Venezuela SA, to appear before this National Assembly to explain the terms of this bond swap transaction, based on offering the majority of Citgo Holding Inc. shares as collateral.

**Second**. To reject categorically that, within the swap transaction, 50.1% of the shares comprising the capital stock of Citgo Holding Inc. are offered as a guarantee with priority, or that a guarantee is constituted over any other property of the Nation.

**Third**. To urge the Public Ministry to open an investigation to determine if the current transaction protects the National Property, in accordance with articles 187, section 9, 302 and 303 of the Constitution of the Bolivarian Republic of Venezuela.

**Fourth**. To urge Petróleos de Venezuela S.A. to present the Country with a plan for the refinancing of its financial commitments and a recovery plan for the oil industry over the short- and medium-term.

**Fifth**. To publicize these Draft Resolutions.

Issued, signed and sealed in the Federal Legislative Palace, Headquarters of the National Assembly of the Bolivarian Republic of Venezuela, in the city of Caracas, on the twenty-seventh day of the

month of September of the year two thousand and sixteen. Year 206 of Independence and 156 of the Federation.

HENRY RAMOS ALLUP

**President of the National Assembly**

| ENRIQUE MÁRQUEZ | SIMÓN CALZADILLA |
|---|---|
| **First Vice President** | **Second Vice President** |
| ROBERTO EUGENIO MARRERO BORJAS | JOSÉ LUIS CARTAYA |
| **Secretary** | **Undersecretary** |