# EXHIBIT D




## Acuerdos aprobados en la plenaria en las distintas áreas de interés nacional

# ACUERDO QUE REITERA LA INVALIDEZ DEL BONO PDVSA 2020

DESCARGAR

**LA ASAMBLEA NACIONAL
DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA**

Como vocera del pueblo libre, soberano y democrático,

**ACUERDO QUE REITERA LA INVALIDEZ DEL BONO PDVSA 2020**

**CONSIDERANDO**

Que en Acuerdo aprobado en fecha 26 de mayo de 2016, esta Asamblea Nacional ratificó que: "serán absolutamente nulos los contratos de interés público nacional, estadal o municipal que celebre el Ejecutivo Nacional con Estados o entidades oficiales extranjeras o con sociedades no domiciliadas en Venezuela sin la aprobación de la Asamblea Nacional; así como otros contratos de interés público nacional que suscriba sin esta aprobación fuera de los casos exceptuados por la ley";

**CONSIDERANDO**

Que el 4 de agosto de 2016 esta Asamblea Nacional aprobó el Acuerdo de emplazamiento al Ejecutivo Nacional sobre la situación de la compañía estatal Petróleos de Venezuela S.A. (PDVSA), en el cual se acordó, entre otras decisiones, exhortar "al Ejecutivo Nacional y a la directiva de la Estatal PDVSA a mantener una sana política de endeudamiento, tanto financiera como comercial que no afecte a largo plazo los intereses del país y de la propia industria petrolera";

**CONSIDERANDO**

Que el 16 de septiembre de 2016 PDVSA ofreció el canje de bonos con vencimiento en 2017 por un nuevo bono con vencimiento en 2020, con garantía sobre el 50,1% de la acciones de Citgo Holding, Inc.;

**CONSIDERANDO**

Que el 27 de septiembre de 2016 esta Asamblea aprobó un Acuerdo en el cual cuestionó el sobre-endeudamiento irresponsable de PDVSA, inició una investigación sobre la oferta de canje, rechazó la garantía sobre el 50,1% de la acciones de Citgo Holding, Inc., y ordenó el inicio de investigaciones por presuntos delitos al patrimonio público derivados de esta operación;

**CONSIDERANDO**

Que PDVSA decidió ignorar el Acuerdo de esta Asamblea Nacional, y avanzó en el canje, a pesar de que el mercado no reaccionó favorablemente, como resultado del colapso económico de PDVSA y las objeciones públicamente realizadas por esta Asamblea en su Acuerdo de fecha 27 de septiembre de 2016;

**CONSIDERANDO**

Que tras cambiar las condiciones del canje para reconocer una prima a quienes decidiesen participar en tal operación, PDVSA anunció el 24 de octubre de 2016 los resultados de la operación, en la cual apenas se logró canjear cerca del 40% de los bonos con vencimiento en 2017;

**CONSIDERANDO**

Que el canje aumentó las obligaciones de PDVSA durante 2016-2020 por 1.102 millones de dólares, dividido en 569 millones en pagos de capital adicional y 533 millones en pagos de intereses adicionales. Como resultado de lo anterior, el financiamiento total del canje tiene una tasa interna de retorno de cerca del 19,8% en dólares, más el colateral sobre el 50,1% de las acciones de Citgo Holding, Inc;

**CONSIDERANDO**

Que al día siguiente del anuncio de los resultados del canje, la Sala Constitucional dictó su sentencia Nro. 893, en la cual ilegítimamente privó a esta Asamblea Nacional a investigar a PDVSA, todo lo cual facilitó que esa empresa cerrara la operación de canje, mediante contratos de emisión y de garantías suscritos el 28 de octubre, a pesar de lo cual, no se declaró la nulidad del Acuerdo del 27 de septiembre del año 2016;

**CONSIDERANDO**

Que el 30 de noviembre de 2016 PDVSA, firmó un acuerdo de financiamiento con Rosneft Trading, S.A., a resultas del cual PDV Holding, Inc. entregó en prenda el 49,9% de acciones de Citgo Holding, Inc., en una operación que tampoco fue autorizada por la Asamblea Nacional de conformidad con lo previsto en los artículos 150 y 187 numeral 3 de la Constitución;

**CONSIDERANDO**

Que desde febrero de 2019, la Asamblea Nacional y el Presidente (E) Juan Gerardo Guaidó Márquez adoptaron todas las decisiones necesarias para cambiar a los administradores de PDV Holding, Inc., Citgo Holding, Inc. y Citgo Petroleum Corporation, de conformidad con el Estatuto que rige la transición a la democracia para restablecer la vigencia de la Constitución de la República Bolivariana de Venezuela, todo lo cual permitió resguardar a Citgo de la grave crisis en la cual estaba sumergida como resultado de las políticas predatorias de los regímenes de Hugo Chávez y Nicolás Maduro;

**CONSIDERANDO**

Que el 24 de abril de 2019 la Sub-Comisión de Crédito Público y la Comisión Permanente de Finanzas y Desarrollo Económico recomendaron a la Asamblea Nacional, tal y como esta acordó, pagar por una vez los intereses del Bono 2020 por parte de la Junta Ad-Hoc de PDVSA designada por el Presidente (E) Juan Gerardo Guaidó Márquez, pero reservando expresamente los derechos de PDVSA derivados de las dudas en torno a la validez de ese Bono, para lo cual acordó iniciar la correspondiente investigación;

**CONSIDERANDO**

Que a pesar de los esfuerzos de la Oficina del Procurador Especial, el Embajador de Venezuela en Estados Unidos de América y la Junta Administradora Ad-Hoc de PDVSA, el Departamento del Tesoro no ha reconocido la revocatoria de la licencia general número 5, que autoriza a los tenedores del Bono 2020 a tomar control de las acciones de Citgo Holding, Inc., aun cuando esas acciones se encuentran bloqueadas como resultado de las decisiones adoptadas por el Gobierno de Estados Unidos, en especial, la Orden Ejecutiva de 5 de agosto;

**CONSIDERANDO**

Que luego de las investigaciones adelantadas en coordinación con la Oficina del Procurador Especial, se concluyó que el contrato de emisión del Bono 2020 es un contrato de interés público nacional que ha debido ser autorizado por la Asamblea Nacional, de conformidad con el artículo 150 de la Constitución;

**CONSIDERANDO**

Que además de lo anterior, las condiciones financieras del contrato de emisión del Bono 2020 fueron irracionales, lesionando el patrimonio de PDVSA por el incremento injustificado de su deuda.

**ACUERDA**

**PRIMERO**. Ratificar que el contrato de emisión del Bono 2020 violó el artículo 150 de la Constitución de la República Bolivariana de Venezuela, pues se trató de un contrato de interés público nacional, suscrito con sociedades mercantiles extranjeras, el cual no fue autorizado por la Asamblea Nacional.

**SEGUNDO**. Ratificar que el contrato de emisión del Bono 2020 violó los artículos 311 y 312 de la Constitución de la República Bolivariana de Venezuela, pues sus condiciones financieras fueron lesivas debido a la irracionalidad bajo la cual PDVSA estructuró el canje y posterior emisión.

**TERCERO**. Reiterar todos los cuestionamientos que esta Asamblea Nacional ha venido formulando desde el año 2016 en torno al endeudamiento irresponsable de PDVSA y la celebración de contratos de interés público nacional no autorizados previamente, todo lo cual está siendo objeto de una investigación que incluye, entre otros, el acuerdo suscrito con Rosneft Trading, S.A.

**CUARTO**. Emplazar al Gobierno del Presidente (E) Juan Gerardo Guaidó Márquez a los fines de adoptar todas las acciones orientadas a la defensa de los activos de PDVSA en Estados Unidos, procurando el arreglo ordenado y consensuado de cualquier reclamación que pudiera plantearse.

**QUINTO**. Dar publicidad al presente Acuerdo.

Dado, firmado y sellado en el Palacio Federal Legislativo, sede de la Asamblea Nacional de la República Bolivariana de Venezuela, en Caracas a los quince días del mes de octubre 2019. Año 209° de la Independencia y 160° de la Federación.

**JUAN GERARDO GUAIDÓ MÁRQUEZ**

Presidente de la Asamblea Nacional

**ÉDGAR JOSÉ ZAMBRANO RAMÍREZ**

Primer Vicepresidente

**IVÁN STALIN GONZÁLEZ MONTAÑO**

Segundo Vicepresidente

**EDINSON DANIEL FERRER ARTEAGA** Secretario

**JOSÉ LUIS CARTAYA PIÑANGO**

Subsecretario

## Buscador

Buscar...

BUSCAR

| Asamblea | Noticias | Diputados | Comisiones | Actos Legislativos | Transparencia | Gaceta Legislativa |
|---|---|---|---|---|---|---|
| Historia | Todas | Todos | Todas | Todos | Documentos | Contáctanos |
| Bases Legales | Nacional | Principales | Comisiones Ordinarias | Acuerdos aprobados e... | | |
| Junta Directiva | Internacional | Suplentes | Comisiones Permanentes | Autorización... | | |
| | Legislativa | | Comisiones Consultivas | Autorizaciones de co... | | |
| | | | | Comisiones Especiale... | | |
| | | | | Comisiones Mixtas | | |
| | | | | Discursos de Orden | | |
| | | | | Embajadores / Autori... | | |
| | | | | Informes presentados... | | |
| | | | | Informes | | |
| | | | | Informes de gesti&oa... | | |

Palacio Federal Legislativo, Caracas - Venezuela /
Teléfono: +58 212 7783322

/



STATE OF NEW YORK
CITY OF NEW YORK
COUNTY OF NEW YORK

## CERTIFICATION

I, Aurora Landman, as an employee of TransPerfect Translations, Inc., do hereby certify, to the best of my knowledge and belief, that the provided Spanish into English translation(s) of the source document(s) listed below are true and accurate:

- National Assembly Resolution Dated October 15, 2019

TransPerfect Translations, Inc., a translation organization with over 90 offices on six continents, is a leader in professional translations. TransPerfect Translations, Inc. has over twenty years experience translating into the above language pair, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

TransPerfect Translations, Inc. affirms that the provided translation was produced in according to our ISO 9001:2015 and ISO 17100:2015 certified quality management system, and also that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

_____
Aurora Landman, Project Assistant

Sworn to before me this
Friday, October 25, 2019

_____
Authorized Signature

[Notary seal: WENDY POON, NOTARY, NO. 01PO6356754, QUALIFIED IN QUEENS COUNTY, COMM EXP 04-03-2021, STATE OF NEW YORK, PUBLIC]

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 6TH FLOOR, NEW YORK, NY 10001 | T 212.400.8840 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

_____

## NATIONAL ASSEMBLY OF BOLIVARIAN REPUBLIC OF VENEZUELA
_____

RESOLUTION THAT REITERATES THE INVALIDITY OF PDVSA'S 2020 BONDS

### NATIONAL ASSEMBLY OF
### BOLIVARIAN REPUBLIC OF VENEZUELA

As voice for the free, sovereign and democratic people.

### RESOLUTION THAT REITERATES THE INVALIDITY OF PDVSA'S 2020 BONDS

**WHEREAS**

That in a Resolution approved on May 26, 2016, this National Assembly ratified that: "any national, state or municipal public contract entered into by the National Executive Power with foreign States or foreign official entities or with companies not domiciled in Venezuela without the approval of the National Assembly shall be absolutely null and void; as well as other national public contracts that are executed without such approval except where exempt by law ";

**WHEREAS**

That on August 4, 2016, the National Assembly approved the Summons Resolution for the National Executive Power on the situation of the state-owned company Petróleos de Venezuela S.A. (PDVSA), in which it was resolved, among other decisions, to urge "the National Executive Power and the board of the State-owned PDVSA to maintain a healthy debt policy, both financially and commercially, that does not affect the long-term interests of the country and the oil industry itself ";

**WHEREAS**

That on September 16, 2016, PDVSA offered a bond swap transaction, whereby a bond with a maturity date in 2017 would be swapped for a new bond with a maturity date in 2020, with 50.1% of the shares in Citgo Holding, Inc. offered as collateral;

**WHEREAS**

That on September 27, 2016, this Assembly approved a Resolution in which it questioned the irresponsible over-indebtedness of PDVSA, initiated an investigation into the bond swap offer, rejected the collateral of 50.1% of the shares in Citgo Holding, Inc., and ordered the initiation of investigations for alleged crimes to the public patrimony derived from this transaction;

**WHEREAS**

That PDVSA decided to ignore the Resolution of this National Assembly, and proceeded with the bond swap transaction, despite the market not reacting favorably, due to the economic collapse of PDVSA and the public complaints presented by this Assembly in its Resolution dated September 27, 2016;

**WHEREAS**

That after modifying the bond swap conditions to recognize a premium for those who decided to participate in such a transaction, PDVSA announced the results of the transaction on October 24, 2016, where barely 40% of the bonds maturing in 2017 were swapped;

**WHEREAS**

That the swap increased PDVSA's obligations during 2016-2020 by US$1,102 million, that is, US$569 million in additional capital payments and US$533 million in additional interest payments. Consequently, the total financing of the bond swap has an internal rate of return of almost 19.8% in dollars, plus the 50.1% of the Citgo Holding, Inc shares offered as collateral;

**WHEREAS**

That the day following the announcement of the bond swap results, the Constitutional Court issued its ruling No. 893, in which it illegitimately prevented this National Assembly from investigating PDVSA, thereby allowing that the latter to complete the bond swap transaction through the issue of bond indentures and guarantees executed on 28 October, even though the nullity of the Resolution dated September 27, 2016 was not declared;

**WHEREAS**

That on November 30, 2016, PDVSA signed a financing agreement with Rosneft Trading, S.A., resulting in PDV Holding, Inc. pledging 49.9% of shares in Citgo Holding, Inc., through a transaction that was not authorized by the National Assembly in accordance with the provisions of Articles 150 and 187, section 3 of the Constitution;

**WHEREAS**

That since February 2019, the National Assembly and the President (E), Juan Gerardo Guaidó Márquez, adopted all the necessary decisions to change the board of PDV Holding, Inc., Citgo Holding, Inc. and Citgo Petroleum Corporation, in accordance with the Statute governing the transition to democracy to restore the validity of the Constitution of the Bolivarian Republic of Venezuela, all of which allowed Citgo to protect itself from the serious crisis in which it was submerged as a result of the predatory policies of the regimes of Hugo Chávez and Nicolás Maduro;

**WHEREAS**

That on April 24, 2019, the Public Credit Subcommittee and the Permanent Committee on Finance and Economic Development recommended to the National Assembly, as resolved by the latter, that the Ad-Hoc Board of PDVSA appointed by the President (E), Juan Gerardo Guaidó Márquez, pay the interest of the 2020 Bond in a single payment, but expressly reserving PDVSA's rights of PDVSA derived from the doubts concerning the validity of that Bond, for which it was resolved to initiate the corresponding investigation:

**WHEREAS**

That despite the efforts of the Office of the Special Prosecutor, the Venezuelan Ambassador of to the United States of America and the Ad-Hoc Administrative Board of PDVSA, The Department of Treasury has not recognize the revocation of general license number 5, which authorizes the holders of the 2020 Bond to take control of shares in Citgo Holding, Inc., even when such shares are frozen as a result of the decisions taken by the United States Government, in particular, the Executive Order of 5 August;

## WHEREAS

That following the investigations conducted in coordination with the Office of the Special Prosecutor, it was concluded that the 2020 Bond indenture is a national public contract that should have been authorized by the National Assembly, in accordance with Article 150 of the Constitution;

## WHEREAS

That in addition to the foregoing, the financial conditions of the 2020 Bond indenture were irrational, damaging PDVSA's equity due to the unjustified increase in its debt.

## IT IS HEREBY RESOLVED

**FIRST.** To ratify that the 2020 Bond indenture violated Article 150 of the Constitution of the Bolivarian Republic of Venezuela, since it concerned a national public contract, executed with foreign companies, which was not authorized by the National Assembly

**SECOND**. To ratify that the 2020 Bond indenture violated Articles 311 and 312 of the Constitution of the Bolivarian Republic of Venezuela, since its financial conditions were detrimental given the irrationality under which PDVSA structured the bond swap and subsequent issuance.

**THIRD**. To reiterate all the questions that this National Assembly has been formulating since 2016 regarding the irresponsible indebtedness of PDVSA and the execution of national public contracts not previously authorized, all of which are undergoing an investigation that includes, among other items, the agreement executed with Rosneft Trading, S.A.

**FORTH.** To summon the Government of the President (E), Juan Gerardo Guaidó Márquez, to adopt all actions aimed at defending PDVSA's assets in the United States, seeking the orderly and consensual settlement of any claim that may arise.

**FITH.** To publicize this Resolution.

Issued, signed and sealed in the Federal Legislative Palace, Headquarters of the National Assembly of the Bolivarian Republic of Venezuela, in the city of Caracas, on the fifteenth day of the month of October 2019.

Year 209of Independence and 160 of the Federation.


JUAN GERARDO GUAIDÓ MÁRQUEZ

President of the National Assembly


ÉDGAR JOSÉ ZAMBRANO RAMÍREZ            IVÁN STALIN GONZÁLEZ MONTAÑO

Case 1:19-cv-10023-KPF   Document 1-4   Filed 10/29/19   Page 9 of 9

First Vice president                                    Second Vice President

EDINSON DANIEL FERRER ARTEAGA         JOSÉ LUIS CARTAYA PIÑANGO

Secretary                                                       Undersecretary