| | |
|---|---|
| PETRÓLEOS DE VENEZUELA, S.A., PDVSA PETRÓLEO, S.A., and PDV HOLDING, INC.,<br><br>Petitioners,<br><br>– against –<br><br>MUFG UNION BANK, N.A. and GLAS AMERICAS LLC,<br><br>Respondent. | Case No. 1:19-cv-10023 (KPF)<br><br>**ORDER APPROVING WITHDRAWAL OF THREE CROWNS LLP AS COUNSEL FOR DEFENDANTS** |

This matter having come before the Court by the filing of Three Crowns LLP's Notice of Application to Withdraw as Counsel for the Defendants,

IT IS HEREBY ORDERED THAT:

The Application to Withdraw as Counsel by Luke Sobota and the law firm of Three Crowns LLP is hereby **GRANTED**.  Luke Sobota is hereby withdrawn and discharged as counsel for the Defendants in this case.

IT IS FURTHER ORDERED THAT:

Luke Sobota, whose email address is luke.sobota@threecrownsllp.com, is removed from the mailing matrix and from receiving CM/ECF electronic filings in this case.

Dated: December 20, 2019
      New York, New York

                                                      Hon. Katherine Polk Failla
                                                     United States District Judge