# EXHIBIT 7





100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK    )
                     )           ss:
COUNTY of NEW YORK   )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, "hernandez_tweet" -- originally written in *Spanish* -- is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: 1/21/2020

*Susannah Smith*

Susannah Smith
Project Manager
Consortra Translations

Sworn to and signed before ME
this 21st day of January, 2020

*James G Mamera*

Notary Public

JAMES G MAMERA
Notary Public - State of New York
No. 01MA6157195
Qualified in New York County
My Commission Expires Dec. 4, 2022



Your legal translation partner

New York, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  Hong Kong

 Jose I. Hernandez G.
@ignandez

 Follow

Importante noticia ---> Juicio en Nueva York sacará a flote lo que Maduro ocultó sobre el bono PDVSA 2020



Juicio en Nueva York sacará a flote lo que Maduro ocultó sobre el bono PDV...
Por Caleb Zuleta (KonZ).- El juicio de nulidad en contra del bono PDVSA 2020 intentado en Nueva York por la junta administradora ad-hoc de PDVSA sigue adela...
konzapata.com

1:36 PM - 16 Jan 2020

333 Retweets   213 Likes   

💬 2     🔁 333     ♡ 213