# EXHIBIT 8

Jose I Hernandez G.
@jgnandez

The PDVSA 2020 case should be followed up by the Venezuelan juridical community: the defense of the Constitution of Venezuela before the New York courts.

> Centro de Comunicación Nacional · 3d
> Venezuela's legitimate government shall present arguments before New York court regarding the 2020 bonds

3:20 pm – 1/20/20 · Twitter for Android



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK     )
                      )                    ss:
COUNTY of NEW YORK    )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, "tweet_1.20" -- originally written in *Spanish* -- is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: 1/21/2020                                          Sworn to and signed before ME
                                                          this 21st day of January, 2020

*Susannah Smith*                                          *James G Mamera*
Susannah Smith                                            Notary Public
Project Manager
Consortra Translations

JAMES G MAMERA
Notary Public - State of New York
No. 01MA6157195
Qualified in New York County
My Commission Expires Dec. 4, 2022



Your legal translation partner


