| | | |
|---|---|---|
| NEW YORK | **Duane Morris** | ATLANTA |
| LONDON | | BALTIMORE |
| SINGAPORE | | WILMINGTON |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | MIAMI |
| CHICAGO | | BOCA RATON |
| WASHINGTON, DC | | PITTSBURGH |
| SAN FRANCISCO | ANTHONY J. COSTANTINI | NEWARK |
| SILICON VALLEY | DIRECT DIAL: +1 212 692 1032 | LAS VEGAS |
| SAN DIEGO | PERSONAL FAX: +1 212 202 4715 | CHERRY HILL |
| SHANGHAI | E-MAIL  AJCostantini@duanemorris.com | LAKE TAHOE |
| BOSTON | | MYANMAR |
| HOUSTON | *www.duanemorris.com* | OMAN |
| LOS ANGELES | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | MEXICO CITY |
| | | ALLIANCE WITH |
| | | MIRANDA & ESTAVILLO |
| | | SRI LANKA |
| | | ALLIANCE WITH |
| | | GOWERS INTERNATIONAL |

January 24, 2020



**VIA EMAIL**

The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

   Re: *Lovati et al v. Petroleos de Venezuela, S.A.*, 20-Civ-00269;
     *Petroleos de Venezuela, S.A. v. MUFG Union Bank, N.A.*,
     19-Civ-10023 (related)

Your Honor:

  We represent the plaintiffs in the above-captioned *Lovati* case, which you have accepted as related to *Petroleos de Venezuela, S.A. v. MUFG Union Bank*, 19-Civ-10023 ("MUFG case"). Both of these cases concern the legality of the 2020 bonds issued by Petroleos de Venezuela, S.A. ("PDVSA"). We are aware that you have approved a schedule for the *MUFG* case, and we have no desire to add to the burdens of the Court or the respective litigants.

  We have been contacted by counsel for PDVSA, and discussed a possible stay at the *Lovati* case, pending the outcome of the *MUFG* case. We would be amenable to such a stay, provided that we have contemporaneous access to all discovery in the *MUFG* case, including attendance at any depositions. Since any such resolution would involve the Court and all the parties to the *MUFG* case, some of whom are not parties to the *Lovati* litigation, we would respectfully request a conference with the Court attended by all parties to either of the cases involving the 2020 Bonds. We have copied all counsel on this request.

DUANE MORRIS LLP

1540 BROADWAY  NEW YORK, NY 10036-4086     PHONE: +1 212 692 1000  FAX: +1 212 692 1020
DM3\6309831.1

DuaneMorris

The Honorable Katherine Polk Failla
January 24, 2020
Page 2

Thank you for your consideration of our proposal.

Very truly yours,

/s/ Anthony J. Costantini
Anthony J. Costantini

AJC/gg

cc: Kurt W. Hansson, Esq.
    James R. Bliss, Esq.
    James Worthington, Esq.
    Tariq Mundiya, Esq.
    Christopher J. Clark, Esq.

```
Application GRANTED.  The parties in this case and in Petroleos de
Venezuela, S.A. v. MUFG Union Bank, No. 19 Civ. 10023, are ORDERED to
appear for a conference to discuss a potential stay in the instant case
and Plaintiff's access to discovery in the related case on February 6,
2020, at 4:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse,
40 Foley Square, New York, New York.  Given that Defendant PdVSA has yet
to appear in the instant case and none of the defendants in the related
case are parties to this case, the Court ORDERS Plaintiffs to give prompt
notice to all parties in the related case of the scheduled conference.

Dated:    January 24, 2020          SO ORDERED.
          New York, New York
```

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

DM3\6309831.1