**Christopher J. Clark**
Direct Dial: 212.906.1350
chris.clark@lw.com

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

February 5, 2020

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Petróleos de Venezuela, S.A. v. MUFG Union Bank, N.A.*,
No. 19-cv-10023 (S.D.N.Y.)

Dear Judge Failla:

    We represent defendants in the above-captioned matter. We respectfully request that the Court permit representatives of holders of the 2020 Notes, the trustee, and the collateral agent to listen by telephone to the conference scheduled for tomorrow, February 6, 2020, at 4:00 p.m. These individuals would not be appearing as counsel or speaking at the conference; they would only listen to the proceedings.

    I and other counsel of record for defendants will attend the conference in person. Counsel for plaintiffs consent to this request.

    We thank the Court for its consideration of this request, and are available at the Court's convenience to answer any questions.

Very truly yours,

/s/ Christopher J. Clark

Christopher J. Clark
of LATHAM & WATKINS LLP

cc: All counsel of record (*via* ECF)