

1(212) 318-6626
jamesbliss@paulhastings.com

February 18, 2020

**VIA ECF AND ELECTRONIC MAIL**

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Petróleos de Venezuela, et al. v. MUFG Union Bank, N.A., et. al.*, Case No. 1:19-cv-10023-KPF (S.D.N.Y.)

Dear Judge Failla:

The parties are still discussing a potential resolution of the issues raised in Mr. Hurwitz's letter of February 12, 2020.  Accordingly, plaintiffs respectfully request that their time to respond to Mr. Hurwitz's letter be extended until tomorrow.  Defendants consent to this request.

Respectfully,

*James R. Bliss*

James R. Bliss
of PAUL HASTINGS LLP


cc:   Counsel of record