

1(212) 318-6626
jamesbliss@paulhastings.com

February 19, 2020

**VIA ECF AND ELECTRONIC MAIL**

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:   *Petróleos de Venezuela, et al. v. MUFG Union Bank, N.A., et. al.*, Case No. 1:19-cv-10023-KPF (S.D.N.Y.)

Dear Judge Failla:

The issues raised in Mr. Hurwitz's letter of February 12, 2020 have been resolved by agreement of the parties.  Accordingly, the Court's intervention is not needed at this time.

Respectfully,

*James R. Bliss*

James R. Bliss
of PAUL HASTINGS LLP

cc:   Counsel of record