

1(212) 318-6626
jamesbliss@paulhastings.com

February 19, 2020

**MEMO ENDORSED**

**VIA ECF AND ELECTRONIC MAIL**

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *Petróleos de Venezuela, et al. v. MUFG Union Bank, N.A., et. al.*, Case No. 1:19-cv-10023-KPF
       (S.D.N.Y.)

Dear Judge Failla:

The issues raised in Mr. Hurwitz's letter of February 12, 2020 have been resolved by agreement of the parties.  Accordingly, the Court's intervention is not needed at this time.

Respectfully,

*James R. Bliss*

James R. Bliss
of PAUL HASTINGS LLP

cc:    Counsel of record

The Court is pleased to hear that the parties have resolved their
dispute.  The Clerk of Court is directed to terminate the motion at
docket entry 59.

Dated:    February 20, 2020          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE