

1(212) 318-6626
jamesbliss@paulhastings.com

June 3, 2020

**VIA ECF AND ELECTRONIC MAIL**

**MEMO ENDORSED**

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Petróleos de Venezuela, et al. v. MUFG Union Bank, N.A., et. al.*, Case No. 1:19-cv-10023-KPF (S.D.N.Y.)

Dear Judge Failla:

We are writing to respectfully request a further, very short extension of the summary judgment briefing schedule, which would adjust the filing of reply briefs by just two days, and thus briefing would still be completed four weeks before the hearing date (which the parties would not propose to change). Defendants have consented to the requested extension.

Two days ago, the Venezuelan home of Dr. Hernández, Special Attorney General of Venezuela, was raided by the Maduro regime in retaliation for an arbitral award recently obtained by the Guaidó Government against the regime's interests. Yesterday, Dr. Hernández's parents' home was also raided by the regime. As a result of these events, Dr. Hernández has been forced to abruptly and unexpectedly turn his attention away from plaintiffs' summary judgment filings.

The adjusted schedule would be as follows:

|  | Current Date | Proposed Date |
|---|---|---|
| Motions for summary judgment: | June 5, 2020 | June 10, 2020 |
| Oppositions to summary judgment motions: | June 25, 2020 | June 29, 2020 |
| Replies to summary judgment motions: | July 13, 2020 | July 15, 2020 |
| Hearing date for summary judgment motions: | August 12, 2020 | August 12, 2020 |

Plaintiffs respectfully request that the Court approve the adjusted briefing schedule, and we are available to address any questions the Court may have.

Respectfully,

*James R. Bliss*

James R. Bliss
of PAUL HASTINGS LLP
cc:   Counsel of record

Paul Hastings LLP | 200 Park Avenue | New York, NY 10166
t: +1.212.318.6000 | www.paulhastings.com

Application GRANTED.  The Court adopts the proposed briefing schedule.  There will be no further extensions.

Dated:     June 3, 2020
           New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE