# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>

PETRÓLEOS DE VENEZUELA, S.A., PDVSA
PETRÓLEO, S.A., and PDV HOLDING, INC.,

    Plaintiffs and Counterclaim Defendants,

    - against -

MUFG UNION BANK, N.A. and GLAS
AMERICAS LLC,

    Defendants and Counterclaim Plaintiffs.

</td><td>

No. 19 Civ. 10023 (KPF)

**NOTICE OF MOTION TO
EXCLUDE THE EXPERT
TESTIMONY OF
DAVID C. HINMAN**

ORAL ARGUMENT
REQUESTED

</td></tr>
</table>

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Matthew S. Salerno, as well as the exhibits to that declaration, and the accompanying Memorandum of Law, the undersigned, on behalf of Defendants and Counterclaim Plaintiffs MUFG Union Bank, N.A. (the "Trustee") and GLAS Americas LLC (the "Collateral Agent"), hereby move this Court before the Honorable Katherine Polk Failla, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, Courtroom 618, New York, New York 10007, for an Order excluding the reports and testimony of Plaintiffs' expert David C. Hinman from this action pursuant to Federal Rules of Evidence 401, 403, and 702 and the Supreme Court's decision in *Daubert* v. *Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).  The grounds for this motion are set forth in the accompanying Memorandum of Law.

Dated: New York, New York
      June 10, 2020

PAUL, WEISS, RIFKIND,
    WHARTON & GARRISON LLP
Walter Rieman
William A. Clareman
Jonathan Hurwitz
Shane D. Avidan
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: 212-373-3000
Facsimile: 212-757-3990
wrieman@paulweiss.com
wclareman@paulweiss.com
jhurwitz@paulweiss.com
savidan@paulweiss.com

PAUL, WEISS, RIFKIND,
    WHARTON & GARRISON LLP
Roberto J. Gonzalez (*pro hac vice*)
2001 K Street, NW
Washington, DC 20006-1047
Telephone: 202-223-7300
rgonzalez@paulweiss.com

*Attorneys for Defendants and Counterclaim Plaintiffs MUFG Union Bank, N.A. and GLAS Americas LLC, in their respective capacities as Trustee and Collateral Agent, under the Indenture dated October 27, 2016, and the Pledge and Security Agreement dated October 28, 2016, governing PDVSA's Senior Secured Notes due 2020 (as to New York law issues only)*

LATHAM & WATKINS LLP

By:  <u>s/ Matthew S. Salerno</u>
    Christopher J. Clark
    Matthew S. Salerno
    Sean H. McMahon
885 Third Avenue
New York, New York 10022
Telephone: 212-906-1200
Facsimile: 212-751-4864
chris.clark@lw.com
matthew.salerno@lw.com
sean.mcmahon@lw.com

*Attorneys for Defendants and Counterclaim Plaintiffs MUFG Union Bank, N.A. and GLAS Americas LLC, in their respective capacities as Trustee and Collateral Agent, under the Indenture dated October 27, 2016, and the Pledge and Security Agreement dated October 28, 2016, governing PDVSA's Senior Secured Notes due 2020*