UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETRÓLEOS DE VENEZUELA, S.A., PDVSA PETRÓLEO, S.A., and PDV HOLDING, INC.,

    Plaintiffs,

- against -

MUFG UNION BANK, N.A. and GLAS AMERICAS LLC,

    Defendants.

Case No: 19-cv-10023-KPF

---

### [PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

The Court, having considered Plaintiffs' motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 (the "Motion"),[1] the pleadings and other papers filed or otherwise presented to the Court in support and in opposition thereto, and argument thereon, and good cause having been shown, hereby ORDERS that:

1. The Motion is GRANTED;

2. Judgment shall enter in Plaintiffs' favor and against Defendants on all claims, counterclaims, and defenses;

3. Judgment shall enter declaring that the 2020 Notes, the Indenture, and the Pledge are invalid, illegal, null and void *ab initio*, and thus unenforceable;

4. Defendants, any owners or holders of the 2020 Notes or beneficial interests therein, and any other parties claiming an interest in the 2020 Notes or a security interest in the pledged CITGO Shares, are hereby enjoined from attempting to enforce the 2020 Notes, the Indenture, or the Pledge or from otherwise attempting to exercise any rights, remedies, or

---

[1] Capitalized terms have the same meanings as in Plaintiffs' memorandum of law in support of the Motion.

privileges purportedly arising from a default or Event of Default under the Indenture or the Pledge; and

      6.    The Court shall retain jurisdiction to hear and determine any matters arising from the implementation of this Order.

Dated: _____, \_\_\_\_, 2020

_____
HON. KATHERINE POLK FAILLA
United States District Judge