# Exhibit 130 to the
# Clark Declaration
# Filed Under Seal Pursuant to Section 4(a) of the Stipulated Confidentiality Agreement and Protective Order (Dkt. No. 53)