# Exhibit 131 to the Clark Declaration



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

## OFFICE OF FOREIGN ASSETS CONTROL

**Executive Order 13835 of May 21, 2018**
**Prohibiting Certain Additional Transactions With Respect to Venezuela**

**GENERAL LICENSE NO. 5**

**Authorizing Certain Transactions Related to the**
**Petroleos de Venezuela SA 2020 8.5 Percent Bond**

(a) Except as provided in paragraph (b) of this general license, all transactions related to, the provision of financing for, and other dealings in the Petroleos de Venezuela SA 2020 8.5 Percent Bond that would be prohibited by Subsection 1(a)(iii) of Executive Order 13835 of May 21, 2018 ("Prohibiting Certain Additional Transactions With Respect to Venezuela") (E.O. 13835) are authorized.

(b) This general license does not authorize any transaction that is otherwise prohibited by E.O. 13835, Executive Order 13827 of March 19, 2018, Executive Order 13808 of August 24, 2017, Executive Order 13692 of March 8, 2015, or any part of 31 C.F.R. chapter V.

Bradley T. Smith
Acting Director
Office of Foreign Assets Control

Dated: July 19, 2018