# Exhibit 135 to the Clark Declaration

5/23/2020   Alejandro Grisanti on Twitter: "My commitment as a member of the Administrative Board @PDVSA_AdHoc and of the Committee ends today...

← **Tweet**



**Alejandro Grisanti**
@agrisanti

My commitment as a member of the Administrative Board @PDVSA_AdHoc and of the Presidential Advisory Committee for the renegotiation of public debt ends today. I reiterate my commitment and constant work for the best future of our country!
Translate Tweet



8:16 PM May 15, 2020 · Twitter Web App

**386** Retweets    **464** Likes

**Angel** @Aragorn666 · May 15
Replying to @agrisanti @OrlvndoA and @PDVSA_AdHoc
Another one who said: "I'm getting out of this swamp!"
@fav0001
@M3m3ntoMori

♡ 2       ♡ 12

**ARISTOTELES RODRIGUEZ** @aristoteles1950 · May 15
Replying to @agrisanti @puzkas and @PDVSA_AdHoc
The ship is sinking, and the rats begin to fall back. Of course, they're already fat and rosy.

♡ 5       ♡ 8

**GQuintero** @GQuintero · May 15
Replying to @agrisanti @puzkas and @PDVSA_AdHoc
The gentleman most certainly realized that the only thing that remains of PDVSA is a rotten and empty shell - nothing to recover, nothing to administer.

♡ 2       ♡ 4

**elllanero** @elllane49000791 · May 15
Replying to @agrisanti and @PDVSA_AdHoc
He already got his bite and said, "I already ate... I already left"

♡ 1       ♡ 5

**ruben arias** @rarias33 · May 15
Replying to @agrisanti and @PDVSA_AdHoc
An Indian who has eaten is an Indian who has gone

♡ 5

**GIbarraC** @sabuesin · May 15
Replying to @agrisanti @nelsonbocaranda and @PDVSA_AdHoc
More and more people are leaving the interim government.

**Reos** @Reos1970 · May 15
Replying to @agrisanti @nelsonbocaranda and @PDVSA_AdHoc
they have renounced Guaido more than Maduro ...

♡ 2

**JOSE HERNANDEZ** @cheito1312 · May 15
Replying to @agrisanti and @PDVSA_AdHoc
Dear Alejandro, are you going back to Ecoanalitica?

♡ 1

**Adalberto Fuenmayor** @AdalbertoFuenma · May 15
Replying to @agrisanti and @PDVSA_AdHoc
Congratulations, sir, for taking that route. I always thought that you were a professional, and it is not worth having them muddy you because of someone else. Regards.

♡ 1

**HorseWihtNoName** @HorseWihtNoName · May 16
Replying to @agrisanti @nelsonbocaranda and @PDVSA_AdHoc
Nothing is free, Alejandro knows it.
They are all jackals fighting for a bone.
And the only thing for Bocaranda to do is to continue obeying.
Family matters.
1

🇻🇪 💕 @Yamy_Moon · May 17
Replying to @agrisanti
The only ones who are blind or pretending to be blind are, frankly, the people. They are tired of "we're doing well," because it is an unsustainable lie.
1

**mpa** @admapi · May 16
Replying to @agrisanti and @PDVSA_AdHoc
Thank you very much for your service. Better times will come.
1 1

**Barrul Von Espi** @espi_von · May 16
Replying to @agrisanti @EmmaRincon and @PDVSA_AdHoc
This is another closet socialist... one of those who promotes and supports Biden. Fly.
4 1

This account owner limits who can view their Tweets. Learn more

This account owner limits who can view their Tweets. Learn more

3 more replies

**ramiro gordillo** @ramirogordillo8 · May 15
Replying to @agrisanti and @PDVSA_AdHoc
Thanks

**Gabgab** @gtoxxxx · May 15
Replying to @agrisanti @OrlvndoA and @PDVSA_AdHoc
Pure stew

**Elizabeth** @catiraeli · May 15
Replying to @agrisanti and @PDVSA_AdHoc
🙏🙏🙏👏👏👏🇻🇪🇻🇪🇻🇪👍 I admire you!!!

**rafa** @ocumaremix · May 15
Replying to @agrisanti and @PDVSA_AdHoc
Carmonazo 2.0

**Nicolás Rinascente** @nicolasrv · May 15
Replying to @agrisanti and @PDVSA_AdHoc
Are you returning to your duties in @ecoanalitica?



Washington D.C., May 6, 2020

Mr. Juan Guaidó
President of the National Assembly of the Bolivarian Republic of Venezuela
President (Interim) of the Bolivarian Republic of Venezuela

**Reference: Resignation from the Ad-Hoc Administrative Board of Petróleos de Venezuela, S.A. (PDVSA) and therefore the Presidential Advisory Committee for the renegotiation of public debt.**

Dear President (Interim) Juan Guaidó,

First of all, I would like to thank you for the trust you have given me to put myself at the service of the country in this particularly difficult situation. This has been an unprecedented process, full of learning, experiences, victories, and differences that I have been proud to share with the excellent colleagues and other directors from the oil industry. The Ad-Hoc Board of Petróleos de Venezuela, S.A. is made up of Venezuelans, capable and full of integrity, with an irreducible work ethic, and with extensive and proven experience in oil, financial, corporate, and legal matters, both nationally and internationally. Despite the ad honorem nature of the PDVSA Ad-Hoc Administrative Board, each of its directors has given his or her best, forming a solid work team. While it is true that we sometimes have divergent views[1], we have been capable of professionally analyzing and discussing various complex situations, reaching agreements, and supporting decisions with one voice, always seeking the best interests of Venezuela.

These times have not been easy, but in a little over a year, we have been able to recover CITGO, which is managed with the highest standards of transparency and professionalism; to build the fundamental pillars for the re-structuring of the amounts due that were inherited from the Chávez and Maduro regimes; to defend the nation's assets abroad in the face of countless cases of litigation; to develop and strengthen reciprocal relations with the United States government, who is a key player in defending Citgo and other assets of the Nation; to achieve a consensus vision of the Country Plan with multilateral agencies, such as the International Monetary Fund, the World Bank, and the Inter-American Development Bank; and to build the oil plan for the day after and promote it to the different key players in the global oil industry, among others. There are many challenges that remain, but in hindsight, the results that the PDVSA Ad-Hoc Board has achieved are not few in number.

Despite the positive situation of the path we have walked, unfortunately, I find it necessary to submit, for your consideration, my resignation as a member of the PDVSA Ad-Hoc Board beginning on

---

[1] As was shown in my letter of April 23 on the bonds called PDVSA2020, which, unfortunately, was leaked to the press.

today, May 6, 2020. There are many obligations and projects that I have postponed to assume the responsibilities that you have kindly entrusted to me. Having spent the last 15 months with greatly diminished income, and despite supporting the ad honorem nature of the PDVSA Administrative Board, I find myself in need of returning to my professional activities, in order to generate the necessary income to support my family.

The directing of a body, such as the PDVSA Ad-Hoc administrative board, must always be far from the political ambitions of some stakeholders and must have as its fundamental focus the defense and proper operation of its assets abroad. Today is the time to give the opportunity to a Venezuelan who is capable and responsible to take on that challenge. That is why I recommend that the position be given to a professional with strong legal and financial experience and negotiating skills. I do not take it upon myself to recommend a person to you, but if you wish I can help in your search. Because of the selfsame characteristics of my professional activities, it is necessary to make this resignation effective within a fixed period of time. There are many Venezuelans who are capable of assuming my position. So, I would ask for the announcement of my replacement to be made as soon as possible. I remain at the disposition of the Ad-Hoc board of PDVSA for whatever they may need in the future, and, above all, I remain at their disposition to continue helping to align strategies and teams that lead us to regain the freedom of Venezuela.

Sincerely yours.


[signature]
Alejandro Grisanti Capriles

CC      Dr. Luis Pacheco, Chairman of the Ad-Hoc Administrative Board of PDVSA



**OFFICE OF THE PRESIDENCY**
Bolivarian Republic of Venezuela

Caracas, May 11, 2020

Dear
**Alejandro Grisanti Capriles**
His Office.

I am writing to you for the purpose of responding to your letter dated May 6 by means of which you are resigning your position as a member of the Ad-Hoc Board of Petróleos de Venezuela, S.A. (PDVSA).

In that regard, I accept your resignation from the aforementioned position, thereby ending your participation on the Presidential Advisory Committee for the renegotiation of the public debt, of which you were a member representing PDVSA.

Your ad honorem support of the Ad-Hoc Board of PDVSA is well known, and we also understand your need to return to the exercise of your professional activities in order to generate income for you and your family. Your dedication will always be remembered.

On behalf of the Venezuelan people, I appreciate the important work you have performed in that position, as well as the commitment and dedication shown in carrying our your duties. Venezuela needs citizens who are committed to the democratic struggle and change for the well-being of our people. That is why we value your contribution and express our gratitude for what you have achieved.

We hope to continue counting on your support. I say goodbye expressing my feelings of esteem and consideration.

Kind regards,

**[signature]**

[seal:] BOLIVARIAN REPUBLIC OF VENEZUELA - PRESIDENCY OF THE NATIONAL ASSEMBLY

**Juan Guaidó**
President of the National Assembly
President in Charge of the Bolivarian Republic of Venezuela

G363BCKKZU140520


Presidency of the Republic                              www.asambleanacional.gob.ve



City of New York, State of New York, County of New York

I, Lindsay Young, hereby certify that the document "**2020.05.07 JIH Statement_2**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

*Lindsay Young*
Lindsay Young
(Currently situated in the County of New York)

Sworn to before me remotely this
May 28, 2020

_____
Signature, Notary Public
(Currently situated in the County of New York)

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
STATE OF NEW YORK

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T +1 212.689.5555 | F +1 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90+ CITIES WORLDWIDE



City of New York, State of New York, County of New York

I, Lindsay Young, hereby certify that the document "**2020.05.15 Alejandro Grisanti on Twitter_2**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

_____
Lindsay Young
(Currently situated in the County of New York)

Sworn to before me remotely this
May 28, 2020

_____
Signature, Notary Public
(Currently situated in the County of New York)

_____
Stamp, Notary Public

[Notary Seal: WENDY POON, NOTARY PUBLIC, NO. 01PO6356754, QUALIFIED IN QUEENS COUNTY, COMM. EXP. 04-03-2021, STATE OF NEW YORK]

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 I T +1 212.689.5555 I F +1 212.689.1059 I WWW.TRANSPERFECT.COM
OFFICES IN 90+ CITIES WORLDWIDE



City of New York, State of New York, County of New York

I, Lindsay Young, hereby certify that the document "**2020.05.15 Alejandro Grisanti on Twitter_3**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

*Lindsay Young*
Lindsay Young
(Currently situated in the County of New York)

Sworn to before me remotely this
May 28, 2020

_____
Signature, Notary Public
(Currently situated in the County of New York)

_____
Stamp, Notary Public

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
STATE OF NEW YORK
PUBLIC

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T +1 212.689.5555 | F +1 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90+ CITIES WORLDWIDE



City of New York, State of New York, County of New York

I, Lindsay Young, hereby certify that the document "**2020.05.15 Alejandro Grisanti on Twitter_4**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

*Lindsay Young*
Lindsay Young
(Currently situated in the County of New York)

Sworn to before me remotely this
May 28, 2020

_____
Signature, Notary Public
(Currently situated in the County of New York)

_____
Stamp, Notary Public

5/23/2020 Alejandro Grisanti on Twitter: "Hoy termina mi compromiso como miembro de la Junta Administradora @PDVSA_AdHoc y de la Comisió…

Case 1:19-cv-10023-KPF   Document 112-13   Filed 06/15/20   Page 11 of 15

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

**Alejandro Grisanti** @agrisanti

Hoy termina mi compromiso como miembro de la Junta Administradora @PDVSA_AdHoc y de la Comisión Presidencial Consultiva para la renegociación de la deuda pública. Reiteró mi compromiso y trabajo constante por el mejor futuro de nuestro país!

Translate Tweet



8:16 PM · May 15, 2020 · Twitter Web App

386 Retweets    464 Likes

**Angel** @Aragorn666 · May 15
Replying to @agrisanti @OrlvndoA and @PDVSA_AdHoc
Otro que dijo: "me salgo de este pantano"!
@fav0001
@M3m3ntoMori

2      12

**ARISTOTELES RODRIGUEZ** @aristoteles1950 · May 15
Replying to @agrisanti @puzkas and @PDVSA_AdHoc
El Barco se hunde y las Ratas comienzan a replegarse. Claro ya bien gordas y rosagantes.

5      8

**GQuintero** @GQuintero · May 15
Replying to @agrisanti @puzkas and @PDVSA_AdHoc
El senr seguro se dio cuenta que lo que queda d PDVSA es un cascaron podrido y vacio, nada que recuperar, nada que administrar.

2      4

**elllanero** @elllane49000791 · May 15
Replying to @agrisanti and @PDVSA_AdHoc
Ya agarro su mascada y dijo ( Ya comí ya me fui)

1      5

**ruben arias** @rarias33 · May 15
Replying to @agrisanti and @PDVSA_AdHoc
Indio comido, indio ido

5

**GIbarraC** @sabuesin · May 15
Replying to @agrisanti @nelsonbocaranda and @PDVSA_AdHoc
Cada vez mas gente se va del gob interino,

2

**Reos** @Reos1970 · May 15
Replying to @agrisanti @nelsonbocaranda and @PDVSA_AdHoc
han renunciado más a Guaido que a Maduro...

3

**JOSE HERNANDEZ** @cheito1312 · May 15



**Relevant people**

**Alejandro Grisanti** @agrisanti   Follow
Economista e Ingeniero en Computación, PhD en Economía. Profundamente Venezolano

**PDVSA AD HOC OFICI…** @PDVSA_AdHoc   Follow
Cuenta oficial de la junta de PDVSA ad hoc designada por la @AsambleaVe y el presidente (E) de la República, Juan Guaidó, el día 10 de abril de 2019.

**What's happening**

COVID-19 · LIVE
**COVID-19: New York's daily death toll dips below 100 for first time since March**

**#SweetestPromEver**
Join our virtual prom w/ @SteveAoki LIVE on Twitter TONIGHT at 9pm ET.
Promoted by Chips Ahoy!

COVID-19 · LIVE
**COVID-19 updates for the US**

Trending in United States
**#DojaIsOverParty**
Trending with: #dojacatiscancelled

Celebrities · Trending
**Hilary Duff**
Trending with: Hillary Duff

Show more

Terms   Privacy policy   Cookies   Ads info   More
© 2020 Twitter, Inc.


dani @dani39338733

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Replying to @agrisanti and @PDVSA_AdHoc
Estimado Alejandro, vuelves a Ecoanalitica?
1

**Adalberto Fuenmayor** @AdalbertoFuenma · May 15
Replying to @agrisanti and @PDVSA_AdHoc
felicidades señor por tomar esta via, siempre pense que es un profesional y no vale la pena que lo enloden por culpa de otro. saludos
1

**HorseWihtNoName** @HorseWihtNoName · May 16
Replying to @agrisanti @nelsonbocaranda and @PDVSA_AdHoc
Nada es gratis, Alejandro lo sabe.
Todos son chacales tras un hueso.
Y Bocaranda, solo le queda seguir obedeciendo.
Cosas de familia.
1

🇻🇪 **𝒀𝒂𝒎𝒚 𝑴𝒐𝒏𝒕𝒂𝒏𝒐** 💕 @Yamy_Moon · May 17
Replying to @agrisanti
El único ciego o se hace el ciego es @jguaido francamente la gente se canso del "vamos bien" porque es una mentira insostenible.
1

**mpa** @admapi · May 16
Replying to @agrisanti and @PDVSA_AdHoc
Muchas Gracias por sus servicios. Vendrán tiempos mejores.
1 1

**Barrul Von Espi** @espi_von · May 16
Replying to @agrisanti @EmmaRincon and @PDVSA_AdHoc
Este es otro socialista de closet, de esos que promueve y apoya a Biden. Mosca.
4 1

This account owner limits who can view their Tweets. Learn more

This account owner limits who can view their Tweets. Learn more

3 more replies

**ramiro gordillo** @ramirogordillo8 · May 15
Replying to @agrisanti and @PDVSA_AdHoc
Gracias

**Gabgab** @gtoxxxx · May 15
Replying to @agrisanti @OrlvndoA and @PDVSA_AdHoc
Puro guiso

**Elizabeth** @catiraeli · May 15
Replying to @agrisanti and @PDVSA_AdHoc
🙏🙏🙏👏👏👏🇻🇪🇻🇪🇻🇪👍lo admiro!!!

**rafa** @ocumaremix · May 15
Replying to @agrisanti and @PDVSA_AdHoc
Carmonazo 2.0

**Nicolás Rinascente** @nicolasrv · May 15
Replying to @agrisanti and @PDVSA_AdHoc
Regresa a sus funciones en @ecoanalitica?

Search Twitter

## Relevant people

**Alejandro Grisanti** @agrisanti Follow
Economista e Ingeniero en Computación, PhD en Economía. Profundamente Venezolano

**PDVSA AD HOC OFICI...** @PDVSA_AdHoc Follow
Cuenta oficial de la junta de PDVSA ad hoc designada por la @AsambleaVe y el presidente (E) de la República, Juan Guaidó, el día 10 de abril de 2019.

## What's happening

COVID-19 · LIVE
**COVID-19: New York's daily death toll dips below 100 for first time since March**

**#SweetestPromEver**
Join our virtual prom w/ @SteveAoki LIVE on Twitter TONIGHT at 9pm ET.
Promoted by Chips Ahoy!

COVID-19 · LIVE
**COVID-19 updates for the US**

Trending in United States
**#DojaIsOverParty**
Trending with: #dojacatiscancelled

Celebrities · Trending
**Hilary Duff**
Trending with: Hillary Duff

Show more

Terms Privacy policy Cookies Ads info More
© 2020 Twitter, Inc.

**dani**
@dani39338733





Washington DC 6 de mayo de 2020

Ciudadano Juan Guaidó
Presidente de la Asamblea Nacional de la República Bolivariana de Venezuela
Presidente (E) de la República Bolivariana de Venezuela

**Referencia: Renuncia a la Junta Administradora Ad-Hoc de Petróleos de Venezuela, SA (PDVSA) y por ende a la Comisión Presidencial Consultiva para la renegociación de la deuda pública.**

Estimado Presidente (E) Juan Guaidó,

Antes que nada quisiera agradecer la confianza que me ha dado para ponerme al servicio del país en esta coyuntura especialmente difícil. Este ha sido un proceso inédito, lleno de aprendizajes, experiencias, victorias, y diferencias que he tenido el orgullo de compartir con excelentes compañeros/directores de la industria petrolera. La Junta Ad-Hoc de petróleos de Venezuela está conformada por venezolanos, capaces e íntegros, con una mística de trabajo irreductible y con una amplia y demostrada experiencia en asuntos petroleros, financieros, corporativos y legales, tanto a nivel nacional como internacional. A pesar de la naturaleza Ad honorem de la Junta administradora Ad-Hoc de PDVSA, cada uno de sus directores ha dado lo mejor de si, integrando un equipo sólido de trabajo. Si bien es cierto que en ocasiones tenemos puntos de vista divergentes[1], hemos sido capaces de analizar y debatir profesionalmente diversas situaciones complejas, llegar a acuerdos y respaldar decisiones con una sola voz, siempre buscando el mejor interés para Venezuela.

No han sido tiempos fáciles, pero en un poco más de un año hemos logrado recuperar CITGO, la cual es manejada con los mayores estándares de transparencia y profesionalismo; construir los pilares fundamentales para la re-estructuración de las acreencias heredadas de los regímenes de Chávez y Maduro; defender los activos de la nación que se encuentran en el extranjero ante innumerables litigios; desarrollar y profundizar relaciones fluidas con el gobierno de Estados Unidos, actor clave en la defensa de Citgo y de otros activos de la nación; lograr una visión de consenso del Plan País con los organismos multilaterales como el Fondo Monetario Internacional, Banco Mundial y Banco Inter-Americano de Desarrollo; construir el plan petrolero para el día después y promocionarlo ante los diferentes actores claves de la industria petrolera mundial, entre otros. Son muchos los retos que todavía quedan, pero al dar una mirada atrás, no son pocos los resultados que la Junta directiva Ad-Hoc de PDVSA ha logrado.

A pesar de lo positivo del camino andado, lamentablemente me veo obligado a someter a su consideración mi renuncia como miembro de la Junta ad-hoc de PDVSA a partir del

---

[1] Como quedó reflejado en mi carta del 23 de abril sobre los bonos denominados PDVSA2020, y que desafortunadamente fue filtrada a la prensa.

día de hoy, 6 de mayo de 2020. Son muchas las obligaciones y proyectos que he postergado para asumir las responsabilidades que usted ha tenido a bien encomendarme. El haber pasado los últimos 15 meses con ingresos muy disminuidos, y a pesar de respaldar la naturaleza Ad-Honorem de la Junta Administradora de PDVSA, me veo en la necesidad de regresar a mis actividades de ejercicio profesional para poder generar los ingresos necesarios para mantener a mi familia.

La conducción de un organismo como la junta administrativa Ad-Hoc de PDVSA siempre debe estar lejos de las ambiciones políticas de algunos grupos de interés, y debe tener como foco fundamental la defensa y buen funcionamiento de sus activos en el extranjero. Hoy es el momento de darle la oportunidad a un venezolano capaz y responsable de asumir este reto. Es por ello que recomiendo que esa posición sea para un profesional con alta experiencia legal, financiera y con habilidades de negociación. No me atrevo a recomendarle a una persona, pero si así lo desea puedo ayudar en su búsqueda. Por las características propias de mi ejercicio profesional, es necesario hacer efectiva esta renuncia en un tiempo perentorio. Hay muchos venezolanos capaces de asumir mi posición, por lo que le pediría que el anuncio de mi remplazo se de a la brevedad posible. Quedo a la orden de la junta Ad-Hoc de PDVSA para lo que puedan necesitar en el futuro, y sobre todo quedo a sus ordenes para continuar ayudando a alinear estrategias y equipos que nos lleven a recuperar la libertad de Venezuela.

Sin otro en particular me despido,

*[signature]*

Alejandro Grisanti Capriles…

CC    Dr. Luis Pacheco, Presidente de la Junta Administradora Ad-Hoc de PDVSA



**DESPACHO DE LA PRESIDENCIA**
República Bolivariana de Venezuela

Caracas, 11 de mayo de 2020

Estimado
**Alejandro Grisanti Capriles**
Presente.-

Me dirijo a usted en la oportunidad de dar respuesta a su comunicación de fecha 6 de mayo, por medio de la cual renuncia al cargo de miembro de la Junta Ad-Hoc de Petróleos de Venezuela, S.A. (PDVSA).

En este sentido, acepto la renuncia presentada al cargo antes señalado cesando así su participación en la Comisión Presidencial Consultiva para la renegociación de la deuda pública, de la cual era miembro en representación de PDVSA.

Resulta un hecho notorio su respaldo a la naturaleza Ad Honorem de la Junta Ad-Hoc de PDVSA, y de igual forma comprendemos la necesidad de volver al ejercicio de sus actividades profesionales a fin de generar ingresos para usted y su familia. Su entrega será siempre recordada.

En nombre del pueblo venezolano agradezco la importante labor realizada en dicho cargo, así como el compromiso y dedicación demostrado en el desarrollado de sus funciones. Venezuela requiere de ciudadanos comprometidos con la lucha democrática y el cambio en pro del bienestar de nuestro pueblo, es por ello que valoramos su aporte y expresamos nuestra gratitud por los logros alcanzados.

Esperamos seguir contando con su apoyo, me despido expresando mis sentimientos de estima y consideración.

Atentamente,

**Juan Guaidó**
Presidente de la Asamblea Nacional
Presidente (E) de la República Bolivariana de Venezuela

G363BCKKZU140520

Presidencia de la República ★★★★★★★★★★   www.asambleanacional.gob.ve