UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETRÓLEOS DE VENEZUELA, S.A., PDVSA PETRÓLEO, S.A., and PDV HOLDING, INC.,

        Plaintiffs,

- against -

MUFG UNION BANK, N.A. and GLAS AMERICAS LLC,

        Defendants.

Case No: 19-cv-10023-KPF

---

### DECLARATION OF ALLAN R. BREWER-CARÍAS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, ALLAN R. BREWER-CARÍAS, hereby declare pursuant to 28 U.S.C. § 1746 and Local Rule 7.1 as follows:

1. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Allan R. Brewer-Carías dated March 16, 2020.

2. Attached hereto as Exhibit B is a true and correct copy of the Expert Report of Allan R. Brewer-Carías Rebutting the Report of ▮▮▮▮▮▮▮▮ dated May 1, 2020.

3. I authored the attached reports as a witness retained to provide expert testimony in this case and hereby adopt them as my testimony under penalty of perjury. If called to testify at trial, I would testify under oath as set forth therein.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of June, 2020

                                          */s/ Allan R. Brewer-Carías*
                                          Allan R. Brewer-Carías