# Exhibit 25 to the
# Clark Declaration

# The Lima Group supports the appointment of Julio Borges as Presidential Commissioner for Foreign Affairs

**presidenciave.com**/international/the-lima-group-supports-the-appointment-of-julio-borges-as-presidential-commissioner-for-foreign-affairs/



Representantes del Grupo de Lima.

The governments of Argentina, Brazil, Canada, Chile, Colombia, Costa Rica, Guatemala, Honduras, Panama, Paraguay and Peru, members of the Lima Group, support the decision of the President in Charge of Venezuela, Juan Guaidó, to designate Julio Borges as Presidential Commissioner for Foreign Affairs. They believe that this decision will result in an increase in international support favorable to the cessation of usurpation and the beginning of a peaceful transition to democracy in Venezuela.

They recognize, at the same time, the work that Julio Borges has been doing as a Venezuelan Democrat, to favor of the restoration of democracy in Venezuela.

They also ratify their support for the decisions of the President in Charge Juan Guaidó and the National Assembly in the search for a way out of the serious economic, political and social crisis that Venezuela is experiencing and renew their commitment to support Venezuelans in the recovery of democracy and the reinstatement of fundamental freedoms and guarantees in the brother country.

August 29, 2019

Tags: Asamblea Nacional