**Exhibit 6 to the
Xu Declaration
Filed Under Seal Pursuant to
Section 4(a) of the Stipulated
Confidentiality Agreement and
Protective Order (Dkt. No. 53)**