Christopher J. Clark
Direct Dial: 212.906.1200
chris.clark@lw.com

53rd at Third
885 Third Avenue
New York, New York  10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

June 19, 2020

**Via ECF and Email**

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        *Petróleos de Venezuela, S.A., et al. v. MUFG Union Bank and Glas Americas LLC*, **1:19-cv-10023**

Dear Judge Failla:

      Defendants and Counterclaim Plaintiffs in the above-captioned matter write to request leave to submit a Corrected Local Rule 56.1 Statement of Undisputed Material Facts in Support of Defendants and Counterclaim Plaintiffs' Motion for Summary Judgment, correcting certain citations and one typographical error in the version filed on June 10, 2020, as well as certain corrected excerpts of exhibits attached to the Declaration of Christopher J. Clark filed on June 10, 2020. These corrected excerpts contain additional pages unintentionally omitted from the documents filed on June 10, 2020. Plaintiffs and Counterclaim Defendants have consented to this request.

      With the Court's leave, we are prepared to file a Corrected Local Rule 56.1 Statement, both under seal and on the public docket (in redacted form), and a Supplemental Declaration of Christopher J. Clark with the corrected excerpts of exhibits attached thereto. For the Court's reference and consideration, we attach full and changed-pages-only redline comparisons of the confidential Corrected Local Rule 56.1 Statement showing the changes to the version filed on June 10, 2020 in the courtesy copy of this letter sent by email pursuant to Your Honor's Individual Practice 2.B.

                                            Respectfully,

                                            /s/ Christopher J. Clark
                                            Christopher J. Clark
                                            of LATHAM & WATKINS LLP

cc: All counsel of record (via ECF and email)