

1(212) 318-6626
jamesbliss@paulhastings.com

June 23, 2020

**MEMO ENDORSED**

**VIA ECF AND ELECTRONIC MAIL**

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Petróleos de Venezuela, et al. v. MUFG Union Bank, N.A., et. al.*, Case No. 1:19-cv-10023-KPF (S.D.N.Y.)

Dear Judge Failla:

The Declaration of David C. Hinman in Support of Plaintiffs' Motion for Summary Judgment, which was filed under seal on June 10, 2020, was meant to include as Exhibit A the Expert Report of David C. Hinman, CFA, dated March 16, 2020. It has come to our attention that the Hinman report was inadvertently omitted from the filing on June 10, 2020, and only the exhibit cover page was filed.

Plaintiffs respectfully request permission to file under seal a corrected Hinman declaration attaching the unredacted Hinman report as intended.

Defendants have consented to this request.

Respectfully,

*James R. Bliss*

James R. Bliss
of PAUL HASTINGS LLP

cc:   Counsel of record

```
Application GRANTED.

Dated:    June 24, 2020          SO ORDERED.
          New York, New York
```

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE