# Exhibit 1 to the Clark Declaration

| | SPEAKER | SPANISH | ENGLISH |
|---|---|---|---|
| 00:00:00 | UNKNOWN | Yo no sé si ya tienen el audio para que lo compartamos.<br>Adelante, | I don't know if they already have the audio for us to share.<br>Let's go ahead, |
| 00:00:30 | JOSÉ IGNACIO HERNÁNDEZ | Yo espero que esta reunión sea confidencial, porque no es bueno que las debilidades salgan a la luz pública.<br>Pero les voy a decir que me sorprende lo que han durado estas murallas de protección que construí.<br>Yo nunca pensé que esas murallas iban a durar 16 meses y es lo que han durado, pero más temprano que tarde se lo estoy diciendo yo,<br>Porque yo construí esas murallas y modestia aparte, nadie conoce mejor las murallas de defensa judicial que yo.<br>Yo como diseñador les digo que esas murallas son débiles y están fracturadas y van a colapsar, y a eso le sumamos un posible cambio político en Estados Unidos y ni qué decir de Venezuela, pudiésemos estar a 6 meses como mucho de una situación incluso peor a la que estaba en enero del 2019. | I hope this meeting is confidential, because it is not good for weaknesses to come to light.<br>But I am going to tell you that I am amazed at how long these protection walls that I built have lasted.<br>I never thought that those walls were going to last 16 months and that is what they have lasted, but sooner rather than later I am telling you,<br>because I built those walls and modesty apart, nobody knows the walls of judicial defense better than I do.<br>As the designer I tell you that these walls are weak and fractured and will collapse, and to that we add a possible political change in the United States and, needless to say, Venezuela, we could be 6 months at the most from an even worse situation than the one in January 2019. |



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK    )
                     )                    ss:
COUNTY of NEW YORK   )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, "Tercer audio JIH. Barreras Legales" -- originally transcribed in *Spanish* -- is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: 6/23/2020

Sworn to and signed before ME this 23rd day of June, 2020

*Susannah Smith*

Susannah Smith
Project Manager
Consortra Translations

*James G Mamera*

Notary Public



JAMES G MAMERA
Notary Public - State of New York
No. 01MA6157195
Qualified in New York County
My Commission Expires Dec. 4, 2022

New York, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  Hong Kong