## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRÓLEOS DE VENEZUELA, S.A., PDVSA PETRÓLEO, S.A., and PDV HOLDING, INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> - against - <br><br> MUFG UNION BANK, N.A. and GLAS AMERICAS LLC, <br><br> Defendants and Counterclaim Plaintiffs. | No. 19 Civ. 10023 (KPF) <br><br> **NOTICE OF MOTION** <br><br>  |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Christopher J. Clark, as well as the exhibits attached thereto, and the accompanying Memorandum of Law, the undersigned, on behalf of Defendants and Counterclaim Plaintiffs MUFG Union Bank, N.A. (the "Trustee") and GLAS Americas LLC (the "Collateral Agent"), hereby move this Court before the Honorable Katherine Polk Failla, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, Courtroom 618, New York, New York 10007, for an Order striking the June 9, 2020 Letter to Judge Katherine Polk Failla from Ambassador Carlos Vecchio (ECF No. 80) and any references to such submission within the Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment (ECF No. 95), and for such other relief as this Court deems just and proper.

Dated: Greenwich, Connecticut
       June 26, 2020

                        Respectfully submitted,

                        LATHAM & WATKINS LLP

                        By:  /s/ Christopher J. Clark
                              Christopher J. Clark
                              Matthew S. Salerno
                              Sean H. McMahon
                        885 Third Avenue
                        New York, New York 10022
                        Telephone: 212-906-1200
                        Facsimile: 212-751-4864
                        chris.clark@lw.com
                        matthew.salerno@lw.com
                        sean.mcmahon@lw.com

*Attorneys for Defendants and Counterclaim Plaintiffs MUFG Union Bank, N.A. and GLAS Americas LLC, in their respective capacities as Trustee and Collateral Agent, under the Indenture dated October 27, 2016, and the Pledge and Security Agreement dated October 28, 2016, governing PDVSA's Senior Secured Notes due 2020*

```
The Court is in receipt of Defendants' motion to strike.  The Court ORDERS
Plaintiffs to file any opposing papers on or before July 13, 2020, and ORDERS
Defendants to file any reply papers on or before July 20, 2020.

Dated:     June 29, 2020                SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE