UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRÓLEOS DE VENEZUELA, S.A., PDVSA PETRÓLEO, S.A., and PDV HOLDING, INC.,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>- against -<br><br>MUFG UNION BANK, N.A. and GLAS AMERICAS LLC,<br><br>Defendants and Counterclaim Plaintiffs | No. 19 Civ. 10023 (KPF) |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION
FOR LEAVE TO FILE OPPOSITION TO MOTION TO STRIKE STATEMENT OF
AMBASSADOR CARLOS VECCHIO**

    Donald B. Verrilli, Jr.
    MUNGER, TOLLES & OLSON LLP
    1155 F Street NW, 7th Floor
    Washington, D.C. 20004
    Telephone: 202-220-1100
    Facsimile: 202-220-2300
    Donald.Verrilli@mto.com
    *Attorneys for the*
    *Bolivarian Republic of Venezuela*

Ambassador Carlos Vecchio is the accredited Ambassador of the Bolivarian Republic of Venezuela (the Republic") to the United States. His letter to the Court (the "Vecchio Statement"), together with a cover letter from the Republic's counsel, a member of the bar of this Court, were submitted on June 9, 2020.  ECF No. 80.

Defendants have moved to strike the Vecchio Statement.  ECF Nos. 145-147. Defendants do not identify a statute or Federal Rule of Civil Procedure authorizing their motion, and do not purport to file the motion to strike under Fed. R. Civ. P 12(f) or to satisfy the requirements of that rule.  The Republic infers that Defendants ask the Court to consider their motion to strike under the Court's inherent authority to control its docket, or under the general authority granted by Fed. R. Civ. P. 83(b). The same sources of authority permit the consideration of papers in opposition to such a motion by the entity whose voice the motion seeks to silence.  *See Freedom Wireless, Inc. v. Boston Communications Group, Inc.*, No. 2006-1020, 2006 WL 8071423, *3 (Fed. Cir. Mar. 20, 2006) (granting nonparty law firm's motion for leave to file opposition to motion to disqualify the firm from representing a party).

The Republic respectfully requests that the Court accept for filing the Opposition and Declaration of Donald B. Verrilli, Jr., attached to the accompanying Notice of Motion.

-2-

Dated: Washington, D.C.
       July 13, 2020

                                              Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

/s/ Donald B. Verrilli, Jr.

Donald B. Verrilli, Jr.
1155 F Street NW, 7th Floor
Washington, D.C. 20004
Telephone: 202-220-1100
Facsimile:  202-220-2300
Donald.Verrilli@mto.com

*Attorneys for the*
*Bolivarian Republic of Venezuela*