UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETROLEOS DE VENEZUELA S.A.; PDVSA PETROLEO S.A.; and PDV HOLDING, INC., <br><br> Plaintiffs, <br><br> -v.- <br><br> MUFG UNION BANK, N.A. and GLAS AMERICAS LLC, <br><br> Defendants. | 19 Civ. 10023 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

On July 7, 2020, Plaintiffs filed a letter motion requesting that this Court order the public disclosure of the identity of Defendants' foreign law expert. (Dkt. #172). Defendants filed a letter in opposition on July 10, 2020. (Dkt. #173). Having considered the parties' submissions, the Court believes that Defendants have failed to offer any specific details to support the claim that their expert and their expert's family face risks to their safety if the expert's identity were to be publicly disclosed. Therefore, the Court ORDERS Defendants to submit, for *in camera* review, on or before July 29, 2020, a letter providing more specific details regarding their concerns that disclosure of the expert's name would place the expert and the expert's family in danger.

SO ORDERED.

Dated: July 20, 2020
New York, New York

KATHERINE POLK FAILLA
United States District Judge