

1(212) 318-6626
jamesbliss@paulhastings.com

July 23, 2020

**VIA ECF AND ELECTRONIC MAIL**

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:  *Petróleos de Venezuela, et al. v. MUFG Union Bank, N.A., et. al.*, Case No. 1:19-cv-10023-KPF (S.D.N.Y.)

Dear Judge Failla:

On July 22, 2020, after the filing of the parties' summary judgment reply papers, the Delaware Supreme Court affirmed the Delaware Chancery Court's opinion in *Jimenez v. Palacios*, 2019 WL 3526479 (Del. Ch. Aug. 2, 2019), *as revised* (Aug. 12, 2019) (deferring under the act of state doctrine to actions by the Venezuelan National Assembly and Interim President Guaidó), which is directly relevant to Plaintiffs' act of state arguments and on which the United States Government relied in its Statement of Interest in *Crystallex International Corp. v. Venezuela*, Case No. 17-mc-00151-LPS (D. Del.) (ECF No. 212).

The Delaware Supreme Court's order is attached for the Court's convenience.

Respectfully,

*James R. Bliss*

James R. Bliss
of PAUL HASTINGS LLP

cc:  Counsel of record

# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RODOLFO ENRIQUE JIMÉNEZ, ASDRÚBAL CHAVEZ, IRIS MEDINA, MARCOS ROJAS, JOSÉ ALEJANDRO ROJAS, and FERNANDO DE QUINTAL, | § § § § § § | No. 399, 2019 |
| | § | Court Below – Court of Chancery of the State of Delaware |
| Plaintiffs/Counterclaim Defendants Below/ Appellants, | § § § § | C.A. No. 2019-0490 |
| v. | § § | |
| LUISA PALACIOS, EDGAR RINCÓN, FERNANDO VERA, ELIO TORTOLERO, ANDRÉS PADILLA, ÁNGEL OLMETA, JAVIER TROCONIS, LUIS URDANETA, and RICK ESSER, | § § § § § § § § | |
| Defendants/Counterclaim Plaintiffs Below/ Appellees. | § § § | |

Submitted: July 8, 2020
Decided: July 22, 2020

Before **SEITZ**, Chief Justice; **VALIHURA** and **MONTGOMERY-REEVES**, Justices.

# ORDER

This 22nd day of July 2020, after careful consideration of the parties' briefs and the record on appeal, and following oral argument, we find it evident that the

final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its August 12, 2019 opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice