UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETROLEOS DE VENEZUELA S.A.; PDVSA PETROLEO S.A.; and PDV HOLDING, INC., <br><br> Plaintiffs, <br><br> -v.- <br><br> MUFG UNION BANK, N.A. and GLAS AMERICAS LLC, <br><br> Defendants. | 19 Civ. 10023 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

On July 7, 2020, Plaintiffs filed a letter motion requesting that the Court compel Defendants to disclose publicly the identity of their Venezuelan law expert. (Dkt. #172). On July 10, 2020, Defendants responded with their opposition (Dkt. #173), and on July 13, 2020, the Court issued an endorsement advising the parties that no reply was needed (Dkt. #174). After carefully considering the parties' submissions, the Court determined that Defendants had not made a sufficiently specific showing of potential danger to their expert were their expert's identity to be publicly disclosed, and therefore ordered Defendants to submit further details, which the Court in turn would review *in camera*. (Dkt. #188). On July 29, 2020, Defendants filed the requested submissions on an *ex parte* basis. Having now reviewed Defendants' submissions, the Court finds that there is sufficient evidence of potential harm to Defendants' expert that protection of the expert's identity is warranted. Accordingly, Plaintiff's motion to compel disclosure is DENIED. The Clerk of Court is ordered to terminate the motion at docket entry 172.

SO ORDERED.

Dated: July 30, 2020
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge