UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETROLEOS DE VENEZUELA S.A.; PDVSA PETROLEO S.A.; and PDV HOLDING, INC., <br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　　-v.-<br><br>MUFG UNION BANK, N.A. and GLAS AMERICAS LLC,<br><br>　　　　　　　　　　Defendants. | 19 Civ. 10023 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

　　The Court is in receipt of the Government's Statement of Interest in regards to this action. (Dkt. #213). Given the contents of the Government's submission, the Court believes that it would be useful to hear from the Government at the oral argument scheduled for September 25, 2020. The Court therefore ORDERS that a representative for the United States of America make themselves available for the scheduled oral argument.

　　SO ORDERED.

Dated:　September 17, 2020
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge