| | | |
|---|---|---|
| NEW YORK | **Duane Morris** | ATLANTA |
| LONDON |  | BALTIMORE |
| SINGAPORE |  | WILMINGTON |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | MIAMI |
| CHICAGO |  | BOCA RATON |
| WASHINGTON, DC |  | PITTSBURGH |
| SAN FRANCISCO |  | NEWARK |
| SILICON VALLEY | ANTHONY J. COSTANTINI | LAS VEGAS |
| SAN DIEGO | DIRECT DIAL: +1 212 692 1032 | CHERRY HILL |
| SHANGHAI | PERSONAL FAX: +1 212 202 4715 | LAKE TAHOE |
| BOSTON | E-MAIL: AJCostantini@duanemorris.com | MYANMAR |
| HOUSTON |  | OMAN |
| LOS ANGELES | www.duanemorris.com | *A GCC REPRESENTATIVE OFFICE* |
| HANOI |  | *OF DUANE MORRIS* |
| HO CHI MINH CITY |  |  |
|  |  | MEXICO CITY |
|  |  | ALLIANCE WITH |
|  |  | MIRANDA & ESTAVILLO |
|  |  | SRI LANKA |
|  |  | ALLIANCE WITH |
|  |  | GOWERS INTERNATIONAL |

October 27, 2020

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

     Re:    *Petroleos de Venezuela, S.A. v. MUFG Union Bank, N.A.*, 19-Civ-10023;
             *Lovati et al v. Petroleos de Venezuela, S.A.*, 20-Civ-00269 (related)

Your Honor:

     We represent the plaintiffs in the above-captioned *Lovati* case, which you have accepted as related to *Petroleos de Venezuela, S.A. v. MUFG Union Bank*, 19-Civ-10023 ("MUFG case"). Both of these cases concern the legality of the 2020 bonds issued by Petroleos de Venezuela, S.A. ("PDVSA"). Pursuant to your Order, the *Lovati* case has been stayed pending the outcome of the *MUFG* summary judgment motions while we have been allowed to participate in discovery. Your October 16, 2020 Opinion and Order raises a point of clarification for our clients.

     The bonds held by our clients are a sub-set of the bonds for which *MUFG* is trustee. Therefore, we see no need to request summary judgment for our clients. Instead, we will review the judgment submitted by *MUFG's* counsel and advise the court of any disagreement. If you, or any party, thinks we should do anything further, please let us know.

                                           Very truly yours,

                                           /s/ Anthony J. Costantini
                                         Anthony J. Costantini

AJC/gg

DuaneMorris

The Honorable Katherine Polk Failla
October 27, 2020
Page 2


cc: Kurt W. Hansson, Esq.
James R. Bliss, Esq.
James Worthington, Esq.
Tariq Mundiya, Esq.
Christopher J. Clark, Esq.