PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS  NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

JONATHAN HURWITZ

TELEPHONE:  (212) 373-3254
FACSIMILE:  (212) 492-0254

E-MAIL:  jhurwitz@paulweiss.com

November 30, 2020

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

*Petróleos de Venezuela, S.A., et al.* v. *MUFG Union Bank et al.*, 1:19-cv-10023

Dear Judge Failla:

Together with our co-counsel at Latham & Watkins LLP, we represent defendants and counterclaim plaintiffs, the Trustee and Collateral Agent (together, the "Trustee"), in this case. We are writing on behalf of all parties pursuant to Rule 2(c) of this Court's Individual Rules of Practice in Civil Cases to request an extension of the deadline to file a joint letter regarding the Trustee's fee application, as ordered by the Court on November 24, 2020. ECF No. 219.

The Court's order directed the parties to meet and confer and file a joint letter by November 30, 2020, "on the issue of whether the fee petition can and should be deferred pending the resolution of Plaintiffs' appeal." ECF No. 219. Counsel for the parties have met and conferred and are continuing to discuss between themselves and with their clients the issues raised by the Court's order. In view of the potential complexity and significance of those issues and the Thanksgiving holiday, the parties jointly request a brief extension until December 7, 2020, to file their joint letter.

We are grateful for the Court's attention to this matter.

Respectfully,

/s/ Jonathan Hurwitz

cc:  Counsel of Record (Via ECF and Electronic Mail)