UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRÓLEOS DE VENEZUELA, S.A., PDVSA PETRÓLEO, S.A., and PDV HOLDING, INC.,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>- against -<br><br>MUFG UNION BANK, N.A. and GLAS AMERICAS LLC,<br><br>Defendants and Counterclaim Plaintiffs. | No. 19 Civ. 10023 (KPF)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Timothy McKenna, the exhibits to that declaration, and the accompanying Memorandum of Law, and pursuant to the Court's Opinion and Order dated October 16, 2020 (ECF No. 215), and Order dated November, 24, 2020 (ECF No. 219), Defendants and Counterclaim Plaintiffs MUFG Union Bank, N.A. (the "Trustee") and GLAS Americas LLC (the "Collateral Agent") will move this Court before the Honorable Katherine Polk Failla, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, Courtroom 618, New York, New York 10007 at a date and time to be determined by the Court, for an order directing entry of a final Judgment under Rule 54(b) of the Federal Rules of Civil Procedure in the form submitted herewith
(i) directing payment of principal and interest in the amounts set forth therein;
(ii) dismissing with prejudice the Complaint for Declaratory Judgment and Injunctive Relief dated October 29, 2019 (ECF No. 1), including all claims asserted therein; and
(iii) granting judgment in favor of the Trustee and Collateral Agent on the First through

1

Seventh Counterclaims asserted by the Trustee and Collateral Agent in Defendants' Answer and Counterclaims (ECF No. 40).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order dated November, 24, 2020 (ECF No. 219), the Trustee and Collateral Agent will be filing a motion for fees and expenses at a later date, pending further order of the Court.

Dated: New York, New York
        November 30, 2020

Respectfully submitted,

| LATHAM & WATKINS LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|---|---|
| Christopher J. Clark<br>Matthew S. Salerno<br>Sean H. McMahon<br>885 Third Avenue<br>New York, New York 10022<br>Telephone: 212-906-1200<br>Facsimile: 212-751-4864<br>chris.clark@lw.com<br>matthew.salerno@lw.com<br>sean.mcmahon@lw.com<br><br>*Attorneys for Defendants and Counterclaim Plaintiffs MUFG Union Bank, N.A. and GLAS Americas LLC, in their respective capacities as Trustee and Collateral Agent, under the Indenture dated October 27, 2016, and the Pledge and Security Agreement dated October 28, 2016, governing PDVSA's Senior Secured Notes due 2020* | By: *s/ Walter Rieman*<br>Walter Rieman<br>William A. Clareman<br>Jonathan Hurwitz<br>Shane D. Avidan<br>Zachary B. Kaye<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Telephone: 212-373-3000<br>Facsimile: 212-757-3990<br>wrieman@paulweiss.com<br>wclareman@paulweiss.com<br>jhurwitz@paulweiss.com<br>savidan@paulweiss.com<br>zkaye@paulweiss.com<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Roberto J. Gonzalez (*pro hac vice*)<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Telephone: 202-223-7300<br>rgonzalez@paulweiss.com<br><br>*Attorneys for Defendants and Counterclaim Plaintiffs MUFG Union Bank, N.A. and GLAS Americas LLC, in their respective capacities as Trustee and Collateral Agent, under the Indenture dated October 27, 2016, and the Pledge and Security Agreement dated October 28, 2016, governing PDVSA's Senior Secured Notes due 2020 (as to New York law issues only)* |