# Exhibit B

*Petróleos de Venezuela, S.A., et al.* v. *MUFG Union Bank et al.*, No. 1:19-cv-10023
**Contractual and Statutory Interest**
**As of December 1, 2020**

| Description | Interest Start Date | Interest End Date | Interest Rate[1] | Contractual Interest Payments Due and Unpaid | Statutory Prejudgment Interest |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| Overdue Contractual Interest Payment | 4/27/2019 | 10/27/2019 | 8.5% (30/360) | $71,559,991.25 | |
| Statutory Prejudgment Interest (on Overdue 10/27/19 Contractual Interest Payment) | 10/27/2019 | 12/1/2020 | 9% (act/act) | | $7,059,418.05 |
| Overdue Contractual Interest Payment | 10/27/2019 | 12/18/2019 | 8.5% (30/360) | $20,275,330.85 | |
| Statutory Prejudgment Interest (on Overdue 12/18/19 Contractual Interest Payment) | 12/18/2019 | 12/1/2020 | 9% (act/act) | | $1,740,199.82 |
| Overdue Contractual Interest Payment | 12/18/2019 | 4/27/2020 | 8.5% (30/360) | $51,284,660.40 | |
| Statutory Prejudgment Interest (on Overdue 4/27/20 Contractual Interest Payment) | 4/27/2020 | 12/1/2020 | 9% (act/act) | | $2,749,194.09 |
| Overdue Contractual Interest Payment | 4/27/2020 | 10/27/2020 | 8.5% (30/360) | $71,559,991.25 | |
| Statutory Prejudgment Interest (on Overdue 10/27/20 Contractual Interest Payment) | 10/27/2020 | 12/1/2020 | 9% (act/act) | | $615,885.17 |
| Contractual Interest on Outstanding Principal[2] (Accruing Since 10/27/20) | 10/27/2020 | 12/1/2020 | 8.5% (30/360) | $13,516,887.24 | |
| **Total:** | | | | **$228,196,860.99** | **$12,164,697.13** |

**Notes:**

[1] Act/Act interest reflects the actual number of days that have passed as a fraction of the actual number of days in a year (365 in a normal year, 366 in a leap year), multiplied by the corresponding interest rate.

[2] The outstanding principal balance is $1,683,764,500.

*Petróleos de Venezuela, S.A., et al.*  v. *MUFG Union Bank et al.* , No. 1:19-cv-10023
**Daily Contractual and Statutory Interest**

| Description | Interest Rate[1] | Daily Amount[2] |
|---|---|---|
| (1) | (2) | (3) |
| Daily Contractual Interest | 8.5% (30/360) | $397,555.51 |
| Daily Statutory Interest | 9% (act/act) | $52,790.16 |
| **Total Daily Interest** | | **$450,345.66** |

**Notes:**

[1] Act/Act interest reflects the actual number of days that have passed as a fraction of the actual number of days in a year (365 in a normal year, 366 in a leap year), multiplied by the corresponding interest rate.

[2] The daily statutory interest is calculated for the days between December 1, 2020, and December 31, 2020. A higher amount of daily statutory interest will accrue starting on January 1, 2021.