UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRÓLEOS DE VENEZUELA, S.A., PDVSA PETRÓLEO, S.A., and PDV HOLDING, INC.,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>- against -<br><br>MUFG UNION BANK, N.A. and GLAS AMERICAS LLC,<br><br>Defendants and Counterclaim Plaintiffs. | No. 19 Civ. 10023 (KPF)<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)** |

On October 16, 2020, the Court entered an Opinion and Order (ECF No. 215) dismissing with prejudice all claims asserted by Plaintiffs and Counterclaim Defendants and granting summary judgment in favor of Defendants and Counterclaim Plaintiffs on their first through seventh and eleventh counterclaims.

Defendants and Counterclaim Plaintiffs have now moved for the entry of final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure (ECF No. 222). That motion is granted. The Court hereby determines that there is no just reason to delay the entry of judgment. The Court accordingly directs that judgment shall be entered in the form proposed by Defendants and Counterclaim Plaintiffs and submitted herewith.

IT IS SO ORDERED.

Dated: New York, New York
December 1, 2020

_____
Hon. Katherine Polk Failla
United States District Judge