UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRÓLEOS DE VENEZUELA, S.A., PDVSA PETRÓLEO, S.A., and PDV HOLDING, INC., <br><br> Plaintiffs, <br><br> - against - <br><br> MUFG UNION BANK, N.A. and GLAS AMERICAS LLC, <br><br> Defendants. | Case No: 19-cv-10023-KPF |

**NOTICE OF APPEAL**

Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that Plaintiffs Petróleos de Venezuela, S.A., PDVSA Petróleo, S.A., and PDV Holding, Inc. (collectively, "Plaintiffs") hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment Pursuant to Fed. R. Civ. P. 54(b) entered by the United States District Court for the Southern District of New York on December 1, 2020 (D.I. 229), the accompanying Order Directing Entry of Judgment Pursuant to Fed. R. Civ. P. 54(b) entered on December 1, 2020 (D.I. 228), and from all prior, merged interlocutory orders, rulings, and judgments in the above-referenced case, including but not limited to the Opinion and Order issued on October 16, 2020 (D.I. 215) (the "October 16, 2020 Order"), granting in part and denying in part the motion for summary judgment filed by Defendants MUFG Union Bank, N.A. and GLAS Americas LLC and denying Plaintiffs' motion for summary judgment.

Plaintiffs previously filed a protective notice of appeal from the October 16, 2020 Order as a protective measure to ensure appellate jurisdiction over that order. The Second Circuit docketed that appeal as Case No. 20-3858.

1

Dated:  December 10, 2020                     Respectfully submitted,

/s/ Kurt W. Hansson
Kurt W. Hansson
James R. Bliss
James B. Worthington

PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
kurthansson@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com

*Attorneys for Plaintiffs and Counterclaim Defendants Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A.*


/s/ Jeffrey B. Korn
Jeffrey B. Korn
Michael Gottlieb
Nicholas Reddick
Cole Mathews
Kyle Mathews

WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
jkorn@willkie.com
cmathews@willkie.com

1875 K Street NW
Washington, DC  20006-1238
Telephone: (202) 303-1442
Facsimile: (202) 303 2442
mgottlieb@willkie.com
nreddick@willkie.com
kmathews@willkie.com

*Attorneys for Plaintiff and Counterclaim Defendant PDV Holding, Inc.*

2