UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETRÓLEOS DE VENEZUELA, S.A., PDVSA PETRÓLEO, S.A., and PDV HOLDING, INC.,

    Plaintiffs,

- against -

MUFG UNION BANK, N.A. and GLAS AMERICAS LLC,

    Defendants.

Case No: 19-cv-10023-KPF

---

**NOTICE OF PDV HOLDING, INC.'S MOTION FOR PARTIAL STAY OF EXECUTION OF FINAL JUDGMENT PENDING APPEAL**

Please take notice that the undersigned, on behalf of PDV Holding, Inc. ("PDVH"), hereby moves this Court before the Honorable Katherine Polk Failla, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, Courtroom 618, New York, New York 10007, for an Order granting, pursuant to Federal Rule of Civil Procedure 62 or the Court's equitable powers, a stay during the pendency of the Plaintiffs' appeal to the United States Court of Appeals for the Second Circuit of the execution of the portions of the Court's December 1, 2020 Final Judgment [ECF No. 229] pertaining to the Pledge Agreement[1] and underlying Collateral, including the declaration that the Trustee is entitled to direct the Collateral Agent to sell the pledged CITGO Shares and that the Collateral Agent is entitled to so sell. The grounds for this motion are set forth in the accompanying Memorandum of Law.

---

[1] Capitalized terms not defined herein refer to the terms as defined in PDVH's Memorandum of Law in Support of this motion, filed contemporaneously herewith.

Dated:  December 11, 2020						Respectfully submitted,

												*/s/* Jeffrey B. Korn
												Jeffrey B. Korn
												Michael Gottlieb
												Nicholas Reddick
												Cole Mathews
												Kyle Mathews
												WILLKIE FARR & GALLAGHER LLP
												787 Seventh Avenue
												New York, NY 10019
												Telephone: (212) 728-8000
												Facsimile: (212) 728-8111
												jkorn@willkie.com
												cmathews@willkie.com

												1875 K Street NW
												Washington, DC  20006-1238
												Telephone: (202) 303-1442
												Facsimile: (202) 303 2442
												mgottlieb@willkie.com
												nreddick@willkie.com
												kmathews@willkie.com

												*Attorneys for PDV Holding, Inc.*