UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETROLEOS DE VENEZUELA S.A.; PDVSA PETROLEO S.A.; and PDV HOLDING, INC.,

          Plaintiffs,

-v.-

MUFG UNION BANK, N.A. and GLAS AMERICAS LLC,

          Defendants.

19 Civ. 10023 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On December 11, 2020, Plaintiff PDV Holding, Inc. ("PDVH") filed a motion for a partial stay of the execution of enforcement of the Court's December 1, 2020 Final Judgment (Dkt. #229) during the pendency of PDVH's appeal (Dkt. #233).  PDVH has requested that the Court expedite consideration of its motion in advance of the December 31, 2020 expiration of the stay of the Court's Final Judgment.  Accordingly, Defendants are directed to submit any response to PDVH's motion on or before December 18, 2020.  Any reply from PDVH will be due on or before December 22, 2020.

    SO ORDERED.

Dated:   December 14, 2020
            New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge