UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

PETRÓLEOS DE VENEZUELA, S.A., PDVSA
PETRÓLEO, S.A., and PDV HOLDING, INC.,

    Plaintiffs and Counterclaim Defendants,

           v.

MUFG UNION BANK, N.A. and GLAS
AMERICAS LLC,

    Defendants and Counterclaim Plaintiffs.

1:19-cv-10023 (KPF)

---

**NOTICE AND ORDER TO WITHDRAW AS COUNSEL**

    PLEASE TAKE NOTICE that upon the accompanying declaration of Zachary B.
Kaye, and subject to the approval of the Court, Zachary B. Kaye hereby withdraws as
counsel for Defendants and Counterclaim Plaintiffs, and shall be removed from the Case
Management/Electronic Case Files (CM/ECF) notification list in the above-captioned
matter.  Walter Rieman, Roberto J. Gonzalez, William A. Clareman, Jonathan Hurwitz,
and Shane D. Avidan of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to
represent Defendants and Counterclaim Plaintiffs in this action.

Dated: New York, New York
        March 10, 2021

                            PAUL, WEISS, RIFKIND,
                            WHARTON & GARRISON LLP

                            By:    /s/ Zachary B. Kaye
                                   Zachary B. Kaye
                            1285 Avenue of the Americas
                            New York, New York 10019
                            Telephone: (212) 373-3440
                            Facsimile: (212) 492-0440
                            zkaye@paulweiss.com

                            *Attorney for Defendants and Counterclaim
                            Plaintiffs MUFG Union Bank, N.A. and GLAS
                            Americas LLC, in their respective capacities as
                            Trustee and Collateral Agent, under the Indenture
                            dated October 27, 2016, and the Pledge and
                            Security Agreement dated October 28, 2016,
                            governing PDVSA's Senior Secured Notes due 2020
                            (as to New York law issues only)*


            IT IS SO ORDERED.

Dated: New York, New York
        March 11, 2021

                            _____
                                    Hon. Katherine Polk Failla
                                    United States District Judge

2