UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRÓLEOS DE VENEZUELA, S.A., PDVSA PETRÓLEO, S.A., and PDV HOLDING, INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> MUFG UNION BANK, N.A. and GLAS AMERICAS LLC, <br><br> Defendants and Counterclaim Plaintiffs. | 1:19-cv-10023 (KPF) |

## NOTICE AND ORDER TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that upon the accompanying declaration of Zachary B. Kaye, and subject to the approval of the Court, Zachary B. Kaye hereby withdraws as counsel for Defendants and Counterclaim Plaintiffs, and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Walter Rieman, Roberto J. Gonzalez, William A. Clareman, Jonathan Hurwitz, and Shane D. Avidan of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Defendants and Counterclaim Plaintiffs in this action.

Dated: New York, New York
       March 10, 2021

                              PAUL, WEISS, RIFKIND,
                              WHARTON & GARRISON LLP

                         By:    */s/ Zachary B. Kaye*
                                 Zachary B. Kaye
                              1285 Avenue of the Americas
                              New York, New York 10019
                              Telephone: (212) 373-3440
                              Facsimile: (212) 492-0440
                              zkaye@paulweiss.com

*Attorney for Defendants and Counterclaim Plaintiffs MUFG Union Bank, N.A. and GLAS Americas LLC, in their respective capacities as Trustee and Collateral Agent, under the Indenture dated October 27, 2016, and the Pledge and Security Agreement dated October 28, 2016, governing PDVSA's Senior Secured Notes due 2020 (as to New York law issues only)*

       IT IS SO ORDERED.

Dated: New York, New York
       March 11, 2021

                                                        Hon. Katherine Polk Failla
                                                        United States District Judge