UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRÓLEOS DE VENEZUELA, S.A., PDVSA PETRÓLEO, S.A., and PDV HOLDING, INC.,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>- against -<br><br>MUFG UNION BANK, N.A. and GLAS AMERICAS LLC,<br><br>Defendants and Counterclaim Plaintiffs. | No. 19 Civ. 10023 (KPF)<br><br>NOTICE OF MOTION |

**PLEASE TAKE NOTICE** that upon the annexed Declarations of Andrew N. Rosenberg and Jonathan H. Hurwitz, the exhibits attached thereto, and the accompanying Memorandum of Law, Defendants and Counterclaim Plaintiffs MUFG Union Bank, N.A. (the "Trustee")[1] and GLAS Americas LLC (the "Collateral Agent"), hereby move this Court pursuant to Federal Rule of Civil Procedure 62(b), before the Honorable Katherine Polk Failla, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, Courtroom 618, New York, New York 10007, for an order modifying the partial stay of execution of enforcement entered on December 29, 2020 (ECF No. 241).

---

[1] The Trustee, MUFG Union Bank, N.A., merged into U.S. Bank National Asssociation, effective May 26, 2023, with U.S. Bank National Association as the surviving entity.

Dated: New York, New York
       June 28, 2023

Respectfully submitted,

| | |
|---|---|
| LATHAM & WATKINS LLP<br>Matthew S. Salerno<br>1271 Avenue of the Americas<br>New York, New York 10020-1300<br>Telephone: 212-906-1200<br>Facsimile: 212-751-4864<br>matthew.salerno@lw.com<br><br>*Attorneys for Defendants and Counterclaim Plaintiffs MUFG Union Bank, N.A. and GLAS Americas LLC, in their respective capacities as Trustee and Collateral Agent, under the Indenture dated October 27, 2016, and the Pledge and Security Agreement dated October 28, 2016, governing PDVSA's Senior Secured Notes due 2020* | PAUL, WEISS, RIFKIND,<br>   WHARTON & GARRISON LLP<br><br>By:  *s/ Walter Rieman*<br>     Walter Rieman<br>     Jonathan H. Hurwitz<br>     Shane D. Avidan<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Telephone: 212-373-3000<br>Facsimile: 212-757-3990<br>wrieman@paulweiss.com<br>jhurwitz@paulweiss.com<br>savidan@paulweiss.com<br><br>PAUL, WEISS, RIFKIND,<br>   WHARTON & GARRISON LLP<br>Roberto J. Gonzalez (*pro hac vice*)<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Telephone: 202-223-7300<br>rgonzalez@paulweiss.com<br><br>*Attorneys for Defendants and Counterclaim Plaintiffs MUFG Union Bank, N.A. and GLAS Americas LLC, in their respective capacities as Trustee and Collateral Agent, under the Indenture dated October 27, 2016, and the Pledge and Security Agreement dated October 28, 2016, governing PDVSA's Senior Secured Notes due 2020 (as to Federal and New York law issues only)* |