# Exhibit 1



Learn more about REFINITIV

REUTERS

My View · Following · Saved

‹   Finance & Banking   Grid & Infrastructure   Exploration & Production   Fuel Oil   Refining   ›

## US Treasury to allow auction of shares in Citgo Petroleum's parent

Reuters

May 1, 2023 5:26 PM EDT · Updated a month ago



The Citgo Petroleum Corporation headquarters are pictured in Houston, Texas, U.S., February 19, 2019. REUTERS/Loren Elliott



Summary · Companies

- **Sale of stake in oil refiner's parent could begin in September**
- **U.S. reversal may settle billions in claims against Venezuela**



HOUSTON, April 30 (Reuters) - The U.S. will not block a court auction of shares in oil refiner Citgo Petroleum Corp's (PDVSAC.UL) parent, Justice Department officials told a federal court, paving the way for a potential seizure by creditors of

Venezuela's most-prized foreign asset.

The U.S. Treasury Department since 2020 has protected Citgo from creditors with claims against Venezuela, and its change of heart will allow claims to be settled by negotiation or through an auction of shares in Citgo parent PDV Holding. Citgo is PDV Holding's only asset.

Houston-based Citgo is the seventh-largest U.S. oil refiner. It has plants in Louisiana, Illinois and Texas, and energy pipelines and a gasoline distribution network supplying 4,200 outlets in the eastern half of the United States. It reported a record $2.8 billion profit last year and could be valued at $13 billion.

Advertisement · Scroll to continue

Feedback

A Citgo spokesperson declined to comment.

U.S. Treasury to allow auction of shares in Citgo Petroleum's parent | Reuters

The Treasury, which has blocked transactions involving Venezuela's U.S. assets, "will not take enforcement action" to halt the auction or a negotiated settlement, the Justice Department wrote in a letter filed on Friday in U.S. District Court in Delaware. The Treasury would have to issue a license to complete any sale.

The decision and a separate Treasury approval recognizing opposition political alliance Unitary Platform is "handing over the Venezuelan company Citgo to some people from the opposition, from the Unitary Platform," Venezuelan President Nicolas Maduro said on Monday.

"We reject and condemn the robbery of Citgo by the United States and the Unitary Platform," he said, calling the license "an unworthy resolution ... a direct message of surrender."

Advertisement · Scroll to continue

Robert Pincus, a court-appointed official who met with the Justice Department and Treasury, urged the court to move quickly "to take advantage of CITGO's recent financial and operational performance and the current state of the refining industry ..."

Canadian miner Crystallex International has a $970 million claim against PDV Holding that spawned the proposed court auction.

A representative for Crystallex declined to comment.

Other creditors with at least $2.6 billion in claims against Venezuela have received conditional approvals to join the case. Pincus proposed starting the sales process on Sept. 5 with the highest bid reviewed by the court in June 2024.

The court has retained investment banker Evercore to assess market demand and conduct the sale.



Reporting by Gary McWilliams in Houston Editing by Matthew Lewis



Our Standards: **The Thomson Reuters Trust Principles.**

**Read Next / Editor's Picks**

U.S. Treasury to allow auction of shares in Citgo Petroleum's parent | Reuters

#### Antitrust
**WWE must face wrestling rival's antitrust lawsuit**

26 min ago

#### Business
**Price war: Amazon excludes rival Temu from competitive price checks**

30 min ago

#### Future of Money
**U.S. judge considers whether Terraform Labs' cryptocurrencies were securities**

32 min ago

#### World
**Khashoggi's widow sues Israeli spyware company NSO over phone hacking**

an hour ago



Newsletter | Sent every weekday.

## Daily Docket

An in-depth look at the day's most important headlines concerning the courts, law firms and the practice of law.

**Sign up**

## More from Reuters

Images of May
(1:42) - May 31, 2023
Watch more videos



▷ Images of May

01:42

▷ War 'just a job' for Ukraine frontline soldiers

04:11

▷ Images of April






▷ How social media guides Chinese migrants to US

## Sponsored Content


**We get our insights on-site. 10 investment themes for 2023.**
Sponsored by Capital Group


**Earn bonus with a new Citigold® relationship and required activities.**
Sponsored by EARN UP TO $2,000


**The 4 Dumbest Things We Keep Spending Too Much Money On**
Sponsored by The Penny Hoarder


**Ask Carrie: Should I keep cash in the bank?**
Sponsored by Charles Schwab


**Can I Retire at 65 with $2.5 Million?**
Sponsored by smartasset


**College Planning Essentials: Your go-to guide for 10 years running**
Sponsored by J.P. Morgan Asset Management

## Industry Insight

Industry Insight
### How law firms calculate greenhouse gas emissions
Gayatri Joshi
May 23, 2023

Industry Insight
### How law firm marketing & business development teams can deliver in a pivotal year
Elizabeth Duffy
May 23, 2023

Industry Insight
### Generative AI in law firms: For many, such technologies are still a great unknown
Zach Warren
May 23, 2023

Legal
### US Patent Office retaliated against whistleblowing judge, panel rules
Blake Brittain
May 10, 2023



## Sponsored Content

Dianomi

**How to build a free plan in 3 easy steps.**
Sponsored by Fidelity Investments

3 EASY STEPS

**Should investors have a longer-term horizon?**
Sponsored by Baillie Gifford

**Where should you invest $1,000 right now?**
Sponsored by The Motley Fool

**Don't Pay More than $10/Month for Cable & Internet**
Sponsored by WalletGenius

**Can I Retire at 65 with $2.5 Million?**
Sponsored by smartasset

**College Planning Essentials: Your go-to guide for 10 years running**
Sponsored by J.P. Morgan Asset Management

## Sponsored Content

Dianomi

**The 4 Dumbest Things We Keep Spending Too Much Money On**
Sponsored by The Penny Hoarder

**Ask Carrie: Financial planning in my 30s?**
Sponsored by Charles Schwab

**Finding opportunities in core fixed income amid volatility.**
Sponsored by J.P. Morgan Asset Management

**Say goodbye to overdraft fees when you bank with Citi. Member FDIC.**
Sponsored by Citi® Checking

**Commission-Free Trades on Stocks, ETFs & Options Trades. Learn more.**
Sponsored by TradeStation

**Free Guide Shows Traders How To Trade Options On A Shoestring budget**
Sponsored by Tradewins

Latest

**Home**

Media

**Videos**
**Pictures**
**Graphics**

Browse

**World**
**Business**
**Legal**
**Markets**
**Breakingviews**
**Technology**
**Investigations**
**Lifestyle**

About Reuters

**About Reuters**
**Careers**
**Reuters News Agency**
**Brand Attribution Guidelines**
**Reuters Leadership**
**Reuters Fact Check**
**Reuters Diversity Report**

Stay Informed

**Download the App**
**Newsletters**

Feedback

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

## Follow Us

   

---

## Thomson Reuters Products

**Westlaw** ⧉
Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource** ⧉
The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint** ⧉
The industry leader for online information for tax, accounting and finance professionals.

---

## Refinitiv Products

**Refinitiv Workspace** ⧉
Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Refinitiv Data Catalogue** ⧉
Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**Refinitiv World-Check** ⧉
Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

---

Advertise With Us ⧉    Advertising Guidelines ⧉    Coupons ⧉

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

Cookies ⧉    Terms of Use ⧉    Privacy ⧉    Digital Accessibility ⧉    Corrections ⧉    Site Feedback ⧉

© 2023 Reuters. All rights reserved