# Exhibit 9

Economy

# CITGO could renegotiate part of its disputed debt

 Analytics      June 1, 2023      💬 0



Horacio Medina, president of the PDVSA ad hoc board appointed by Juan Guaidó, said CITGO **could renegotiate more than half its $21 billion in disputed debt.**

According to the expert, the figure to be negotiated by CITGO would range between 10 and 11 billion dollars.

El Nacional quoted Medina, who spoke about the topic during **a forum held by the Venezuelan Finance Observatory.**

*«Since last year, CITGO has been able to sit down with some creditors to offer negotiation room. Probably for the month of September, the debt directly in the head of Citgo Holding can reach zero »,* he maintained.

In his opinion, it "*opens up a new borrowing opportunity, but to pay creditors. We have a few ways to make payments. Anyway,*

*there is a range of possibilities to solve, something that we did not have four years ago."*

However, Medina pointed out that **they cannot attend to all the cases that the company has had pending for years,** which maintains the risk that CITGO ceases to be the patrimony of the Venezuelan State.

*"CITGO has creditors in line representing a total debt of $21 billion, of which, in the best of cases, the corporation can renegotiate between $10 and $11 billion,"* he clarified.

*"Then, some would get paid, and the vast majority would continue without getting paid, and one of the vital and decisive assets would be lost,"* he closed.



100 Park Avenue, 16th Fl
New York, NY 10017
www.consortra.com

STATE of TEXAS )
) ss:
COUNTY of HARRIS )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, "CITGO podría renegociar parte de su deuda en litigio"-- originally written in *Spanish* -- is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: 6/16/2023

Sworn to and signed before ME
This 16th day of June, 2023

*Susannah Smith*
_____
Susannah Smith
Project Manager
Consortra Translations

_____
Notary Public



New York, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  London

Economía

# CITGO podría renegociar parte de su deuda en litigio

 Analítica • 1 junio, 2023  0



Horacio Medina, presidente de la junta ad hoc de PDVSA nombrada por Juan Guaidó, manifestó que CITGO p**odría renegociar más de la mitad de su deuda de 21 mil millones de dólares en litigio**.

De acuerdo con el experto, la cifra a negociar por parte de CITGO oscilaría entre 10 mil y 11 mil millones de dólares.

El Nacional citó a Medina, quién habló sobre el tema durante **un foro realizado por el Observatorio Venezolano de Finanzas**.

*«Desde el año pasado CITGO está en capacidad de sentarse con algunos acreedores para ofrecer espacios de negociación. Probablemente para el mes de septiembre la deuda directamente en cabeza de Citgo Holding puede llegar a cero»*, sostuvo.

Esto, a su juicio, *«abre una nueva oportunidad de endeudamiento pero para pagar a los acreedores. Tenemos algunas formas de hacer pagos. En fin,*

*hay una gama de posibilidades para resolver, cosa que no teníamos hace cuatro años».*

No obstante, Medina señaló que **no pueden atender todos los casos que la empresa tiene pendiente desde hace años**, lo que mantiene el riesgo de que CITGO deje de ser patrimonio del Estado venezolano.

*«CITGO tiene en fila a acreedores que representan una deuda total de 21.000 millones de dólares, de los cuales, en el mejor de los casos, la corporación puede renegociar entre 10.000 u 11.000 millones»*, **aclaró.**

*«Entonces, cobrarían algunos y la gran mayoría seguiría sin cobrar y se perdería uno de los activos vitales y determinantes»*, **cerró.**