# Exhibit 11

Learn more about **REFINITIV**



Americas

# Washington coy on Venezuela's Guaido, still recognizes 2015 National Assembly

Reuters

January 4, 2023 8:05 PM EST · Updated 6 months ago

My View    Following    Saved



Venezuelan opposition leader Juan Guaido speaks during an interview with Reuters, in Caracas, Venezuela, December 6, 2022. REUTERS/Gaby Oraa

WASHINGTON, Jan 4 (Reuters) - The United States still recognizes Venezuela's 2015 National Assembly after a recent shakeup and will keep coordinating with its former leader Juan Guaido "and other like-minded individuals," the White House said on Wednesday.

Washington's years-long recognition of Guaido as Venezuela's legitimate interim president was called into question late last month when the country's opposition National Assembly **stripped him of the title** and dissolved his government.



In a press call, White House National Security Council spokesperson John Kirby said the United States still recognized that assembly, elected in 2015, as Venezuela's "last remaining democratic institution."

Asked whether Washington still recognized Guaido as interim president, Kirby said he did not want to "get into hypotheticals" and promised the United States would "coordinate with him and other like-minded members" of the opposition legislature.

Axios reported on Wednesday evening that a State Department official confirmed the United States no longer recognizes Guaido as Venezuela's leader. The State Department did not immediately respond to a request for comment.

The administration of former U.S. President Donald Trump recognized Guaido as Venezuela's legitimate president after President Nicolas Maduro won re-election in a 2018 vote that Washington and other Western governments called a sham.

Advertisement · Scroll to continue

Feedback

Maduro has maintained his grip on power supported by the Venezuelan military as well as Russia, China, Cuba and Iran.

The interim government's dissolution raised questions about the future of assets in its control. Opposition lawmakers voted last week to appoint a commission to govern the assets.

Kirby's comments echoed State Department spokesperson Ned Price, who on Tuesday left open the question of Guaido's official designation.

"We'll continue to coordinate with him as a member of the 2015 national assembly and with other like-minded democratic actors in Venezuela to support the Venezuelan people in their aspirations of democracy, rule of law, and prosperity in their country," Price told reporters.

Washington's position on the need for free and fair elections in Venezuela and on Maduro had not changed, Price said.

Reporting by Trevor Hunnicutt; Writing by Katharine Jackson and Brendan O'Boyle; Editing by Stephen Coates

Our Standards: **The Thomson Reuters Trust Principles.**

## Read Next

World
**Titanic sub search reaches sea floor, oxygen feared to have run out**
16 min ago


World
**Titanic sub timeline: when did it go missing and key events in search**
June 21, 2023


Americas
**Honduras hands prison control to military police, expands emergency powers after deadly riot**
1:16 AM EDT


Future of Health
**Study reveals how immune system of astronauts breaks down**
12:29 AM EDT




Feedback

Newsletter | Every weekday.

# Reuters Daily Briefing

The day's top news in your inbox. We cover the world, from front lines to boardrooms. (This includes the Reuters Weekend Briefing.)

Sign up

## More from Reuters

Witnesses capture aftermath of Paris explosion, dozens hurt (0:48) - June 21, 2023
Watch more videos



Witnesses capture aftermath of Paris... 
00:48

Canadian Air Force searches for missing sub 
00:30

Detected sounds determine search area for missing sub 
02:34

What will India's Modi eat at the White House? 

## Sponsored Content



The 4 Dumbest Things We Keep Spending Too Much Money On
Sponsored by The Penny Hoarder


Schwab's Mid-Year Market Outlook
Sponsored by Charles Schwab


e-Book: The Ultimate Guide to Automated Redaction
Sponsored by iDox.ai


Best trading technology + $0 commission equities & options.
Sponsored by TradeStation


Key Global Economic Markets Data Releases
Sponsored by Nomura


New York: The List Of The Top Financial Advisor Firms Is Out
Sponsored by smartasset


World ›

Feedback

## Germany's Scholz: I warned China on using force against Taiwan

World · June 22, 2023 · 6:21 AM EDT

Chancellor Olaf Scholz told the German parliament on Thursday that he had warned China during talks earlier this week against using force to achieve territorial changes, particularly against Taiwan.

Europe
Ukraine's Zelenskiy signs law banning import of books from Russia
9:33 AM EDT

United States
Moderate Will Hurd, a Trump critic, joins 2024 Republican race
33 min ago

China
Beijing soars above 41 degrees Celsius, smashes June record
5:50 AM EDT

Europe
Pope skips speech, blaming breathing difficulties after surgery
30 min ago

Feedback

Sponsored Content

| Where should you invest $1,000 right now? Sponsored by The Motley Fool |  | Famed Investor: The AI Chart You Can't Ignore Sponsored by Stansberry Research |  | Best trading technology + $0 commission equities & options. Sponsored by TradeStation |  |
| New York: The List Of The Top Financial Advisor Firms Is Out Sponsored by smartasset |  | The 4 Dumbest Things We Keep Spending Too Much Money On Sponsored by The Penny Hoarder |  | e-Book: The Ultimate Guide to Automated Redaction Sponsored by iDox.ai |  |

Sponsored Content

| 7 Tips for First-Time Home Buyer Sponsored by Charles Schwab | 7 Ways to Retire Comfortably With $500k Sponsored by Fisher Investments | College Planning Essentials: Your go-to guide for 10 years running Sponsored by J.P. Morgan Asset Management |
| 5 Effortless Ways to Boost Your Retirement Savings Sponsored by Money Talks News | New film Exposes America's Secret Energy Grid Sponsored by Porter & Company | Air Force Vet and Top Economist Team Up To Issue Dire Warning Sponsored by Banyan Hill |

Latest

Home

Media

Videos
Pictures
Graphics

Browse

World
Business
Legal
Markets
Breakingviews
Technology
Investigations
Lifestyle

About Reuters

About Reuters
Careers
Reuters News Agency
Brand Attribution Guidelines
Reuters Leadership
Reuters Fact Check
Reuters Diversity Report

Stay Informed

Download the App
Newsletters

Information you can trust

Washington Recoy on Venezuela's Guaido, still recognizes 2015 National Assembly | Reuters

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

   

## Thomson Reuters Products

**Westlaw**
Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource**
The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint**
The industry leader for online information for tax, accounting and finance professionals.

## Refinitiv Products

**Refinitiv Workspace**
Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Refinitiv Data Catalogue**
Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**Refinitiv World-Check**
Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

Advertise With Us    Advertising Guidelines    Coupons

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

Cookies    Terms of Use    Privacy    Digital Accessibility    Corrections    Site Feedback

© 2023 Reuters. All rights reserved