# Exhibit 12

Learn more about REFINITIV

Americas

# Venezuela opposition names committee to manage foreign assets

By Deisy Buitrago

January 19, 2023 1:46 PM EST · Updated 5 months ago



Citgo Corpus Christi Refinery is seen in Corpus Christi, Texas, U.S., January 25, 2019. Picture taken on January 25, 2019. REUTERS/Erwin Seba/File Photo

      

CARACAS, Jan 19 (Reuters) - Venezuela's opposition national assembly on Thursday named the commission members who will manage most of the country's assets abroad, moving ahead with a promise by the body's new leadership as it seeks to unify ahead of expected presidential elections.

Venezuela traditionally has only one legislature, but currently has two parallel bodies - one of government-allied lawmakers and another for the opposition.

Because of its backing abroad, the opposition controls some assets in other countries, including U.S.-based oil refiner Citgo Petroleum and more than $1 billion in gold stored at the Bank of England.

The formation of the committee is a part of **recent moves** by the legislature, which appointed Dinorah Figuera as its new leader this month and is trying to pull together a united front ahead of a presidential election tentatively scheduled for next year.

Opposition party members Carlos Millan, Rene Uzcategui, Yon Goicoechea and Fernando Blasi will serve on the committee headed by Gustavo Marcano.

Advertisement · Scroll to continue

Many assets controlled by the opposition have enjoyed the United States' protection against creditors, which **this week** extended its protection of Citgo for three months.



My View    Following    Saved

Marcano, Goicoechea and Blasi served on the spending control committee previously operated under the interim government of former opposition leader Juan Guaido. A revamp of that committee was part of arguments for disbanding the interim government.

Blasi will also represent the assembly in the United States, while lawmaker Miguel Pizarro will work on the assembly's behalf at the United Nations.

Advertisement · Scroll to continue

The legislature also named or kept in place members of the ad hoc central bank board, with Manuel Rodriguez continuing in his post as its head.

It did not announce whether it would make changes to the ad hoc board of state oil company PDVSA.

Opposition lawmakers have declined to participate in elections since the 2018 re-election of President Nicolas Maduro, which they say is fraudulent, and have continued to operate an assembly despite the 2021 installation of a second legislature by government allies.

Reporting by Deisy Buitrago Writing by Julia Symmes Cobb; Editing by Vin Shahrestani

    

Our Standards: **The Thomson Reuters Trust Principles.**



Venezuela opposition names committee to manage foreign assets | Reuters

**Deisy Buitrago**

Thomson Reuters

Deisy reports on oil and energy and general news from Venezuela's capital, Caracas. She is also interested in reporting on politics and the environment. Deisy has been working with Reuters in Caracas since 2001, where she started writing on violent anti-government protests, the death of Venezuela's former President Hugo Chávez, and problems at state oil company PDVSA, among other topics. She loves animals like dogs and cats! Contact:+584241334490

 

## Read Next

**Charged**
**Inside the race to remake lithium extraction for EV batteries**
7:21 AM EDT

**Americas**
**At least 15 killed in Canada highway crash after truck hits bus in Manitoba**
June 15, 2023

**World**
**Canada to bolster Latvian NATO deployment with 15 Leopard 2 tanks**
40 min ago

**Americas**
**Mexico swelters as 'atypical' heat wave grips nation**
June 15, 2023





*Newsletter* | Every weekday.

## Reuters Daily Briefing

The day's top news in your inbox. We cover the world, from front lines to boardrooms. (This includes the Reuters Weekend Briefing.)

Venezuela opposition names committee to manage foreign assets | Reuters

Sign up

## More from Reuters

Drone video shows destruction in Bakhmut (0:29) - June 15, 2023
Watch more videos

 Drone video shows destruction in Bakhmut
00:29


 UAE bans screening of the new Spider-Man film
01:01


Opposition lawmakers walk out...
01:02


US sanctions two North Koreans after missile launches


## Sponsored Content

Dianomi

Bid goodbye to overdraft fees when you bank with Citi. Member FDIC.
Sponsored by Checking with Citi®

Why are relationships so important to investing?
Sponsored by Baillie Gifford

Can I Retire at 65 with $2.5 Million?
Sponsored by smartasset

Keep more of what you earn. Learn about tax-advantaged strategies.
Sponsored by Goldman Sachs Asset Management

AI Stock Picking System Names Top Stocks of 2023
Sponsored by Chaikin Analytics

Schwab's Take on Market Volatility
Sponsored by Charles Schwab

World



Venezuela opposition names committee to manage foreign assets | Reuters

# Russian troops to get bonuses for destroying Western tanks

Europe · June 16, 2023 · 2:44 AM EDT

Russian troops who have destroyed German-made Leopard tanks and U.S.-supplied armoured vehicles being used by Ukraine will receive bonus payments, the Defence Ministry said on Friday.

World
**NATO may remove some hurdles on Ukraine's path to membership, Germany says**
4:38 AM EDT

Asia Pacific
**Exclusive: Thailand seeking to re-engage Myanmar junta with ASEAN meeting**
an hour ago

World
**Canada to bolster Latvian NATO deployment with 15 Leopard 2 tanks**
39 min ago

India
**Protests planned for Modi's US visit over India human rights**
12:09 AM EDT

## Sponsored Content

**SECURE 2.0 Act Changes Include New Ways to Give and Save**
Sponsored by Oppenheimer


**Under pressure to innovate? Get the skills you need to succeed.**
Sponsored by HBS Executive Education


**Research-Backed Ways To Make Habits Stick**
Sponsored by Indeed


**7 Ways to Retire Comfortably With $500k**
Sponsored by Fisher Investments


**Finding opportunities in core fixed income amid volatility.**
Sponsored by J.P. Morgan Asset Management


**Best trading technology + $0 commission equities & options.**
Sponsored by TradeStation


## Sponsored Content

**WashingtonWise: A Podcast for Investors**
Sponsored by Charles Schwab

**Invest in AI's Golden Age**
Sponsored by The Motley Fool

**Why Seniors Love This $10/Month Cable & Internet Plan**
Sponsored by WalletGenius

**Seniors Under 85 Get $250k In Life Insurance For $13/Month**
Sponsored by ActiveBeat

**New York: The List Of The Top Financial Advisor Firms Is Out**
Sponsored by smartasset

**The 4 Dumbest Things We Keep Spending Too Much Money On**
Sponsored by The Penny Hoarder

### Latest
Home

### Media
Videos
Pictures
Graphics

### Browse
World
Business
Legal
Markets
Breakingviews
Technology
Investigations
Lifestyle

### About Reuters
About Reuters
Careers
Reuters News Agency
Brand Attribution Guidelines
Reuters Leadership
Reuters Fact Check
Reuters Diversity Report

### Stay Informed
Download the App
Newsletters

Information you can trust

Venezuela opposition names committee to manage foreign assets | Reuters

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

## Thomson Reuters Products

**Westlaw**
Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource**
The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint**
The industry leader for online information for tax, accounting and finance professionals.

## Refinitiv Products

**Refinitiv Workspace**
Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Refinitiv Data Catalogue**
Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**Refinitiv World-Check**
Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

Advertise With Us    Advertising Guidelines    Coupons

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

Cookies    Terms of Use    Privacy    Digital Accessibility    Corrections    Site Feedback

© 2023 Reuters. All rights reserved