# Exhibit 17



## Resolutions approved in plenary in different areas of national interest

**RESOLUTION AUTHORIZING THE CREATION OF THE SPECIAL LITIGATION FUND**

DOWNLOAD

### NATIONAL ASSEMBLY

### OF THE BOLIVARIAN REPUBLIC OF VENEZUELA

In defense of the Constitution, Democracy, and the Rule of Law

**RESOLUTION AUTHORIZING THE CREATION OF THE SPECIAL LITIGATION FUND**

**WHEREAS**

In accordance with Article 36 of the Statute that governs the transition to democracy to restore the validity of the Constitution of the Bolivarian Republic of Venezuela, it is not possible to use the recovered assets to cover public expenses, given the need to have the corresponding parliamentary control.

**WHEREAS**

The regimes of Hugo Chávez and Nicolás Maduro left an external public debt that translates into various obligations and private claims against the public sector, especially against the Republic, Petróleos de Venezuela, S.A. (PDVSA), and the Central Bank of Venezuela (BCV), all of which places essential assets at risk for dealing with the complex humanitarian emergency and the economic reconstruction of the country.

**WHEREAS**

Without prejudice to the will of the legitimate Government of Venezuela to initiate consensual and orderly processes for the reconciliation and renegotiation of those obligations and claims of the private sector, it is necessary to assume the judicial and extrajudicial defense of the State for the due protection of its assets.

**WHEREAS**

The Venezuelan public sector has financial availability for the use of resources deposited in the United States of America aimed at meeting the most urgent and priority needs to ensure the proper defense of its assets.

**RESOLVES**

**FIRST:** Create the Special Litigation Fund, in accordance with the provisions of Article 15 of the Statute governing the transition to democracy to restore the validity of the Constitution of the Bolivarian Republic of Venezuela, for the purpose of adopting the necessary decisions to the defense of the rights of the Venezuelan State before the international community and ensure the protection of assets, goods, and interests of the State abroad.

**SECOND:** The aforementioned Special Litigation Fund will be made up of the resources available in bank accounts abroad in favor of the Republic, the Central Bank of Venezuela, Petróleos de Venezuela, S.A. (PDVSA), and the other decentralized entities of the National Power, that the National Assembly previously qualifies for such purpose.

**THIRD:** The National Assembly will authorize the use of resources for the payment of professional fees and legal expenses associated with the protection, recovery, and control of Venezuelan assets abroad. For these purposes, the ad-hoc administrative boards of the administrative entities with financial availability and the Office of the Special Prosecutor will prepare the projects for the allocation of resources for the judicial and extra-judicial defense of the assets of the Venezuelan State, in accordance with that stipulated in Article 15 of the Statute that governs the transition to democracy to restore the validity of the Constitution of the Bolivarian Republic of Venezuela.

The National Assembly will designate a technical commission made up of 5 members to guarantee the proper use of the resources administered by this Fund.

**FOURTH:** Once the National Assembly authorizes the use of these resources, the *ad-hoc* administrative boards, in coordination with the Office of the Special Prosecutor, will send the projects for the defense of assets and litigation to the Technical Commission for the authorization of the corresponding contracts, ensuring its rationality, sincerity, and efficiency, proceeding to its payment, in accordance with the authorized amounts. The Office of the Special Prosecutor will render a periodic account of the budgetary management of the resources financed based on this Resolution within the framework of fiscal control regulations and based on the principles of transparency, accountability, and efficiency.

**FIFTH:** Based on the provisions of this Resolution and the requests made through the Office of the Special Prosecutor, the disbursement of the following expenses is authorized:

a) For the judicial and extra-judicial defense of assets of the international reserves managed by the Central Bank of Venezuela, the use of two million United States dollars (US 2,000,000.00) is authorized. The ad-hoc Administrative Board of the BCV, together with the Special Attorney, will send the projects to the Technical Commission to approve the way in which these resources will be used.

b) For the judicial and extra-judicial defense of the assets of Petróleos de Venezuela, S.A. (PDVSA), the disbursement of one million and a half United States dollars (US 1,500,000.00) is authorized, the remaining amount of the parliamentary authorization approved by Agreement of October 1. Consequently, the ad-hoc Administrative Board of PDVSA will be able to dispose of that amount for the payment of professional fees and expenses in accordance with the request made on November 4.

Signed, sealed, and delivered in the Federal Legislative Palace, headquarters of the National Assembly of the Bolivarian Republic of Venezuela, in Caracas on the nineteenth day of November 2019. Year 209 of Independence and 160 of the Federation.

JUAN GERARDO GUAIDÓ MARQUEZ
President

ÉDGAR JOSÉ ZAMBRANO RAMÍREZ
First Vice President

IVAN STALIN GONZALEZ MONTAÑO
Second Vice President

EDINSON DANIEL FERRER ARTEAGA
Secretary

JOSE LUIS CARTAYA PIÑANGO
Undersecretary

## Search Engine

Search for

Search for

| Assembly | News | Deputies | Commissions | Legislative Acts | Transparency |
|---|---|---|---|---|---|
| History | All | All | All | All | Documents |
| Legal Bases | National | Principal | Permanent Commission | Agreements approved and… | |
| Board of Directors | International | Substitutes | | Authorization… | |
| | Legislative | | | Authorizations of co… | |
| | | | | Special Commissions… | |
| | | | | Mixed Commissions | |
| | | | | Speeches of Order | |
| | | | | Ambassadors / Authori… | |
| | | | | Reports presented… | |
| | | | | Reports Management reports to… | |

Legislative Gazette
Contact us

Federal Legislative Palace, Caracas - Venezuela /

Telephone: +58 212 7783322



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of TEXAS      )
                    )           ss:
COUNTY of HARRIS    )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, "ACUERDO QUE AUTORIZA LA CREACIÓN DEL FONDO ESPECIAL DE LITIGIOS"-- originally written in *Spanish* -- is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: 6/16/2023

Sworn to and signed before ME
This 16th day of June, 2023

_____
Susannah Smith
Project Manager
Consortra Translations


_____
Notary Public



New York, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  London

**Acuerdos aprobados en la plenaria en las distintas áreas de interés nacional**

**ACUERDO QUE AUTORIZA LA CREACIÓN DEL FONDO ESPECIAL DE LITIGIOS**

DESCARGAR

**ASAMBLEA NACIONAL**

**DE LA REPUBLICA BOLIVARIANA DE VENEZUELA**

En defensa de la Constitución, la Democracia y el Estado de Derecho

**ACUERDO QUE AUTORIZA LA CREACIÓN DEL FONDO ESPECIAL DE LITIGIOS**

**CONSIDERANDO**

Que de acuerdo con el artículo 36 del Estatuto que rige la transición a la democracia para restablecer la vigencia de la Constitución de la República Bolivariana de Venezuela, no es posible utilizar los activos recuperados para sufragar gastos públicos, ante la necesidad de contar con el correspondiente control parlamentario.

**CONSIDERANDO**

Que los regímenes de Hugo Chávez y Nicolás Maduro legaron una deuda pública externa que se traduce en diversas obligaciones y reclamaciones privadas en contra del sector público, y especialmente, en contra de la República, Petróleos de Venezuela, S.A. (PDVSA) y el Banco Central de Venezuela (BCV), todo lo cual coloca en riesgo activos indispensables para la atención de la emergencia humanitaria compleja y la reconstrucción económica del país.

**CONSIDERANDO**

Que sin perjuicio de la voluntad del legítimo Gobierno de Venezuela de iniciar procesos consensuados y ordenados para la reconciliación y renegociación de esas obligaciones y reclamaciones del sector privado, es necesario asumir la defensa judicial y extra judicial del Estado para la debida protección de sus activos.

**CONSIDERANDO**

Que el sector público venezolano tiene disponibilidad financiera para el uso de recursos depositados en el Estados Unidos de América orientados a atender las necesidades más urgentes y prioritarias para asegurar la debida defensa de sus activos.

**ACUERDA**

**PRIMERO**: Crear el Fondo Especial de Litigio, de conformidad con lo dispuesto en el artículo 15 del Estatuto que rige la transición a la democracia para restablecer la vigencia de la Constitución de la República Bolivariana de Venezuela, a los fines de adoptar las decisiones necesarias para la defensa de los derechos del Estado venezolano ante la comunidad internacional y asegurar el resguardo de los activos, bienes e intereses del Estado en el extranjero.

**SEGUNDO**: Estará compuesto el referido Fondo Especial de Litigio por los recursos disponibles en cuentas bancarias en el extranjero a favor de la República, el Banco Central de Venezuela, Petróleos de Venezuela, S.A. (PDVSA) y los demás entes descentralizados del Poder Nacional, que la Asamblea Nacional califique previamente para tal fin.

**TERCERO**: La Asamblea Nacional autorizará el uso de recursos para el pago de honorarios profesionales y gastos legales asociados a la protección, recuperación y control de activos de Venezuela en el extranjero. A estos fines, las juntas administradoras *ad-hoc* de los entes administrativos con disponibilidad financiera y la Oficina del Procurador Especial, prepararán los proyectos de asignación de recursos para la defensa judicial y extra-judicial de los activos del Estado venezolano, de acuerdo con lo dispuesto en el artículo 15 del Estatuto que rige la transición a la democracia para restablecer la vigencia de la Constitución de la República Bolivariana de Venezuela.

La Asamblea Nacional designará una comisión técnica conformada por 5 miembros, para garantizar el uso adecuado de los recursos administrados por este Fondo.

**CUARTO**: Una vez la Asamblea Nacional autorice el uso de esos recursos, las juntas administradoras *ad-hoc*, en coordinación con la Oficina del Procurador Especial, remitirá a la Comisión Técnica los proyectos de defensa de activos y litigios para la autorización de las contrataciones correspondientes, velando por su racionalidad, sinceridad y eficiencia, procediendo a su pago, de acuerdo con los montos autorizados. La Oficina del Procurador Especial rendirá cuenta periódica de la gestión presupuestaria de los recursos sufragados basándose en este Acuerdo, en el marco de las normas de control fiscal y con base en los principios de transparencia, rendición de cuenta y eficiencia.

**QUINTO**: En función a lo dispuesto en este Acuerdo y a las solicitudes formuladas a través de la Oficina del Procurador Especial, se autoriza la ejecución de los siguientes gastos:

a) Para la defensa judicial y extra-judicial de activos de las reservas internacionales administradas por el Banco Central de Venezuela, se autoriza el uso de dos millones de dólares de los Estados Unidos (US 2.000.000,00). La Junta Administradora *ad-hoc* del BCV junto con el Procurador Especial enviará los proyectos a la Comisión Técnica para aprobar la forma en la cual se usarán estos recursos.

b) Para la defensa judicial y extra-judicial de activos de Petróleos de Venezuela, S.A. (PDVSA) se autoriza la ejecución de un millón y medio de dólares de los Estados Unidos (US 1.500.000,00), monto remanente de la autorización parlamentaria aprobada mediante Acuerdo del 1° de octubre. En consecuencia, la Junta Administradora *ad-hoc* de PDVSA podrá disponer de ese monto para el pago de honorarios profesionales y gastos de acuerdo con la solicitud formulada el 4 de noviembre pasado.

Dado, firmado y sellado en el Palacio Federal Legislativo, sede de la Asamblea Nacional de la República Bolivariana de Venezuela, en Caracas a los diecinueve días del mes de noviembre de 2019. Año 209° de la Independencia y 160° de la Federación.

**JUAN GERARDO GUAIDÓ MÁRQUEZ**

Presidente

**ÉDGAR JOSÉ ZAMBRANO RAMÍREZ**

Primer Vicepresidente

**IVÁN STALIN GONZÁLEZ MONTAÑO**

Segundo Vicepresidente

**EDINSON DANIEL FERRER ARTEAGA**

Secretario

**JOSÉ LUIS CARTAYA PIÑANGO**

Subsecretario

# Buscador

Buscar…

BUSCAR

| Asamblea | Noticias | Diputados | Comisiones | Actos Legislativos | Transparencia |
|---|---|---|---|---|---|
| Historia | Todas | Todos | Todas | Todos | Documentos |
| Bases Legales | Nacional | Principales | Comisiones Permanentes | Acuerdos aprobados e… | |
| Junta Directiva | Internacional | Suplentes | | Autorización… | |
| | Legislativa | | | Autorizaciones de co… | |
| | | | | Comisiones Especiale… | |
| | | | | Comisiones Mixtas | |
| | | | | Discursos de Orden | |
| | | | | Embajadores / Autori… | |
| | | | | Informes presentados… | |
| | | | | Informes | |
| | | | | Informes de gesti&oa… | |

Gaceta Legislativa

Contáctanos

Palacio Federal Legislativo, Caracas - Venezuela /
Teléfono: +58 212 7783322