# Exhibit 18

 World | Business | Markets | Breakingviews | Video | More 



# Venezuelan opposition to open U.S. fund to receive oil sale revenues -lawmaker

By Reuters Staff

CARACAS, Feb 6 (Reuters) - Venezuela's opposition is opening a U.S. bank fund in which income from oil sales could be received, a key measure to secure financing for their effort to dislodge President Nicolas Maduro, an opposition lawmaker told Reuters on Wednesday.

"This is already quite advanced, I hope that next week it can be announced by our representative in the United States," Carlos Paparoni said in an interview.

In a separate interview, Yon Goicoechea, a member of opposition leader Juan Guaido's policy team, told Reuters that Guaido was in contact with state-run oil firm PDVSA's partners and they were willing to keep operating in Venezuela. (Reporting by Corina Pons and Mayela Armas Writing Angus Berwick, Editing by Rosalba O'Brien)

Our Standards: <u>The Thomson Reuters Trust Principles.</u>

MORE FROM REUTERS



PAID PROMOTIONAL LINKS       Promoted by Dianomi



**Should investors think in decades not quarters?**
Baillie Gifford



**We get our insights on-site. 10 investment themes for 2023.**
Capital Group



**Stock Analysis Using the P/E Ratio**
Charles Schwab



**Best trading technology + $0 commission equities & options.**
TradeStation



**Can I Retire at 65 with $2.5 Million?**
smartasset

Sponsored Video by:



Video by Dianomi

## MORE FROM REUTERS



**Fact Check-Video showing an 'alien' in Las Vegas mixes CGI video...**
13 Jun



**Analysis: Ukraine counteroffensive takes shape but main test still...**
14 Jun



**US government agencies hit in global cyber attack -CNN**
15 Jun



**South Korea recovers part of rocket used in North's satellite...**
16 Jun



**Inside the race to remake lithium extraction for EV batteries**
16 Jun

MORE FROM REUTERS



**Cheap 'like cabbage' apartments in some Chinese cities draw buyers...**

16 Jun



**Analysis: Sweden braces for fallout from property slump**

16 Jun



**Pope Francis orders Pope Benedict ex-aide to leave Vatican**
15 Jun



**Fact Check-Iglesia de Massachusetts no se incendiÃ³ durante boda...**
14 Jun



**EUROPE The UK consumer is feeling the heat**
16 Jun

Venezuelan opposition to open U.S. fund to receive oil sale revenues - lawmaker | Reuters

Apps   Newsletters   Advertise with Us   Advertising Guidelines   Cookies   Terms of Use   Privacy



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2023 Reuters. All Rights Reserved.