# Exhibit 23

1/24/24, 7:05 PM | Office of Foreign Assets Control



🇺🇸 An official website of the United States government
   Here's how you know

**U.S. DEPARTMENT OF THE TREASURY**
READ THE LATEST TREASURY NEWS

# Office of Foreign Assets Control

A PART OF TREASURY'S OFFICE OF TERRORISM AND FINANCIAL INTELLIGENCE

- Specially Designated Nationals List (SDN List)
- SDN List - Data Formats & Data Schemas
- Consolidated Sanctions List (Non-SDN Lists)
- Additional Sanctions Lists
- Search OFAC's Sanctions Lists
- Sanctions Programs and Country Information
- Recent Actions
- OFAC License Application Page
- Additional OFAC Resources
- Frequently Asked Questions
- Civil Penalties and Enforcement Information
- OFAC Reporting System
- Selected General Licenses Issued by OFAC
- Contact OFAC

# VENEZUELA SANCTIONS

## 1124. I am a party seeking to enforce bondholder rights to the shares of CITGO Holding serving as collateral for the Petróleos de Venezuela, S.A. (PdVSA) 2020 8.5 percent bond, pending the outcome of ongoing litigation.  How can I preserve or enforce my bondholder rights consistent with the Venezuela Sanctions Regulations, 31 CFR part 591 (VSR)?

Search FAQs

Search FAQs

OFAC will not take enforcement action against any person for taking steps to preserve the ability to enforce bondholder rights to the CITGO shares serving as collateral for the PdVSA 2020 8.5 percent bond (see also OFAC Frequently Asked Question (FAQ) 1123; General License 42  and OFAC FAQ 1125).  This non-enforcement policy governs OFAC sanctions only and does not relieve persons of obligations to comply with any other applicable regulatory requirements, reviews, or approvals that may be necessary to finalize any sale.  As noted in FAQ 1125, parties that have negotiated a settlement agreement pursuant to General License 42  will still need to seek a specific license for entry into that agreement.

May 1, 2023

## Similar FAQs

1123. In Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela, 17-mc-00151 (D. Del.), the U.S. District Court for the District of Delaware has entered a Sale Procedures Order with respect to certain shares in PDV Holding (PDVH) to satisfy a U.S. district court judgment confirming an arbitral award against Venezuela.  May persons participate in or comply with steps relating to a judicial sale of such shares?

595. What does Venezuela-related General License 5K authorize?

1125. I am a creditor of the Government of Venezuela, Petróleos de Venezuela, S.A. (PdVSA), or a PdVSA subsidiary.  Do I need an OFAC license to negotiate the settlement of claims related to assets of the Government of Venezuela or PdVSA?

808. Do I need a specific license from OFAC to file a suit in U.S. court against a person designated or blocked pursuant to Venezuela-related sanctions?  Does a U.S. court, or its personnel, need a specific license from OFAC to hear such a case?

547. Can U.S. Persons participate in meetings about restructuring outstanding Venezuelan and PDVSA debt?

650. What is the expected level of due diligence associated with ensuring that transfers or divestment of debt (and, in the case of Venezuela-related General License 9B, equity) in certain blocked persons (in the case of General License 9B) or the Government of Venezuela (in the case of General License 3C) are consistent with the terms of General Licenses 3C and 9B?



OFFICE OF TERRORISM AND FINANCIAL INTELLIGENCE

ADDITIONAL RESOURCES

Privacy Act

Small Business Contacts

Budget and Performance

TreasuryDirect.gov Securities/Bonds

Freedom of Information Act (FOIA)

No FEAR Act Data

Whistleblower Protection

HELPFUL OFAC LINKS

Sign Up For OFAC E-mail Alerts

Contact OFAC

OFAC RSS Feed

Dealing with an "OFAC Alert"

List of Country-related Sanctions

OTHER GOVERNMENT SITES

USA.gov

USAJOBS.gov

OPM.gov

MyMoney.gov

Data.gov