UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRÓLEOS DE VENEZUELA, S.A., PDVSA PETRÓLEO, S.A., AND PDV HOLDING, INC.,<br><br>                                        Plaintiffs,<br><br>  -against-<br><br>MUFG UNION BANK, N.A. and GLAS AMERICAS LLC,<br><br>                                        Defendants. | No. 19 Civ. 10023 (KPF) |

## NOTICE AND ORDER TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that upon the accompanying declaration of Christopher J. Clark, and subject to the approval of the Court, Mr. Clark hereby withdraws as counsel for MUFG Union Bank, N.A. and GLAS Americas LLC and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. MUFG Union Bank, N.A. and GLAS Americas LLC will continue to be represented by Latham & Watkins LLP and Paul, Weiss, Rifkind, Wharton & Garrison LLP in this proceeding.

Dated: August 8, 2023
New York, New York

                                            **CLARK SMITH VILLAZOR LLP**

                                            By:   /s/ *Christopher J. Clark*

                                            Christopher J. Clark
                                            250 West 55th Street, 30th Floor
                                            New York, NY 10019
                                            Tel: (212) 582-4400
                                            E-mail address: clark@csvllp.com

SO ORDERED:

*/s/ Katherine Polk Failla*

Hon. Katherine Polk Failla        Dated:    August 9, 2023
United States District Court Judge                 New York, New York

The Clerk of Court is directed to terminate Mr. Clark from the docket.