# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRÓLEOS DE VENEZUELA, S.A., PDVSA PETRÓLEO, S.A., and PDV HOLDING, INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> - against - <br><br> MUFG UNION BANK, N.A. and GLAS AMERICAS LLC, <br><br> Defendants and Counterclaim Plaintiffs. | Case No: 19-cv-10023-KPF |

### DECLARATION OF STEPHEN MCNABB

Stephen McNabb declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Treasurer of CITGO Petroleum Corporation ("CITGO"). I submit this declaration in relation to CITGO's ███████████ ██████████████████, which was recently addressed in CITGO's confidential investor presentation ████████████. In my capacity as Treasurer of CITGO, I am aware of the current status ████████.

2. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

3. ████████████████████████████████████████

4. ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████

5. ████████████████████████████████████████████████████████
████████████████████████████████ Given my position and responsibilities, I would be aware if that were not the case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:   Houston, TX
            September 21, 2023

*Stephen McNabb*
Stephen McNabb