**WILLKIE FARR & GALLAGHER LLP**

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

November 6, 2023

**VIA ECF**

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Petróleos de Venezuela, et al. v. MUFG Union Bank, N.A., et. al.*, 19-cv-10023 (KPF)

Dear Judge Failla:

      We write on behalf of PDV Holding, Inc. ("PDVH") to inform the Court that over the course of last week, the parties have been engaged in continued discussions regarding a potential negotiated resolution of Defendants' Motion for Order Modifying Partial Stay of Execution of Enforcement ("Motion"), which is fully briefed and pending decision by this Court. See ECF Nos. 252-55, 273-75, 280-81. It is possible that these discussions may obviate the Court's need to rule on the pending Motion. The parties will update the Court as soon as possible regarding these negotiations.

      Respectfully submitted,

      s/ Michael J. Gottlieb

cc: Counsel of record for all parties via ECF