**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL   (1946-1956)
SIMON H. RIFKIND   (1950-1995)
LOUIS S. WEISS     (1927-1950)
JOHN F. WHARTON    (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3254

WRITER'S DIRECT FACSIMILE

(212) 492-0254

WRITER'S DIRECT E-MAIL ADDRESS

jhurwitz@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

[Attorney roster omitted]

*NOT ADMITTED TO THE NEW YORK BAR

December 12, 2023

The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

     *Petróleos de Venezuela, S.A. et al.* v. *MUFG Union Bank, N.A. et al.*, No. 1:19-cv-10023

Dear Judge Failla:

    We represent the Trustee and the Collateral Agent. We are writing concerning our clients' pending motion for an order modifying the partial stay of execution of enforcement, ECF No. 252.

    On Friday, December 8, counsel for PDV Holding, Inc. ("PDVH") sent a letter to the Court asking it to decide the pending motion. ECF No. 297. Since that time, the parties have had additional discussions in an effort to achieve a consensual resolution of that motion. In light of those discussions, the parties now jointly request that the Court refrain from ruling on the motion, and PDVH withdraws the request made in its letter of December 8 that the Court decide the motion at this time. In the event that the renewed discussions between the parties to resolve the motion are unsuccessful, or in the event that any party concludes that it is being prejudiced by the passage of time without a resolution, counsel for the Trustee and the Collateral Agent, or counsel for

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Katherine Polk Failla
United States District Judge                                                                 2

PDVH, or both may so advise the Court and may request that the Court decide the motion. Counsel for PDVH (and counsel for the other PDVSA parties) have reviewed this letter, and they join us in proposing the arrangements described in this paragraph.

The parties disagree over the characterizations in PDVH's letter of the parties' prior discussions, but are in agreement that they should continue. In view of that agreement and the arrangements proposed above, the Trustee and the Collateral Agent do not believe that it would serve any useful purpose for them to respond to the substance of PDVH's letter at this time..

Respectfully submitted,

*/s/ Jonathan Hurwitz*
Jonathan Hurwitz

cc:  Counsel of Record (Via ECF)