UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRÓLEOS DE VENEZUELA, S.A., PDVSA PETRÓLEO, S.A., and PDV HOLDING, INC.,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>- against -<br><br>MUFG UNION BANK, N.A. and GLAS AMERICAS LLC,<br><br>Defendants and Counterclaim Plaintiffs. | No. 19 Civ. 10023 (KPF) |

**NOTICE AND ORDER TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that upon the accompanying declaration of Walter Rieman, and subject to the approval of the Court, Walter Rieman hereby withdraws as counsel for MUFG Union Bank, N.A. and GLAS Americas LLC and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. MUFG Union Bank, N.A. and GLAS Americas LLC will continue to be represented in this proceeding by Jonathan Hurwitz and Roberto J. Gonzalez of Paul, Weiss, Rifkind, Wharton & Garrison LLP and by Matthew S. Salerno of Latham & Watkins LLP.

Dated: New York, New York

  January 5, 2024

PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP

By: /s/ Walter Rieman
    Walter Rieman
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3260
Fax: (212) 492-0269
wrieman@paulweiss.com

*Attorneys for Defendants and Counterclaim Plaintiffs MUFG Union Bank, N.A. and GLAS Americas LLC, in their respective capacities as Trustee and Collateral Agent under the Indenture dated October 27, 2016, and the Pledge and Security Agreement dated October 28, 2016, governing PDVSA's Senior Secured Notes due 2020 (as to Federal and New York law issues only)*

IT IS SO ORDERED.

Dated: New York, New York
  January 8, 2024

_____
Hon. Katherine Polk Failla
United States District Judge