UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETROLEOS DE VENEZUELA, S.A., PDVSA PETROLEO, S.A., and PDV HOLDING, INC, <br><br> Plaintiffs and Counterclaim Defendants, <br><br> - against - <br><br> MUFG UNION BANK, N.A. and GLAS AMERICAS LLC, <br><br> Defendants and Counterclaim Plaintiffs. | Case No. 1:19-cv-10023 (KPF) |

**NOTICE AND ORDER TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that upon the accompanying declaration of Matthew S. Salerno, and subject to the approval of the Court, Mr. Salerno hereby withdraws as counsel for MUFG Union Bank, N.A. and GLAS Americas LLC and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. MUFG Union Bank, N.A. and GLAS Americas LLC will continue to be represented by Paul, Weiss, Rifkind, Wharton & Garrison LLP in this proceeding, along with Christopher Clark and Virginia Tent of Clark Smith Villazor LLP.

Dated: December 20, 2024
       New York, New York

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: /s/ Matthew S. Salerno
    Matthew S. Salerno

1271 Avenue of the Americas
New York, New York  10020
Tel: (212) 906-1200
Fax: (212) 751-4864
Email:  matthew.salerno@lw.com

Dated: December 23, 2024
       New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE