# Exhibit 21


