**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**DISTRITO SUR DE NUEVA YORK**

---

PETRÓLEOS DE VENEZUELA, S. A., PDVSA PETRÓLEO, S. A. y PDV HOLDING, INC.,

    Demandantes,

- contra -

MUFG UNION BANK, N. A. y GLAS AMERICAS LLC,

    Demandados.

Caso N°: 19-cv-10023-KPF

---

## DECLARACIÓN DE JOSÉ ARAUJO JUÁREZ

Yo, JOSÉ ARAUJO-JUÁREZ, declaro, por la presente y de conformidad con el Título 28 del Código de los Estados Unidos, sección 1746 y la Regla Local 7.1, lo siguiente:

1. Se adjunta como Anexo A una copia fiel y correcta del Informe Pericial Legal de José Araujo-Juárez del 17 de enero de 2024.

2. Redacté el informe adjunto como testigo contratado para proporcionar testimonio de perito en este caso y por la presente lo adopto como mi testimonio bajo pena de perjurio. Si se me llama a testificar en un juicio, lo haría bajo juramento según lo establecido.

3. Declaro bajo pena de perjurio, en virtud de la legislación de los Estados Unidos de América, que lo anterior es verdadero y correcto.

Formalizado el día 17 de enero de 2024

_____
José Araujo-Juárez

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRÓLEOS DE VENEZUELA, S.A., PDVSA PETRÓLEO, S.A., and PDV HOLDING, INC.,<br><br>Plaintiffs,<br><br>- against -<br><br>MUFG UNION BANK, N.A. and GLAS AMERICAS LLC,<br><br>Defendants. | Case No: 19-cv-10023-KPF |

### DECLARATION OF JOSÉ ARAUJO-JUÁREZ

I, JOSÉ ARAUJO-JUÁREZ, hereby declare pursuant to 28 U.S.C. § 1746 and Local Rule 7.1 as follows:

1. Attached hereto as Exhibit A is a true and correct copy of the Legal Expert Report by José Araujo-Juárez dated January 17, 2024.

2. I authored the attached report as a witness retained to provide expert testimony in this case and hereby adopt it as my testimony under penalty of perjury. If called to testify at trial, I would testify under oath as set forth therein.

3. I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed this 17th day of January, 2024

_____
José Araujo-Juárez

morningtrans.com



# TRANSLATION CERTIFICATION

Date: January 14, 2025

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- English (USA)

To:

- Spanish (Latin America)

The documents are designated as:

- 2020s - Araujo Declaration(184456963.1)

Emily Paras, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____

Signature of Emily Paras

**QUESTEL CONFIDENTIAL**

**4001 S 700 East, Suite 500 #B17
Salt Lake City, UT 84107**