UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRÓLEOS DE VENEZUELA, S.A., PDVSA PETRÓLEO, S.A., and PDV HOLDING, INC.,<br><br>Plaintiffs,<br><br>- against -<br><br>MUFG UNION BANK, N.A. and GLAS AMERICAS LLC,<br><br>Defendants. | Case No: 19-cv-10023-KPF |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Noel J. Francisco to be admitted, *pro hac vice*, to represent PDV Holding, Inc., in the above-captioned case, and upon the movant's certification that the movant is a member of good standing of the bar in the bars of the District of Columbia and the State of Virginia and the United States District Court for the District of Columbia, it is hereby

**ORDERED**, that Noel J. Francisco, Esq. is admitted to practice, *pro hac vice*, in the above-captioned case to represent PDV Holding, Inc., in the United States District Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:   March 3, 2025
         New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE