UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRÓLEOS DE VENEZUELA, S.A., PDVSA PETRÓLEO, S.A., and PDV HOLDING, INC.,<br><br>Plaintiffs,<br><br>- against -<br><br>MUFG UNION BANK, N.A. and GLAS AMERICAS LLC,<br><br>Defendants. | Case No.: 1:19-cv-10023 (KPF) |

**DECLARATION OF JAMES L. FERGUSON**

JAMES L. FERGUSON hereby declares, pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted to practice in this Court and an associate at the law firm of Paul Hastings LLP, 200 Park Avenue, New York, New York, 10166. I am counsel for Plaintiffs and Counterclaim Defendants Petróleos de Venezuela, S.A. ("PDVSA") and PDVSA Petróleo, S.A. ("PDVSA Petróleo") (together with Plaintiff and Counterclaim Defendant PDV Holding, Inc., "Plaintiffs").

2. On March 18, 2025, Plaintiffs' Venezuelan law expert, Professor José Araujo-Juárez, submitted a declaration to this Court containing, *inter alia*, a rebuttal expert report (the "Araujo Rebuttal Report") expressing certain opinions on questions of Venezuelan law. *See* Declaration of José Araujo-Juárez, Ex. A (ECF No. 365-1).

3. On March 18, 2025, Plaintiffs' other Venezuelan law expert, Professor Allan R. Brewer-Carías, submitted a supplemental rebuttal declaration to this Court, expressing certain opinions on questions of Venezuelan law. *See* Rebuttal Expert Declaration of Allan R. Brewer-Carías ("Brewer Supplemental Rebuttal Declaration") (ECF No. 366).

4.	The Araujo Rebuttal Report and Brewer Supplemental Rebuttal Declaration reference a number of exhibits, many of which are voluminous Spanish publications with a certified English translation. Certain of these exhibits were submitted to the Court, in whole or in part, as part of prior briefing on the parties' respective motions for summary judgment.

5.	So that the Court has full and complete access to all exhibits referenced within the Araujo Rebuttal Report and Brewer Supplemental Declaration, Plaintiffs are submitting to the Court true and accurate copies of all numbered exhibits cited within the Araujo Rebuttal Report and Brewer Supplemental Rebuttal Declaration that have not been previously provided to the Court. For materials already provided to the Court as part of prior briefing, Plaintiffs have indicated the docket entry where a copy of the exhibit is located. Materials provided to the Court with this declaration are designated in the chart below by "Decl. Ex. __." The exhibit numbers reflect a continuation of the numbering system used in my declaration submitted to this Court on January 22, 2025. *See* Declaration of James L. Ferguson (ECF No. 349).

[*Remainder of Page Intentionally Left Blank*]

**NUMBERED EXHIBITS**

| | ARAUJO REBUTTAL REPORT | |
|---|---|---|
| **Araujo Ex.** | **DESCRIPTION** | **Decl. Ex.** |
| 31 | Rogelio Pérez-Perdomo, "*Juicios e investigaciones sobre la educación jurídica en Venezuela: contexto político-cultural y los desafíos del presente*," in DIKAIOSYNE Nº 40 (January- December 2024), Merida, Universidad de Los Andes (2024) | 89 |
| 32 | Eloy Lares Martínez, *Manual de Derecho Administrativo*, XIV edition. Revised and updated, Caracas, Universidad Central de Venezuela, College of Legal and Political Sciences (2013) | 90 |
| 33 | Jose Peña Solís, *Manual de Derecho Administrativo*, Volume I, Edition updated by Nelida Peña Colmenares, Caracas, Center for Integration and Public Law (CIDEP) (2021) | 91 |
| 34 | José Araujo-Juárez, *Tratado de Derecho Administrativo General y Comparado, Volumen 1: Fundamentos. Fuentes de Derecho*, Caracas, Center for Integration and Public Law (CIDEP) (2024) | 92 |
| 35 | Francisco Javier Díaz Revorio *Valores superiores e interpretación constitucional*, Madrid, Centro de Estudios Políticos y Constitucionales (1997) | 93 |
| 36 | J. Perez Royo & M. Carrasco Duran, *Curso de Derecho Constitucional*, Eighteenth Edition, Madrid, Marcial Pons (2023) | 94 |
| 37 | Jesus Maria Casal Hernández, *Constitución y Justicia Constitucional. Los fundamentos de la Justicia Constitucional en la nueva Carta Magna*, Caracas, Univeridad Católica Andrés Bello (2000) | 95 |
| 38 | Supreme Tribunal of Justice, Decision No. 1 (*Emery Mata Millán*) (Jan. 20, 2000), in *Revista de Derecho Público*, No. 81 (January-March 2000) | 96 |
| 39 | Supreme Tribunal of Justice, Decision No. 1555 (*Yoslena Chanchamire B.*) (Dec. 8, 2000), in *Revista de Derecho Público*, No. 84 (October-December 2000) | 97 |
| 40 | Supreme Tribunal of Justice, Decision No. 332 (*INSACA*) (Mar. 14, 2001), in *Revista de Derecho Público*, No. 85/86-87/88 (January-December 2001) | 98 |

| **ARAUJO REBUTTAL REPORT** |||
|---|---|---|
| Araujo Ex. | DESCRIPTION | Decl. Ex. |
| 41 | Supreme Tribunal of Justice, Decision No. 97 (*Pedro Alba Linares*) (May 14, 2019), in *Revista de Derecho Público*, No. 157-158 (January-June 2019) | 99 |
| 42 | Supreme Tribunal of Justice, Decision No. 1347 (Nov. 9, 2000), in *Revista de Derecho Público*, No. 84 (October-December 2000) | 100 |
| 43 | Jesus Gonzalez Perez, *El derecho a la tutela jurisdiccional*, Third edition. Madrid, Civitas (2001) | 101 |
| 44 | Supreme Tribunal of Justice, Decision No. 1889 (Oct. 17, 2007), in *Revista de Derecho Público*, No. 112 (2007) | 102 |
| 45 | José Araujo-Juárez, *Tratado de Derecho Administrativo General y Comparado, Volumen 3: Acto Administrativo*, Caracas, Center for Integration and Public Law (CIDEP) (2024) | 103 |
| 46 | José Araujo-Juárez, *Tratado de Derecho Administrativo General y Comparado. Volumen 2: Administración Pública*, Caracas, Center for Integration and Public Law (CIDEP) (2024) | 104 |
| 47 | Organic Law of Public Administration, *Official Gazette*, No. 6,147 (Nov. 17, 2014) | 105 |
| 48 | Rafael Badell Madrid, "*El contrato de interés público*," in *Revista de Derecho Público*, No. 159-160, July-September, Editorial Jurídica Venezolana (2019) | 106 |
| 49 | Juan Garrido Rovira, *Temas sobre la Administración Descentralizada en Venezuela*, Caracas, Editorial Jurídica Venezolana (1984) | 107 |
| 50 | Decree No. 1512 with Force of Law on the Assignment of Autonomous Institutes, State-Owned Companies, Foundations, Associations and Civil Societies of the State to the Organs of the Public Administration, *Official Gazette* No. 36,889, (Nov. 13, 2001) | 108 |
| 51 | Organic Law of the Comptroller General of the Republic and the National Fiscal Control System, *Official Gazette* No. 6,013 (Dec. 23, 2010) | 109 |

| ARAUJO REBUTTAL REPORT | | |
|---|---|---|
| **Araujo Ex.** | **DESCRIPTION** | **Decl. Ex.** |
| 52 | Anti-Corruption Law, *Official Gazette* No. 5,637 (Apr. 7, 2003) | 110 |
| 53 | Organic Law of Contentious Administrative Jurisdiction, *Official Gazette* No. 39,451 (Jun. 22, 2010) | 111 |
| 54 | Organic Law of the Attorney General's Office of the Republic, *Official Gazette* No. 5,554 (Nov. 13, 2001) | 112 |
| 55 | José Guillermo Andueza Acuña, "*El control parlamentario y la responsabilidad política,*" in *Libro Homenaje a Tomás Polanco Alcántara*, Caracas, Universidad Central de Venezuela (2005) | 113 |
| 56 | José Araujo-Juárez, *"La teoría del control público de la Administración del Estado. Noción y clasificación,"* in *El control y la responsabilidad en la Administración Pública*, Caracas, Legal Training Center (CAJO), Editorial Jurídica Venezolana (2012) | 114 |
| 57 | Karl Larenz, *Metodología de la Ciencia del Derecho*, Second Definitive Edition. Barcelona-Caracas-Mexico, Editorial Ariel (1980) | 115 |
| 58 | Allan R. Brewer-Carías, *El Caso de la Apertura Petrolera*, Caracas (2001) | 116 |
| 59 | Jesús Caballero Ortiz, "*Los contratos administrativos, los contratos de interés público y los contratos de interés nacional en la Constitución de 1999,*" in *Libro Homenaje Universidad Central de Venezuela*, *Estudios de Derecho Administrativo*, Volume I, Caracas (2001) | 117 |

| BREWER SUPPLEMENTAL REBUTTAL DECLARATION | | |
|---|---|---|
| **Brewer Ex.** | **DESCRIPTION** | **Decl. Ex.** |
| 60 | *Deutsche Bank AG (London Branch) v. Central Bank of Venezuela*, [2022] EWHC 2040 (Comm.) (Jul. 29, 2022) | 118 |
| 61 | Organic Law of Hydrocarbons, *Official Gazette* No. 38,493 (Aug. 4, 2006) | 119 |

| Brewer Ex. | DESCRIPTION | Decl. Ex. |
|---|---|---|
|  | **BREWER SUPPLEMENTAL REBUTTAL DECLARATION** | |
| 62 | Organic Law that Reserves to the State the Industry and Commerce of Hydrocarbons, *Official Gazette* No. 1,769 (Aug. 8, 1975) | 120 |
| 63 | Resolution of the National Assembly of March 30, 2006, *Official Gazette* No. 38,410 (Mar. 31, 2006) | 121 |
| 64 | Civil Code, *Official Gazette* No. 2,990 (Jul. 26, 1982) | 122 |
| 65 | Organic Law of the Office of the Attorney General of the Republic, *Official Gazette* No. 6,220 (March 15, 2016) | 123 |
| 66 | Organic Law of the Office of the Attorney General of the Republic, *Official Gazette* No. 5,554 (Nov. 13, 2001) | 124 |
| 67 | Rafael Badell Madrid, "*Comentarios sobre la sentencia No. 821 de la Sala Político Administrativa del Tribunal Supremo de Justicia de fecha 8 de diciembre de 2022, referidos a los contratos de interés público nacional,*" in *Revista de Derecho Público*, No. 171-172, julio diciembre 2022, Editorial Jurídica Venezolana (2023) | 125 |
| 68 | Allan R. Brewer-Carías, *Las Constituciones de Venezuela: Estudio Preliminar y Compilación*, Volume II, Academy of Political and Social Sciences (2008) | 126 |
| 69 | Allan R. Brewer-Carías, *Debate Constituyente. (Aportes a la Asamblea Nacional Constituyente)*, TOMO I (8 agosto - 8 septiembre de 1999), Caracas (1999) | 127 |
| 70 | Supreme Tribunal of Justice, Decision No. 1 (*Emery Mata Millán*) (Jan. 20, 2000), in *Revista de Derecho Público*, No. 81, Editorial Jurídica Venezolana, Caracas (2000) | 128 |
| 71 | Supreme Tribunal of Justice, Decision No. 1013 (*Elías Santana*) (Jun. 12, 2001), in *Revista de Derecho Público*, No. 85-88, Editorial Jurídica Venezolana, Caracas (2001) | 129 |
| 72 | Supreme Tribunal of Justice, Decision No. 2353 (*Impugnación de a Ordenanza de Impuestos sobre Juegos y Apuestas de Municipio Iribarren del Estado Lara*) (Nov. 23, 2001), in *Revista de Derecho Público*, No. 85-88, Editorial Jurídica Venezolana, Caracas (2001) | 130 |

| BREWER SUPPLEMENTAL REBUTTAL DECLARATION |||
|---|---|---|
| Brewer Ex. | DESCRIPTION | Decl. Ex. |
| 73 | Supreme Tribunal of Justice, Decision No. 488 (*Parque Turístico Desarrollos Río Chico, C.A.*) (Apr. 6, 2001), in *Revista de Derecho Público*, No. 85-88, Editorial Jurídica Venezolana, Caracas (2001) | 131 |
| 74 | Supreme Tribunal of Justice, Decision No. 332 (*INSACA*) (Mar. 14, 2001), in *Revista de Derecho Público*, No. 85-88, Editorial Jurídica Venezolana, Caracas (2001) | 132 |
| 75 | Supreme Tribunal of Justice, Decision No. 1032 (*Interpretación de la Ley de Comparenencia*) (Jul. 12, 2012), in *Revista de Derecho Público*, No. 131, Editorial Jurídica Venezolana, Caracas (2012) | 133 |
| 76 | Supreme Tribunal of Justice, Decision No. 967 (*Pedro Perara Riera*) (Jul. 4, 2012), in *Revista de Derecho Público*, No. 131, Editorial Jurídica Venezolana, Caracas (2012) | 134 |
| 77 | Supreme Tribunal of Justice, Decision No. 833 (*Instituto Autónomo Policía Municipal de Chacao*) (May 25, 2001), in *Revista de Derecho Público*, No. 85-88, Editorial Jurídica Venezolana, Caracas (2001) | 135 |
| 78 | Supreme Tribunal of Justice, Decision No. 2651 (*Ricardo Delgado*) (Oct. 2, 2003), in *Revista de Derecho Público*, No. 93-96, Editorial Jurídica Venezolana, Caracas (2003) | 136 |
| 79 | Supreme Tribunal of Justice, Decision No. 1126 (*Solicitud de Revisión Constitucional de la Sentencia No. 303 Dictada, el 12 de Julio de 2011, por la Sala de Casacion Civil*) (Aug. 3, 2012), in *Revista de Derecho Público*, No. 131, Editorial Jurídica Venezolana, Caracas (2012) | 137 |
| 80 | Francis Marval, *La jurisprudencia vinculante de la Sala Constitucional y el principio iura novit curia*, in 1 Magistra 179, 183 (2008) | 138 |
| 81 | Jesús M. Casal Hernández, *Cosa juzgada y efecto vinculante en la justicia constitucional*, in 8 Revista de Venezolana Derecho Constitucional 193, 215 (2003) | 139 |

| **BREWER SUPPLEMENTAL REBUTTAL DECLARATION** |||
|---|---|---|
| Brewer Ex. | DESCRIPTION | Decl. Ex. |
| 82 | Allan R. Brewer-Carías, *La potestad la jurisdicción constitucional de interpretar la constitución con efectos vinculantes*, in Jhonny Tupayachi Sotomayor (Coordinador), *El Precedente Constitucional Vinculante en el Perú (Análisis, Comentarios y Doctrina Comparada)*, Editorial ADRUS, Lima (2009) | 140 |
| 83 | Allan R. Brewer-Carías, *Contratos Administrativos, Contratos Públicos, Contratos del Estado*, Collección Estudios Jurídicos, No. 100, Editorial Jurídica Venezolana, Caracas (2021) | 141 |
| 84 | Allan R. Brewer-Carías, *El Caso de la Apertura Petrolera*, Caracas (2001) | 142 |
| 85 | Allan R. Brewer-Carías, *Estudios sobre Petróleos de Venezuela PDVSA y la Industria petrolera nacionalizada*, Colección del Instituto de Derecho Público, Universidad Cenntral de Venezuela, Editorial Jurídica Venezolana, Caracas (2021) | 143 |
| 86 | 1961 Constitution | 144 |
| 87 | Allan R. Brewer-Carías, "*The 'Statization' of the Pre 2001 Primary Hydrocarbons Joint Venture Exploitation: Their Unilateral termination and the Assets' Confiscation of Some of the Former Private Parties*," in *Oil, Gas & Energy Law Intelligence*, Vol 6, Issue 2, OGEL/TDM , Elizabeth Eljuri (Ed.), Special Issue on Venezuela: The Battle of Contract Sanctity vs. Resource Sovereignty (2008) | 145 |
| 88 | Cosimina Pellegrino & Laura Louza, "*PDVSA firmó contrato de interés público nacional sin siquiera el aval de la Asamblea Nacional*," in *Revista de Derecho Público*, No. 171-172, julio diciembre 2022, Editorial Jurídica Venezolana (2023) | 146 |
| 89 | Commercial Code, *Extraordinary Gazette* No. 475 (Dec. 21, 1955) | 147 |
| 90 | Allan R. Brewer-Carías, *Contratos Administrativos*, Editorial Jurídica Venezolana (1992) | 148 |
| 91 | Haydee Acosta de Barrios, "*La interpretación del contrato por el juez en el derecho interno y en el derecho internacional privado*," in *Libro Homenaje A José Melich Orsini* 155, 171 (1982) | 149 |

| BREWER SUPPLEMENTAL REBUTTAL DECLARATION ||| 
|---|---|---|
| Brewer Ex. | DESCRIPTION | Decl. Ex. |
| 92 | *Official Gazette* No. 38,529 (Sept. 25, 2006) | 150 |

**REMAINING REFERENCES**

| PREVIOUSLY SUBMITTED MATERIALS ||
|---|---|
| Dkt. No(s). | DESCRIPTION |
| 349-80 | Allan R. Brewer-Carías, "*La contratación pública en Venezuela,*" in Juan Carlos Cassagne (Director), *Tratado General de los Contratos Públicos*, *La Ley*, Vol. II, Buenos Aires (2013) |
| 171-40 | Allan R. Brewer-Carías, "*La mutación de la noción de contratos de interés público nacional hecha por la Sala Constitucional, para cercenarle a la Asamblea Nacional sus poderes de control político en relación con la actividad contractual de la administración pública y sus consecuencias,*" in *Revista de Derecho Público*, No. 151-152, (juliodiciembre 2017), Editorial Jurídica Venezolana, Caracas (2017) |
| 349-78 | Allan R. Brewer-Carías, "*Nuevas consideraciones sobre el régimen jurídico de los contratos del Estado en Venezuela,*" in VIII *Jornadas Internacionales de Derecho Administrativo Allan Randolph Brewer-Carías, Contratos Administrativos, Contratos del Estado*, Vol II, Fundación de Estudios de Derecho Administrativo (FUNEDA), Caracas (2006) |
| 349-79 | Allan R. Brewer-Carías, "*Sobre los contratos del estado en Venezuela,*" in *Revista Mexicana Statum Rei Romanae de Derecho Administrativo*, No. 6, Homenaje al Dr. José Luis Meilán Gil, Facultad de Derecho y Criminología de la Universidad Autónoma de Nuevo León, Monterrey (Enero-Junio 2011) |
| 349-89 | Allan R. Brewer-Carías, "*Sobre los contratos públicos en venezuela y su control parlamentario Jaime Rodríguez-Arana Muñoz y Henry Alexander Mejia (Coordinadores),*" in *El Salvador e Iberoamérica, Libro Homenaje al Profesor emérito Carlos Delpiazzo*, Editorial Cuscatleca, San Salvador (2024) |
| 106-38 | Allan R. Brewer-Carías, 2 LA CONSTITUCIÓN DE 1999, DERECHO CONSTITUCIONAL VENEZOLANA, 999-1000 (Editorial Jurídica Venezolana, 2004) |

| | PREVIOUSLY SUBMITTED MATERIALS |
|---|---|
| Dkt. No(s). | DESCRIPTION |
| 84-12 | Allan R. Brewer-Carías, *Administrative Law in Venezuela*, Second Edition, Editorial Jurídica Venezolana, Caracas (2015) |
| 349-88 | Allan R. Brewer-Carías, *Administrative Law in Venezuela*, Third Edition, Editorial Jurídica Venezolana, Caracas (2021) |
| 84-14 | Allan R. Brewer-Carías, *Contratos Administrativos, Contratos Públicos, Contratos del Estado, Coleción Estudios Jurídicos*, No. 100, Caracas (2013) |
| 349-87 | Allan R. Brewer-Carías, *Contratos Administrativos. Contratos Públicos. Contratos del Estado*, Second Revised Edition, Editorial Jurídica Venezolana, Caracas (2021) |
| 349-33 | Allan R. Brewer-Carías, *Debate Constituyente. (Aportes a la Asamblea Nacional Constituyente)*, TOMO II (9 septiembre – 17 octubre de 1999), Caracas (1999) |
| 349-53 | Allan R. Brewer-Carías, *El sistema de justicia constitucional en la Constitución de 1999*, Editorial Jurídica venezolana, Caracas (2000) |
| 154-4 | Allan R. Brewer-Carías, *Sobre las Nociones de Contratos Administrativos, Contratos de Interés Público, Servicio Público y Orden Público, y su Manipulación Legislativa y Jurisprudencial*, Second Edition, Editorial Jurídica Venezolana (2019) |
| 349-86 | Allan R. Brewer-Carías, *Sobre las Nociones de Contratos Administrativos, Contratos de Interés Público, Servicio Público y Orden Público, y su Manipulación Legislativa y Jurisprudencial*, Second Edition, Editorial Jurídica Venezolana, Caracas (2021) |
| 171-38 | Eloy Lares Martínez, "*Contratos de Interés Nacional*," in *Libro homenaje al Profesor Antonio Moles Caubet*, Volume I, Caracas, UCV (1981) |
| 171-36 | Gonzalo Pérez Luciani, *Contratos de Interés Nacional, Contratos de Interés Público y Contratos de Empréstito Público*, in 1 LIBRO HOMENAJE AL DOCTOR ELOY LARES MARTÍNEZ (1984) |
| 171-27 | Jesus Caballero Ortiz, "*Los contratos administrativos, los contratos de interés público y los contratos de interés nacional en la Constitución de 1999*," in *Libro Homenaje Universidad Central de Venezuela*, Estudios de Derecho Administrativo, Volume I, Caracas (2001) |

| PREVIOUSLY SUBMITTED MATERIALS ||
|---|---|
| Dkt. No(s). | DESCRIPTION |
| 84-35 | José Araujo-Juárez, *Régimen general de derecho público relative a las empresas del Estado*, in NACIONALIZACIÓN, LIBERTAD DE EMPRESA Y ASOCIONES MIXTAS 191 (2008) |
| 349-1 | José Araujo-Juárez, *Tratado de Derecho Administrativo General y Comparado, Volume 1: Fundamentos, Fuentes de Derecho*, Caracas, Center for Integration and Public Law (CIDEP) (2024) |
| 349-2 | José Araujo-Juárez, *Tratado de Derecho Administrativo General y Comparado, Volume 2: Administración Pública,* Caracas, Center for Integration and Public Law (CIDEP) (2024) |
| 349-3 | José Araujo-Juárez, *Tratado de Derecho Administrativo General y Comparado, Volume 3: Acto Administrativo*, Caracas, Center for Integration and Public Law (CIDEP) (2024) |
| 349-4 | José Araujo-Juárez, *Tratado de Derecho Administrativo General y Comparado, Volume 4: Contrato Público*, Caracas, Center for Integration and Public Law (CIDEP) (2024) |
| 84-37 | José Melich-Orsini, *La Noción de Contrato de Interés Público*, in 7 REVISTA DE DERECHO PÚBLICO (1981) |
| 106-13 | National Assembly Resolution (May 26, 2016) |
| 93-24 | National Assembly Resolution (Sept. 27, 2016) |
| 349-65 349-66 349-67 349-68 | *Official Gazette* No. 38,430 (May 5, 2006) |
| 349-69 | *Official Gazette* No. 38,473 (Jul. 6, 2006) |
| 336-18 | *Official Gazette* No. 39,382 (Mar. 9, 2010) |
| 336-19 | *Official Gazette* No. 39,404 (Apr. 15, 2010) |
| 336-20 | *Official Gazette* No. 39,767 (Sept. 28, 2011) |
| 336-27 349-70 | *Official Gazette* No. 42,780 (Dec. 18, 2023) |

| PREVIOUSLY SUBMITTED MATERIALS ||
| --- | --- |
| Dkt. No(s). | DESCRIPTION |
| 336-28<br>349-72 | *Official Gazette* No. 42,903 (Jun. 18, 2024) |
| 349-73 | *Official Gazette* No. 42,922 (Jul. 17, 2024) |
| 349-71 | *Official Gazette* No. 6,800 (Apr. 16, 2024) |
| 171-117 | Organic Law of Public Administration, *Official Gazette* No. 6,147 (Nov. 17, 2014) |
| 349-77 | Rafael Badell Madrid, "*Contratos de interes publico*," in *Revista de Derecho Público*, No. 159-160, July-September, Editorial Jurídica Venezolana (2020) |
| 84-42 | Supreme Tribunal of Justice, Decision No. 1171 (*Universidad Central De Venezuela*) (Jul. 7, 2013) (Venez.) |
| 84-18 | Supreme Tribunal of Justice, Decision No. 1460 (*Attorney General of the Republic II/Bandagro*) (Jul. 12, 2007) (Venez.) |
| 84-7<br>157-32 | Supreme Tribunal of Justice, Decision No. 2241 (*Andrés Velásquez*) (Sept. 24, 2002) (Venez.) |
| 84-8<br>349-18 | Supreme Tribunal of Justice, Decision No. 618 (*Brigitte Acosta Isasis*) (Jul. 20, 2016) (Venez.) |
| 336-25 | Supreme Tribunal of Justice, Decision No. 821 (*Tobías Nóbrega*) (Dec. 8, 2020) (Venez.) |
| 84-16<br>349-17 | Supreme Tribunal of Justice, Decision No. 953 (*EDELCA*) (Apr. 29, 2003) (Venez.) |

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    March 19, 2025
          New York, New York

*/s/ James L. Ferguson*
James L. Ferguson