UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETROLEOS DE VENEZUELA S.A.; PDVSA
PETROLEO S.A.; and PDV HOLDING, INC.,

  Plaintiffs,

-v.-

MUFG UNION BANK, N.A. and GLAS
AMERICAS LLC,

  Defendants.

19 Civ. 10023 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

At the request of Defendants' counsel, the Court held a telephonic conference on July 10, 2025, to discuss Defendants' application to schedule a preliminary injunction motion. During the conference, Defendants proposed a motion schedule with dates triggered by orders expected to be issued by the Honorable Leonard P. Stark in *Crystallex International Corp.* v. *Bolivarian Republic of Venezuela,* No. 17 Misc. 151 (LPS) (D. Del.). With the consent of the parties to this litigation, the Court spoke with Judge Stark regarding the two matters and, more particularly, the near-term schedules of the two matters. After considering both the arguments made at the July 10 conference and its own discussions with Judge Stark, this Court denies without prejudice Defendants' request for this Court to schedule briefing on a preliminary injunction motion. As became clear at the July 10 conference, such a motion would be far from straightforward; among other issues, the Court would have to consider the reach of its injunctive authority, any concomitant injunctive authority possessed by Judge Stark, and the universe of parties from whom

this Court should hear before making a decision about injunctive relief. Given that it is not clear that the decisions of this Court and of Judge Stark will be issued on conflicting time frames, the Court sees no need at this time to issue such a schedule.

Additionally, the Government was invited to attend, but did not attend, the July 10, 2025 telephonic conference. The Court hereby orders the Government to file a letter stating its position on the pending cross-motions for summary judgment on or before **July 31, 2025**.

The Clerk of Court is directed to terminate the pending motion at docket entry 384.

SO ORDERED.

Dated:   July 17, 2025
         New York, New York

                                          _____
                                              KATHERINE POLK FAILLA
                                              United States District Judge