Exhibit A



United States Department of State

*Bureau of Western Hemisphere Affairs*

*Washington, D.C. 20520-6258*

August 29, 2025

Brenna Jenny
Deputy Assistant Attorney General
Civil Division
Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

Re: *Petróleos de Venezuela, S.A., et al. v. MUFG Union Bank, N.A., et al.*, No. 19 Civ. 10023 (KPF) (S.D.N.Y.)

Dear Ms. Jenny,

  I would be grateful for your assistance in presenting this letter to the U.S. District Court for the Southern District of New York. This letter is submitted in response to the Court's invitation to the United States to express its views in the above-captioned matter, as directed by the Court's orders dated July 17, 2025, and July 28, 2025.

  This correspondence follows a September 16, 2020, letter to the Court submitted by Special Representative Elliott Abrams, which comprehensively articulated several policy considerations. I write to address the U.S. government's recognition posture with respect to Venezuela in light of intervening developments in the country.

  As explained in our letter of September 16, 2020, Nicolás Maduro and his coterie of corrupt associates have ravaged Venezuela's economy, inflicted serious human rights abuses upon innocent citizens, and have exploited and squandered the Venezuelan people's assets, including Petróleos de Venezuela, S.A. (PdVSA). In the years since Special Representative Abrams's letter, the plight of the Venezuelan people has only worsened due to Maduro's cruelty, corruption, and inhuman indifference to the misery of tens of millions of his countrymen.

  On July 28, 2024, over twelve million Venezuelans went to the polls to participate in presidential elections that offered hope for a freer, democratic, and more prosperous Venezuela. Undeterred by disinformation, threats, and violence, these courageous citizens overwhelmingly cast their ballots for opposition candidate Edmundo González Urrutia. But in open defiance of the people's voice, Nicolás Maduro falsely and baselessly declared himself the winner of the election and

1



United States Department of State

Bureau of Western Hemisphere Affairs

Washington, D.C. 20520-6258

unleashed a campaign of terror and repression that Maduro and his associates mistakenly hope will break the will of the Venezuelan people.

Nicolás Maduro's corrupt, criminal, and oppressive conduct has not been constrained by Venezuela's borders. Maduro has cultivated ties with our nation's most committed adversaries, has destabilized neighboring states through the export of narcotics and violence, and has created a refugee crisis that is now the greatest in the history of the Americas. Over twenty percent of Venezuela's population has fled the country, imposing serious burdens on Colombia, Peru, Ecuador, and the United States, among other nations. All of these actions directly threaten our nation's security, prosperity, and foreign policy interests, and the well-being of millions throughout our hemisphere. The United States has accordingly imposed sanctions on Maduro and those enabling his malign conduct under various executive orders dating back to 2015.

Maduro does not speak for the Venezuelan people. As our prior submission to the Court explained, since January 23, 2019, the United States has not recognized Maduro and his associates as the government of Venezuela. The 2015 National Assembly was and remains the only democratically elected public institution in Venezuela. Though the 2015 National Assembly's leadership has changed since we last submitted our views to the Court, the United States recognizes the 2015 National Assembly as the government of Venezuela. As a result, we believe that the views of the 2015 National Assembly on questions of Venezuelan law are entitled to the same respectful consideration owed to any foreign government's statements regarding its own domestic law.

We trust that these views will be of assistance to the Court in its assessment of the issues before it.

Respectfully,

*[signature]*

Ambassador Michael G. Kozak
Senior Bureau Official
Bureau of Western Hemisphere Affairs
U.S. Department of State