# EXHIBIT 1

```
                                                    Page 1

 1        IN THE UNITED STATES DISTRICT COURT
              FOR THE STATE OF DELAWARE
 2                   -   -   -
 3   CRYSTALLEX INTERNATIONAL :   NO. 2023-cv-1074
     CORP.,                   :
 4                            :
                   Plaintiff,:
 5                            :
         v.                   :
 6                            :
     BOLIVARIAN REPUBLIC OF   :
 7   VENEZUELA,               :
                              :
 8            Defendant.:
 9                   -   -   -
10            August 18, 2025
11                   -   -   -
12            Hearing in the above captioned
13       matter, held at United States
14       District Court, 844 N. King Street,
15       Unit 18, Wilmington, Delaware
16       19801, beginning at approximately
17       10:00 a.m., before Mary Hammond, a
18       Certified Shorthand Reporter and
19       Notary Public in the state of
20       Pennsylvania.
21
22
23
24
```

Page 194

1       THE COURT:  Anybody that
2   absolutely has to be heard briefly?
3       MR. KIRPALANI:  Thank you for
4   the intro, Your Honor.
5       Susheel Kirpalani of Quinn
6   Emanuel, Urquhart & Sullivan, on
7   behalf of Amber Energy.
8       And, actually, the reason we
9   didn't stand up before is because
10  we only wanted to speak if it was
11  absolutely essential, but I don't
12  think it's fair to the participants
13  or to the Court to not confirm on
14  the record what counsel for the
15  2020 Noteholders had said, which is
16  that if Amber Energy is selected as
17  the Superior Bid, we will
18  extinguish all of the 2020 bonds
19  that come into our settlement and
20  that will be on offered to all of
21  them.
22      And to the extent the Special
23  Master wants to work that into a
24  finding SPA or related document,