UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRÓLEOS DE VENEZUELA, S.A., PDVSA PETRÓLEO, S.A., and PDV HOLDING, INC., <br><br> Plaintiffs, <br><br> - against - <br><br> MUFG UNION BANK, N.A. and GLAS AMERICAS LLC, <br><br> Defendants. | Case No: 19-cv-10023-KPF |

**NOTICE OF PDV HOLDING, INC.'S MOTION FOR
STAY OF EXECUTION OF FINAL JUDGMENT PENDING APPEAL**

Please take notice that the undersigned, on behalf of PDV Holding, Inc. ("PDVH"), hereby moves this Court before the Honorable Katherine Polk Failla, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, Courtroom 618, New York, New York 10007, for an Order granting, pursuant to Federal Rule of Civil Procedure 62 and the Court's equitable powers, a stay during the pendency of the Plaintiffs' appeal to the United States Court of Appeals for the Second Circuit of the execution of the portions of the Court's October 17, 2025 Final Judgment (ECF No. 402) pertaining to the Pledge Agreement and underlying Collateral, including the declaration that the Trustee is entitled to direct the Collateral Agent to sell the pledged CITGO Shares and that the Collateral Agent is entitled to so sell. The grounds for this motion are set forth in the accompanying Memorandum of Law.

Dated: October 24, 2025                               Respectfully submitted,

*/s/ Michael J. Gottlieb*
Michael J. Gottlieb
Kristin Bender
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006-1238
Telephone: (202) 303-1442
Facsimile: (202) 303-2442
mgottlieb@willkie.com
kbender@willkie.com

Nicholas Reddick
Alyxandra Vernon
WILLKIE FARR & GALLAGHER LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

*Attorneys for Plaintiff PDV Holding, Inc.*
