# Exhibit A

| From: | Paterson, Paul |
|---|---|
| To: | Bender, Kristin; Christopher Clark; Recher, Jeffrey J; Margolis, Sam C.; Myers, Tyler; Andrew Rodgers; Virginia Tent |
| Cc: | Gottlieb, Michael; Ross, Erica L.; Hall, Samuel; Nathan, Aaron E.; Vernon, Alyxandra; Hansson, Kurt W.; Timofeyev, Igor; Ferguson, James; Melvin, Zachary |
| Subject: | RE: PDVSA v. MUFG, No. 19-cv-10023 (S.D.N.Y.) |
| Date: | Friday, October 24, 2025 4:45:13 PM |

Kristin,

We do not agree to the stay you have proposed.

We also do not agree to your proposed schedule.  You have identified no reason why it is even necessary to expedite the resolution of a stay motion.  Our clients are prohibited by OFAC from foreclosing on the collateral until December 20.

The stay motion should not be rushed given its critical importance to our clients.  As you know, there are parties in the Delaware sale process who have been threatening to burden our clients' collateral with enormous debt, in violation of our clients' rights under the Indenture and Pledge Agreement, and have pointed to a potential stay from Judge Failla as a reason why they can get away with this.  It is essential that our clients' rights not be undermined – and their collateral not be significantly diminished – in this way, and we need a full opportunity to present those issues to Judge Failla.  Indeed, the threatened weaponization of the stay runs contrary to the very purpose of a stay:  preserving the status quo.

Second, the schedule you have proposed is also unreasonable, even for an expedited schedule.

- The Venezuela parties have had more than five weeks since Judge Failla's opinion to prepare their stay motion.

- You nevertheless propose that we receive less than one-fifth of that time – one week – for our opposition brief, despite the critical importance of these issues.

- You then propose having a further week for your reply brief (*i.e.*, as long as we have for our opposition brief).

We are, however, willing to agree to file our opposition brief by Friday, November 7, provided you file your opening brief today.  If you forgo a reply brief, then the motion would be fully briefed as quickly as you have proposed.  If you choose to file a reply brief promptly after our opposition brief, then we would not object either.

If you nevertheless intend to proceed to request your proposed briefing schedule from the court, we ask that you alert the court to our position and include this email together with your request.

Best,

Paul

**Paul Paterson** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3581 (Direct Phone)
ppaterson@paulweiss.com | www.paulweiss.com

---

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Friday, October 24, 2025 8:51 AM
**To:** Christopher Clark <clark@csvllp.com>; Paterson, Paul <ppaterson@paulweiss.com>; Recher, Jeffrey J <jrecher@paulweiss.com>; Margolis, Sam C. <smargolis@paulweiss.com>; Myers, Tyler <tmyers@paulweiss.com>; Andrew Rodgers <andrew.rodgers@csvllp.com>; Virginia Tent <virginia.tent@csvllp.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Ross, Erica L. <ERoss@willkie.com>; Hall, Samuel <SHall@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Vernon, Alyxandra <AVernon@willkie.com>; Hansson, Kurt W. <kurthansson@paulhastings.com>; Timofeyev, Igor <igortimofeyev@paulhastings.com>; Ferguson, James <jamesferguson@paulhastings.com>; Melvin, Zachary <zacharymelvin@paulhastings.com>
**Subject:** RE: PDVSA v. MUFG, No. 19-cv-10023 (S.D.N.Y.)

Chris,

Please see attached - this tracks the language from last time around.

The schedule would be:
-October 24 - opening
-October 31 - opposition
-November 7 - reply

Please let us know your position on the stay/schedule by COB.

Thanks,
KB

**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

---

**From:** Christopher Clark <clark@csvllp.com>
**Sent:** Thursday, October 23, 2025 6:03 PM
**To:** Bender, Kristin <KBender@willkie.com>; Paterson, Paul <ppaterson@paulweiss.com>; Recher,

Jeffrey J <jrecher@paulweiss.com>; Margolis, Sam C. <smargolis@paulweiss.com>; tmyers@paulweiss.com>; Andrew Rodgers <andrew.rodgers@csvllp.com>; Virginia Tent <virginia.tent@csvllp.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Ross, Erica L. <ERoss@willkie.com>; Hall, Samuel <SHall@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Vernon, Alyxandra <AVernon@willkie.com>; Hansson, Kurt W. <kurthansson@paulhastings.com>; Timofeyev, Igor <igortimofeyev@paulhastings.com>; Ferguson, James <jamesferguson@paulhastings.com>; Melvin, Zachary <zacharymelvin@paulhastings.com>
**Subject:** Re: PDVSA v. MUFG, No. 19-cv-10023 (S.D.N.Y.)

**\*\*\* EXTERNAL EMAIL \*\*\***

Kristin,

Please share with us your proposed language regarding the scope of the stay you intend to seek.

Thank you,

Chris

Christopher J. Clark
Partner
Clark Smith Villazor LLP
666 Third Avenue, 21st Floor
New York, New York 10017
**O** (212) 377-0850 | **D** (212) 377-0853 | **M** (646) 763-3225
www.csvllp.com

---

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Thursday, October 23, 2025 5:53:20 PM
**To:** Paterson, Paul <ppaterson@paulweiss.com>; Recher, Jeffrey J <jrecher@paulweiss.com>; Margolis, Sam C. <smargolis@paulweiss.com>; tmyers@paulweiss.com <tmyers@paulweiss.com>; Christopher Clark <clark@csvllp.com>; Andrew Rodgers <andrew.rodgers@csvllp.com>; Virginia Tent <virginia.tent@csvllp.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Ross, Erica L. <ERoss@willkie.com>; Hall, Samuel <SHall@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Vernon, Alyxandra <AVernon@willkie.com>; Hansson, Kurt W. <kurthansson@paulhastings.com>; Timofeyev, Igor <igortimofeyev@paulhastings.com>; Ferguson, James <jamesferguson@paulhastings.com>; Melvin, Zachary <zacharymelvin@paulhastings.com>
**Subject:** PDVSA v. MUFG, No. 19-cv-10023 (S.D.N.Y.)

Paul, Chris –

PDVH intends to move for a partial stay of Judge Failla's judgment. As with the prior judgment, this

will be a motion for a partial stay of enforcement of this Court's final judgment as to the collateral, and would not relate to the money judgment. Please advise whether the Trustee/Collateral Agent are amenable to the stay and, if not, whether they are amenable to an expedited briefing schedule that would conclude by November 7.

Thanks,
KB

**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.