UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETRÓLEOS DE VENEZUELA S.A.; PDVSA PETRÓLEO S.A.; and PDV HOLDING, INC.,

Plaintiffs,

-v.-

MUFG UNION BANK, N.A. and GLAS AMERICAS LLC,

Defendants.

19 Civ. 10023 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Pending before the Court is the motion of Plaintiff PDV Holding, Inc. ("PDVH") for a stay, pursuant to Federal Rule of Civil Procedure 62 and the Court's equitable powers, of execution of certain portions of the Court's October 17, 2025 Final Judgment pertaining to the Pledge Agreement and the Collateral (Dkt. #408-411), which motion is opposed by Defendants (Dkt. #416-417). This motion exists in the shadow of ongoing related proceedings before the Honorable Leonard P. Stark in *Crystallex International Corporation* v. *Bolivarian Republic of Venezuela*, No. 1:17-mc-151 (D. Del.).

In separate telephone conferences on November 13, 2025, first with Judge Stark and then with counsel to the parties to the instant litigation, the Court communicated its preference that resolution of the stay motion have the least impact on the proceedings in the *Crystallex* matter as possible, and expressed its concerns about compromising the parties' ability to advance certain arguments or foreclosing previously-made arguments to Judge Stark. To that end, the Court explored with the parties the possibility of their

consenting to a continuation of the stay imposed by Federal Rule of Civil Procedure 62(a) until the issuance of Judge Stark's decision, which issuance is contemplated to occur later this month.

As has often been the case in this matter, the parties promptly and in good faith considered the Court's proposal, and advised the Court early this morning that they "agree[d] to consent to an extension of the current stay under Rule 62(a), without prejudice, until seven days from the issuance of an order selecting the winning bidder in *Crystallex* v. *Bolivarian Republic of Venezuela*, No. 1:17-mc-151." The parties offer that consent while reserving all rights and objections they may have and waiving none. This Court endorses that consent, and STAYS execution on the Final Judgment and any proceedings to enforce it until the earlier of seven days after the issuance of Judge Stark's order or further order from this Court (*e.g.*, if such an order is warranted by the parties' proposed briefing schedule). PDVH's motion to stay will be held in abeyance during the period of the stay. The parties are further directed to meet and confer within one business day of the issuance of Judge Stark's order, to discuss what if any supplemental letter briefing on the instant motion is required. It is this Court's current contemplation that it will resolve the stay motion within ten days of the issuance of Judge Stark's order, and the parties should keep that timetable in mind in proposing a schedule for supplemental briefing.

SO ORDERED.

Dated:   November 14, 2025
         New York, New York

                                                      KATHERINE POLK FAILLA
                                                      United States District Judge