UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETRÓLEOS DE VENEZUELA S.A.; PDVSA PETRÓLEO S.A.; and PDV HOLDING, INC.,

Plaintiffs,

-v.-

MUFG UNION BANK, N.A. and GLAS AMERICAS LLC,

Defendants.

19 Civ. 10023 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On October 27, 2025, the Court issued an Order denying Dr. Leroy A. Garrett's motion to intervene. (Dkt. #413). Since then, Dr. Garrett has submitted to the Court several documents containing misstatements of applicable law and unsupported allegations of collusion and conspiracy among the litigants. The Court refrains from docketing those materials because they do not cause the Court to reconsider its earlier decision. As noted, Dr. Garrett is attempting to intervene in this case six years after litigation commenced. (*See* Dkt. #405 at 2; Dkt. #406 at 3; Dkt. #413 (substantially agreeing with the arguments in Dkt. #405-406)). The Court finds no basis to allow him to do so. For similar reasons, the Court will not accept further filings from Dr. Garrett.

The Clerk of Court is directed to mail a copy of this Order to:

Dr. Leroy A. Garrett
6725 South Fry Road, Suite 700-338
Katy, Texas 77494

2

SO ORDERED.

Dated: November 21, 2025
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2